KENNY J SHILOH
9037 APPALOOSA CT
RANCHO CUCAMONGA, CA 91737
909-745-8167
kennyshiloh@yahoo.com

KENNY J SHILOH, IN PRO SE

FILED
OCT 08 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY J SHILOH,<br>Plaintiff,<br>vs.<br>COUNTY OF KERN, COUNTY OF LOS ANGELES, LIZA M PEREZ, MELVIN PENNY, LINDA M KROLNIK, JOHN M COLEMAN, PATRICIA SHILOH, KENNARD SHILOH, KEVIN SHILOH, KYLE SHILOH, CRAIG N BRAUN<br>Defendants. | No. 1:20-CV-01438-DAD-JLT<br>**COMPLAINT FOR VIOLATIONS OF:**<br>**1) 42 U.S.C 12112**<br>**2) 42 U.S.C 12101**<br>**3) 18 U.S.C 1028**<br>**4) CAL CCP 56.36(c)(5)**<br>**5) 42 U.S.C 12203(a)**<br>**6) 42 U.S.C 1983**<br>**7) 14th AMENDMENT**<br>**8) INJUNCTIVE RELIEF/REQUEST FOR JUDICIAL NOTICE PER FED. RULES OF EVIDENCE 201(b)**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:<br>Department: |

RECEIVED
OCT 08 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

Table of Contents

State Statutes

Cal. Rules of Court 1.100(c)(4)....................................4,8,17,20,22,26,27
Cal. Gov't Code 68152(f)....................................7
Cal CCP 56.36(c)(5)....................................8,11,22,25,26,27
Cal. Gov't Code 391(b)....................................9
Cal C.C.P 170.1(C)....................................9
Cal. C.C.P 413.10....................................9
Cal Gov't Code 68152(a)....................................9
California Civil Code 47....................................12
Cal Evidence Code 801(b)....................................17
Cal Welfare & Inst Code § 15610.23(a)....................................24

Federal Statutes

28 U.S.C. §1331....................................5
28 U.S.C. § 1343....................................5
28 U.S.C 1367(a)....................................5
28 U.S.C 1391(b)....................................5
28 U.S.C. §2403(b)....................................6
18 U.S.C 401(1)....................................6
Local Rule 120-d....................................6
42 U.S.C. § 1983....................................6,9,15
1st Amendment....................................6,23,24
5th Amendment....................................6,24
Americans With Disabilities Act of 1990....................................7,8,17,19,22,23,26,27
14th Amendment....................................10,21,24
42 U.S.C 12112....................................16
42 U.S.C 12101....................................16,17
42 U.S.C 12203(a)....................................16,24
Federal R.C.P Rule 60(b)....................................17
Federal Rules of Evidence 201(b)....................................24
18 U.S.C 1028....................................24

State Cases

Jolly v. Eli Lilly & Co. (1988) 44 Cal.3d 1103, 1109 [245 Cal.Rptr. 658, 751 P.2d 923])......7,9
Williams v. Horvath 16 Cal.3d 834, 842 (1976)....................................9,15
People v. Persolve, Llc., 218 Cal.App.4th 1267 (Cal. Ct. App. 2013)....................................12
Silberg v. Anderson (1990) 50 Cal.3d 205, 212, 266 Cal.Rptr. 638, 786 P.2d 365.)....................................12
Action Apartment Assn Inc. v. City of Santa Monica (2007) 41 Cal.4th 1232, 1241, 63Cal.Rptr.3d 398, 163 P.3d 89....................................12
Wilson v Frakes (1960) 178 Cal.App.2d 580, 585, 3 Cal.Rptr....................................15
Runyon v. Superior Court (Franco) (1986) - 187 Cal. App. 3d 878, 232 Cal. Rptr. 101..........20

Federal Cases

Plessy v. Ferguson (1896) 163 U.S. 537) )....................................................5,16,21
Brown v Board of Education of Topeka 347 U.S 483 (1954)....................................5,16
Fernos-Lopez v. United States Dist. Court, 599 F.2d 1087, 1091-92 (1st Cir. 1979), 444 U.S. 931 (1979).....................................................................................................6
De Long v.Hennessey, 912 F.2d1144, 1147 (9th Cir. 1990) ...................................7,14
Demjanjuk v.Petrovsky,10 F.3d 338, 348(6th Cir. 1993)...........................................13
re Coordinated Pretrial Proceedings in Antibiotic Antitrust Actions, 538 F.2d 180, 195(8th Cir. 1976).................................................................................................13
Rozier v. Ford Motor Co., 573 F.2d 1332, 1338 (5thCir. 1978).....................................13
Gleason v. Jandrucko, 860 F.2d 556, 559 (2d Cir. 1998)............................................13
Molski v. Evergreen Dynasty Corp., 500 F.3d1047, 1057 (9th Cir. 2007) (per curiam)...........13
Moy v.United States, 906 F.2d 467, 470 (9th Cir. 1990)...........................................14
Safir v. U.S. Lines, Inc., 792 F.2d 19, 24 (2d Cir.1986)...........................................14
Cromer v.Kraft Foods N. Am.,Inc., 390 F.3d 812, 818 (4th Cir. 2004).............................14
Aspic Eng'g & Constr. Co. v. ECC Centcom Constructors LLC, No. 17-16510, 2019 BL 26363 (9th Cir. Jan. 28, 2019) .......................................................................16

Miscelaneous statutes

American Bar Association Model Rule 8.3.......................................................14

**INTRODUCTION**

1. This is an action for relief from violations of Defendants County of Los Angeles and individual Defendants Liza M Perez and Linda M Krolnik of the right of Plaintiff Kenny J Shiloh to be free from unlawful discrimination based on a disability.

2. Defendants subjected Plaintiff to ridicule by publishing a minute order in which County of Los Angeles employee Liza M Perez disclosed information about Plaintiff's disability and violated the Americans With Disabilities Act of 1990 which requires the California courts to implement Cal. Rules of Court 1.100(c)(4). The state statute fulfills the accommodation requirements set by the ADA which states accommodation request are to remain confidential.

3. As a result of the information being printed on a minute order that was available to the public, the damage is non-repairable as it is unknown how many individuals have been able to view the medical information unlawfully disclosed by Perez and the County of Los Angeles. It eventually reached the point in which several judicial officers within the County of Los Angeles insulted the Plaintiff due to a "mental disability."

4. As an employee of an entity operated by the County of Los Angeles, Plaintiff discovered that Perez deleted several traffic violations in which several were issued by the Los Angeles County Sheriffs Department. Ticket numbers C960030, D415329, IR119882, W638177, 6LSN0018 are no longer in the Los Angeles County Superior Court's database. (Exhibit A)

5. Ms. Perez required the Plaintiff to pay for services that were covered under a fee waiver that was issued by the court and even refused to file a timely appeal for a case in which he was a Defendant. Ms. Perez also created a hostile environment for the Plaintiff by not documenting the Plaintiff's change of address, refusing to let him see the small claims advisor which are services that are available to everyone.

6. Plaintiff filed a complaint in Los Angeles County Superior Court in which a previous attorney that litigated for the County of Los Angeles had appeared on the Plaintiff's case.

7. Plaintiff then moved the case to Kern County and enjoined the Los Angeles County Defendants along with another group of Defendants who had violated Plaintiff in a similar fashion. Linda M. Krolnik, an employee representing the County of Kern deleted the names of every individual Defendant from the County of Kern's database that was listed on the Plaintiff's complaint. And in

unison, it was at that moment that County of Los Angeles employee Liza M. Perez deleted the court records mentioned earlier in this complaint.

8. Due to the small permissions of the judicial machinery in both jurisdictions in which the Plaintiff has been discriminated against because of his mental health, the acts of both jurisdictions and their employees (Perez and Krolnik) has created a hostile environment. With the trial courts and even appellate courts turning a blind eye to the clear violations in which court employees deleted information on the court record, Plaintiff is concerned that if he were to be indicted in either the municipalities of Kern, or Los Angeles, Plaintiff is concerned of retaliation that will be executed by several judges due to the Plaintiff's whistleblowing of acts of "fraud upon the court." And due to the fact that several defendants were found by a credit card company to have utilized the Plaintiff's social security number, in which one Defendant has already served one county and two state prison terms for identity theft related issues, this is very troubling.

9. Plaintiff has attempted to enlist law enforcement and state courts to execute statutes that protect him by law but has been greeted with hostility, and a victim of vexatious acts such as "docket doctoring."

10. It has reached a threshold in which the Plaintiff will be catapulted into a position in which he will be forced to execute "vigilante justice" if there is no intervention to stop Defedants from violating the Plaintiff's civil rights again. *(Plessy v. Ferguson (1896) 163 U.S. 537) ) (Brown v Board of Education of Topeka 347 U.S 483 (1954)*

**JURISDICTION AND VENUE**

11. This Court has jurisdiction over the subject matter and parties pursuant to 28 U.S.C. §1331, as this case involves questions of federal law. This Court also has jurisdiction pursuant to 28 U.S.C. § 1343 because Plaintiff seeks damages for violation of his civil rights.

12. This court has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C 1367(a) because those claims form part of the same case or controversy under Article III of the United States Constitution. Plaintiff's state law claims share common operative facts with his federal law claims, and the parties are identical. Resolving Plaintiff's federal and state claims in a single action serves the interest of judicial economy, convenience, consistency, and fairness to the parties.

13. Venue is proper in, and Defendants are subject to the personal jurisdiction of, this Court because some Defendants either maintain facilities and business operations in this District, and all or most of the events giving rise to this action occurred in this District. 28 U.S.C 1391(b).

14. Request for intervention is valid per 28 U.S.C. §2403(b) due to a ruling that was based on fraud that secrets a violation of federal law in which this court is mandated to apply the provisions listed within the statutes.

15. This court has jurisdiction per 18 U.S.C 401(1) due to the involvement of officers of the court concealing a Federal matter as the conduct caused a significant amount of delay in the Plaintiff's case. (*Fernos-Lopez v. United States Dist. Court*, 599 F.2d 1087, 1091-92 (1st Cir. 1979), 444 U.S. 931 (1979)).

16. Pursuant to Local Rule 120-d of this District, assignment to the Fresno Division of this Court is proper because all or most of the events giving rise to Plaintiff's claims occurred in Kern County. Per Cal. Section 583.310 of the California Code of Civil Procedure that states "*An action shall be brought to trial within five years after the action is commenced against the defendant*.", Defendants Liza M. Perez, Melvin Penny, Kennard, Patricia, and Michael Shiloh were listed as Defendants in an action that was filed on May 23, 2016 which permits the Plaintiff to bring this action no later than May 23, 2021 as the case was dismissed against these individuals without being heard on the merits.

## NATURE OF THE ACTIONS

17. This is an action brought forth pursuant to 42. U.S.C 1983, 1st Amendment, 5th Amendment and the 14th Amendment.

18. Plaintiff seeks Injunctive Relief, Declaratory Relief, compensation, punitive damages and penalties as remedies for Defendants' violations of his Federal and California statutory law rights.

## PARTIES

19. Plaintiff Kenny J Shiloh, an individual with a disability, was a defendant in Los Angeles County Superior Court in April 2014.

20. Liza M. Perez, a court clerk that is employed with the Los Angeles County Superior Court via County of Los Angeles performs the administrative duties in criminal and civil justice, assisting officers of the court as well as judges and lawyers. Melvin Penny was a bailiff with the Los Angeles County Sheriffs Department.

21. Linda M. Krolnik, also a court clerk that is employed with the Kern County Superior Court via Kern County has the same duties in which she assists officers of the court as well as judges and lawyers in criminal and civil cases.

22. John M Coleman and Craig N Braun, are attorneys and officers of the court that were assisted by the court clerks with the Counties of Los Angeles and Kern.

23. Kennard, Patricia, Kevin, Kyle and Michael Shiloh are relatives of the Plaintiff. Defendants Kennard and Patricia are directly involved with Basketball Universe Academy, a business that is subject to Americans With Disability Act of 1990 guidelines. They freely admitted that the Plaintiff has "serious mental health issues" which also places him in the provisions of the Americans With Disabilities Act of 1990.

24. Due to the locations of the Defendants in which most of them reside in Kern County, this venue is proper. This court also has jurisdiction due to it's ability to monitor abusive conduct in the State courts. *De Long v.Hennessey, 912 F.2d1144, 1147 (9th Cir. 1990)* And due to the fact that all Defendants (excluding John M Coleman and Craig N Braun) fall under the guidelines in which they must comply with Americans With Disabilities Act of 1990 which has strict guidelines as to the confidentiality of medical records and discrimination due to a medical disability.

## STATEMENT OF THE CASE

### A. Defendants Kennard, Patricia, Kevin and Michael Shiloh

25. These Defendants were found by American Express, a financial corporation found that a petition that was made by the Plaintiff, in which he stated that he was not responsible for some $23,115 that the Defendants racked up in charges during a period in which Kennard and Patricia operated Kern Youth Services. (Exhibit B)

26. Plaintiff discovered that Kern Youth Services had utilized an address during a bankruptcy proceeding that is situated in the Northwest District of Los Angeles County (which covers the San Fernando Valley), the court wrongly dismissed a small claims action brought by the Plaintiff despite having the documentation on the court docket stating so. The case was prematurely destroyed from the court docket per Cal. Gov't Code 68152(f)

27. Due to the fact that it was not until November 16, 2012 that the Plaintiff discovered that Michael and Kevin were cardholders, Plaintiff took advantage of the California Delayed Discovery Act and filed a complaint for Identity Theft in January of 2013. Due to the filing of the complaint falling within the 6 month requirement from the time of discovering the two other Defendants, the complaint was timely filed. (*Jolly v. Eli Lilly & Co. (1988) 44 Cal.3d 1103, 1109*

*[245 Cal.Rptr. 658, 751 P.2d 923])* Kevin Shiloh has four convictions for identity theft and has served two prison terms and one county term in Los Angeles County.

28. It was in this matter of *Shiloh v Shiloh,* Kern County Superior Court case #S-1500-CV-278507 in which Defendants Kennard, Patricia and Michael Shiloh had presented Plaintiff's medical issues which without authorization from the Plaintiff, violate Cal. C.C.P 56.36(c)(5). (Exhibit C)

29. Due to the fact that Defendant Patricia Shiloh had utilized a business address belonging to Basketball Universe Academy (a.k.a Dignity Health Sports Complex), which is own and operated by Kyle Shiloh (in which Kennard and Patricia are involved with), and the fact that the business falls under the Americans With Disabilities Act of 1990, this fact creates an additional violation under the ADA.

30. As a result of the acts done by Kennard, Patricia, Michael and Kevin Shiloh, the Plaintiff has struggled with regaining control of his credit rating and fears that due to Kevin Shiloh's multiple convictions of identity theft, Plaintiff fears that the foursome may molest the Plaintiff's by stealing his identity again.

31. Due to the ongoing issue with the County of Los Angeles (which had occurred at the same time the Plaintiff was addressing the Los Angeles County violations of the ADA and Cal CCP 56.36(c)(5), the case was dismissed due to an alleged "failure to prosecute."

32. Plaintiff brought suit in Kern County Superior Court against Kennard, Patricia and Michael Shiloh for violating Cal C.C.P 56.36(c)(5).

**B. County of Los Angeles, Liza M Perez**

33. Plaintiff, who at the time of this violation was a resident of Los Angeles County, (but relocated to San Bernardino County in June 2014) discovered the breaches of Cal. Rules of Court 1.100(c)(4), the California Medical Information Act and the Americans With Disabilities Act of 1990 on or about June 9, 2014 after receiving an old notification from the Defendants that had been left at the Plaintiff's old residence in Monrovia, CA.(Exhibit D) The Plaintiff, which was a Defendant in case #13G05350 titled *Value Rental Car INC v Shiloh,* had not issued a waiver granting Ms. Perez to release that information. She failed to produce any documentation from the Plaintiff that would grant her to do so.

34. Ms. Perez also required the Plaintiff to pay for services that were covered by his fee waiver that was granted by the court. (Exhibit E)

35. It was discovered and documented by the Plaintiff, acts of judicial fraud in which Ms. Perez intentionally failed to update the Plaintiff's change of address information as to when his appeal would be heard.

36. The delayed discovery act would have allowed the Plaintiff 6 months from June 9, 2014 to file a claim with the County of Los Angeles. (*Jolly v. Eli Lilly & Co. (1988) supra)* Plaintiff submitted a timely claim, which was rejected by the County of Los Angeles. (Exhibit F)

37. The claim provision of Cal. Gov't Code 911.2 is inoperable in cases like this action that are brought under 42 U.S.C 1983 and are subject to California statute of limitations. *Williams v. Horvath 16 Cal.3d 834, 842 (1976) University of Notre Dame Du Lac, _F. Supp. 2d, 2013 WL 1332268, 3 (N.D. Ind. March 29,* 2013)

38. Plaintiff attempted to bring suit against the County of Los Angeles under Los Angeles County Superior Court case #BC608112 but was greeted by a judicial officer who had once litigated for the County of Los Angeles, Judge Kevin C. Brazile.

39. Plaintiff was unlawfully labeled a vexatious litigant under Cal C.C.P 391(b) as Cal C.C.P 170.1(C) prohibits Judge Brazile from presiding over any aspect of the case due to the fact that his colleagues are the Defendants. This presentation was ignored by the Second District Appellate Court. There were some 24 cases in which he alleged the Plaintiff took part in within a 7 year time frame. Only 5 of those cases were cases that could be considered as to whether or not it was adverse to the Plaintiff. In that list was the small claims action of Shiloh v Shiloh (Los Angeles County Superior Court case #120W2321, which is not covered by the Vexatious Litigant statute and several attempts by the Plaintiff to file restraining orders against his relatives in which all were denied by the courts despite the evidence presented of identity theft.[1]

**C. John M Coleman, Linda M. Krolnik**

40. Mr. Coleman was the counsel for the County of Los Angeles in Los Angeles County Superior Court case #BC608112.

41. Linda M. Krolnik is the deputy clerk for the Kern County Superior Court.

42. Mr. Coleman made motions that were unsupported by statute that required the Plaintiff to have his complaint given to a clerk with the Los Angeles County Board of Directors, and stamped by the clerk instead of being served via Cal C.C.P 413.10 (Exhibit G) which the court wrongfully granted as the Plaintiff had served the Defendants County of Los Angeles.

---

[1] This case that occurred in 2012 which had Defendant Kennard Shiloh's admission of Plaintiff's mental health issues is no longer available in the Los Angeles County Superior Court database violating Cal. Gov't Code 68152(a).

43. Plaintiff then enjoined Defendants County of Los Angeles to the Kern County case of Shiloh vs Shiloh (BCV-16-101157) in which at the time, Ms. Perez was a "Doe defendant) as it was clear that after the Court of Appeals even refused to look at the prejudicial circumstances that violates the 14th Amendment rights of the Plaintiff, the Plaintiff was not going to receive a fair trial within that jurisdiction. The court had dismissed the case with prejudice without discussing the merits.

44. From the very beginning, Mr. Coleman made intentional errors that constitute intrinsic fraud. Defendant Coleman mislabeled the case of *Value Rental Car, INC vs Shiloh* from 13G05350 to a Federal case number of 2:2015cv02059:-which if true, would have been a Federal Court case number. (Exhibit H) This is the second issue in which he was allowed to obtain a free pass to present his fraudulent conduct in the court. The Demurrer he issued on March 1, 2017 also had bogus codes that were irrelevant to the heart of complaint.

45. Defendant Coleman had visited the Plaintiff's residence to deliver a document in which he claimed that an individual named "Hector Gutierrez" delivered a motion on October 3, 2017. However, Mr. Coleman was unaware that there were individuals at the residence at the time and saw him personally deliver the form and just simply, knocked on the door and left the papers on the Plaintiff's doorstep, which is not a valid form of service. (Exhibit I)

46. Defendants County of Los Angeles moved for Motion For Judgment On The Pleadings in which a hearing was held on April 6, 2018 in which the court orally stated that the Defendant Coleman's motion requesting relief for the County of Los Angeles was denied. (Exhibit J) The Plaintiff was ordered to make a Third Amended Complaint without requiring Defendants Perez and Penny to give answers to the 2nd Amended Complaint.

47. Defendants County of Los Angeles in concert with the County of Kern via Linda M. Krolnik at some point conspired with each other to begin constructively "cherry picking" the Plaintiff's court docket. The court "amended" the minute order that was issued by the court on or about July 4, 2018. Plaintiff was ordered to make a fourth amended complaint.

**D. Craig N. Braun**

48. Defendant Braun was eventually retained by the Shiloh Defendants in which also from the very beginning, he had threatened the Plaintiff with a malicious prosecution suit after the lawsuit was dismissed against his clients. During a phone call in February 2018, he made an attempt to put a "guilt trip" on the Plaintiff by attempting to gaslight him into believing that he did not have

a valid complaint[2] and chastised the Plaintiff by asking *"WHY ARE YOU DOING THIS TO YOUR PARENTS AND BROTHER?"*[3]

49. Braun and Coleman both moved to Demurrer the Plaintiff's complaint in which the court granted. The court eliminated the undisputable cause of action of the violation of the Cal CCP 56.36(c)(5) and only gave the Plaintiff two other causes of action in which there were no merit.

50. Plaintiff addressed this act of fraud upon the court in which the Plaintiff discovered that after ordering the Plaintiff to present a fourth amended complaint, Defendant Coleman was able to answer only the second and fourth causes of action on the stricken third amended complaint while Defendant Braun was able to file a motion for dismissal for the Plaintiff's alleged failure to make an amended complaint. (Exhibit K)

51. At some point between October 2018 and January 2019, Linda M Krolnik with assistance from John M. Coleman and Craig N. Braun were able to not only delete the names of Liza M. Perez, Melvin Penny, Kennard, Patricia and Michael Shiloh off of the court record (Exhibit L), but force the Plaintiff into a "fixed" case in which he was forced into a judgment that has absolutely no legal support. On December 21, 2018, the case was dismissed in which the court orally stated that the Plaintiff's complaint was barred per Cal CCP 47. Court ignored the fact that Defendants Liza M Perez and Melvin Penny were listed as Defendants and did not require them to respond. Court also ignored the fact that the vexatious litigant order from the County of Los Angeles was imposed on the Plaintiff in error and during the same exact time period that Linda M. Krolnik had deleted the names of the Shiloh Defendants, Liza M. Perez and the County of Los Angeles erased all of the Plaintiff's citations that were issued by the Los Angeles County Sheriffs Department against him that were used as an retaliation tactic.

52. It was also discovered a significant time later that the County of Los Angeles had also issued a judgment against the Plaintiff in case #BC608112 in which he must pay an amount in the tune of around $1,500 in which just like any attempt from the County of Kern to collect on the fraudulent judgment, the Plaintiff is under no obligation to comply with two courts that have utilized fraudulent tactics.

53. Despite the evidence which shows clear and unarguable evidence of fraud upon the court in the form of a cover up, the Fifth District Court of Appeals for an entire year and a half on March

---

[2] Everyone that the Plaintiff has presented the undisputable facts to have attempted to gaslight the Plaintiff into believing that the courts have done no violations of State or Federal law despite the obvious facts. It will fail in this court if attempted.

[3] Sentence is in italics to place emphasis as normally, "all caps" is usually utilized to define anger.

2, 2020 decided that they were not going to allow the Plaintiff his right to appeal the decision made by the court on December 21, 2018.

**STANDARD OF REVIEW**

**A. LITIGATION PRIVILEDGE**

54. The California Court of Appeals found in *People v Persolve, Llc.*, 218 Cal.App.4th 1267 (Cal. Ct. App. 2013), a "publication or broadcast" made as part of a "judicial proceeding" is privileged under California Civil Code section 47, subdivision (b). In general, this privilege applies to any communication that is made in judicial or quasi-judicial proceedings by litigants, or other participants authorized by law, to achieve the objects of the litigation.

55. Further, the privilege covers communications that have some connection or logical relation to the action. *(Silberg v. Anderson (1990) 50 Cal.3d 205, 212, 266 Cal.Rptr. 638, 786 P.2d 365.)* Thus, the privilege covers communications made "to achieve the objects of the litigation, even though the publication is made outside the courtroom," including communications having some relation to an *anticipated* lawsuit that is contemplated in good faith and under serious consideration. *(Silberg, supra, 50 Cal.3d at p. 212, 266 Cal.Rptr. 638, 786 P.2d 365; Rubin v. Green (1993) 4 Cal.4th 1187, 1194–1195, 17 Cal.Rptr.2d 828, 847 P.2d 1044 (Rubin ).)* Moreover, the privilege is absolute in nature, applying " 'to all publications, irrespective of their maliciousness.' " *(Action Apartment Assn.,) Inc. v. City of Santa Monica (2007) 41 Cal.4th 1232, 1241, 63 Cal.Rptr.3d 398, 163 P.3d 89).* Plaintiff's mental health information had no relation in the small claims case against his parents nor the small claims case that Defendant Liza M. Perez released his medical information.

56. The litigation privilege is not without limit. *(Action Apartment, supra, 41 Cal.4th at p. 1242, 63 Cal.Rptr.3d 398, 163 P.3d 89.)* Courts have found exceptions to the litigation privilege based on irreconcilable conflicts between the privilege and other coequal state laws. *(Id. at p. 1247, 63 Cal.Rptr.3d 398, 163 P.3d 89.)* For example, the litigation privilege does not apply to perjury, subornation of perjury, false report of a criminal offense, and " 'attorney solicitation through the use of "runners" or "cappers." ' " *(Id. at p. 1246, 63 Cal.Rptr.3d 398, 163 P.3d 89.)* The recognition of these exceptions has been guided by the " 'rule of statutory construction that particular provisions will prevail over general provisions.' "

57. If a statute is more specific than the litigation privilege and would be significantly or wholly inoperable if the privilege applied, the privilege will not shield violations of that statute.

**B. FRAUD UPON THE COURT**

58. In order to meet the necessarily demanding standard for proof of fraud upon the court we conclude that there must be:(1) an intentional fraud; (2) by an officer of the court; (3) which is directed at the court itself; and (4) in fact deceives the court. The United States Court of Appeals for the Sixth Circuit has1set forth five elements of fraud upon the court which consist of conduct: "

1. On the part of an officer of the court;
2. That is directed to the 'judicial machinery' itself;
3. That is intentionally false, willfully blind to the truth, or is in reckless disregard for the truth;
4. That is a positive averment or is concealment when one is under a duty to disclose;
5. That deceives the court." *(Demjanjuk v.Petrovsky,10 F.3d 338, 348(6th Cir. 1993)*).

59. Although other United States Courts of Appeals have not articulated express elements of fraud upon the court as the Sixth Circuit did, the doctrine has been characterized "as a scheme to interfere with the judicial machinery performing the task of impartial adjudication, as by preventing the opposing party from fairly presenting his case or defense. "*In re Coordinated Pretrial Proceedings in Antibiotic Antitrust Actions, 538 F.2d 180, 195(8th Cir. 1976)* (citations omitted); see also *Rozier v. Ford Motor Co., 573 F.2d 1332, 1338 (5thCir. 1978)* (holding "only the most egregious misconduct such as bribery of a judge or members of a jury, or the fabrication of evidence by a party in which an attorney is implicated, will constitute a fraud on the court"). Additionally, fraud upon the court differs from fraud on an adverse party in that it "is limited to fraud which seriously affects the integrity of the normal process of adjudication. "Gleason v. Jandrucko, 860 F.2d 556, 559 (2d Cir. 1998).

60. A determination of fraud on the court may be justified only by "the most egregious misconduct directed to the court itself," and that it "must be supported by clear, unequivocal and convincing evidence." In *re Coordinated Pretrial Proceedings in Antibiotic Antitrust Actions, 538 F.2d180, 195 (8th Cir. 1976)* (citations omitted).

**C. VEXATIOUS LITIGANT ORDERS**

61. Profligate use of pre-filing orders could infringe this important right, *Molski v. Evergreen Dynasty Corp., 500 F.3d1047, 1057 (9th Cir. 2007) (per curiam)*, as the pre-clearance requirement imposes a substantial burden on the free-access guarantee. *"Among all other citizens, [the vexatious litigant]is to be restricted in his right of access to the courts. We cannot predict*

*what harm might come to him as a result, and he should not be forced to predict it either. What he does know is that a Sword of Damocles hangs over his hopes for federal access for the foreseeable future." Moy v. United States, 906 F.2d 467, 470 (9th Cir. 1990).*

62. Out of regard for the constitutional underpinnings of the right to court access, "pre-filing orders should rarely be filed," and only if courts comply with certain procedural and substantive requirements. *De Long, supra 912 F.2d at 1147.* When district courts seek to impose pre-filing restrictions, they must: (1) give litigants notice and "an opportunity to oppose the order before it [is]entered"; (2) compile an adequate record for appellate review, including "a listing of all the cases and motions that led the district court to conclude that a vexatious litigant order was needed"; (3) make substantive findings of frivolousness or harassment; and (4) tailor the order narrowly so as "to closely fit the specific vice encountered." *De Long supra Id. at 1147–48.* Id.(quoting *Safir v. U.S. Lines, Inc., 792 F.2d 19, 24 (2d Cir.1986)).* The final consideration — whether other remedies "would be adequate to protect the courts and other parties" is particularly important. See *Cromer v.Kraft Foods N. Am.,Inc., 390 F.3d 812, 818 (4th Cir. 2004).* In light of the seriousness of restricting litigants' access to the courts, pre-filing orders should be a remedy of last resort.

**D. INJUNCTIVE RELIEF**

63. The criteria for preliminary injunctive relief are not much in doubt. *See, e.g., Hypertherm, Inc. v. Precision Products, Inc.,* 832 F.2d 697, 699 n. 2 (1st Cir. 1987); *Massachusetts Ass'n of Older Americans v. Sharp,* 700 F.2d 749, 751 (1st Cir. 1983); *Auburn News Co. v. Providence Journal Co.,* 659 F.2d 273, 277 (1st Cir. 1981), *cert. denied,* 455 U.S. 921, 102 S.Ct. 1277, 71 L.Ed.2d 461 (1982); *Planned Parenthood League of Massachusetts v. Bellotti,* 641 F.2d 1006, 1009 (1st Cir. 1981). Those criteria can be summarized as follows:

(1. The likelihood of merits' success;

(2. The potentiality for irreparable injury.

(3. A balancing of the relevant equities (most importantly, the hardship to the nonmovant if the restrainer issues as contrasted with the hardship to the movant if interim relief is withheld); and

(4. The effect on the public interest of a grant or denial of the restrainer.

**AMERICAN BAR ASSOCIATION MODEL RULE 8.3**

64. The following is a list of requirements for practicing attorneys:

(a) A lawyer who knows that another lawyer has committed a violation of the Rules of Professional Conduct that raises a substantial question as to that lawyer's honesty, trustworthiness or fitness as a lawyer in other respects, shall inform the appropriate professional authority.

(b) A lawyer who knows that a judge has committed a violation of applicable rules of judicial conduct that raises a substantial question as to the judge's fitness for office shall inform the appropriate authority.

(c) This Rule does not require disclosure of information otherwise protected by Rule 1.6 or information gained by a lawyer or judge while participating in an approved lawyers assistance program.

65. In simple terms, an attorney is required to report any and every act of judicial misconduct.

## EXHAUSTION OF REMEDIES

66. Plaintiff timely filed charges with the Kern County Superior Court in concerns to all defendants in Kern County Superior Court.

67. Plaintiff is exempt from filing claims for damages against Kern and Los Angeles Counties as this case is brought under 42 U.S.C 1983. *Williams v. Horvath 16 Cadl.3d 834, 842 (1976)* (Stating that the claim provision of Cal. Gov't Code 911.2 is inoperable)

68. Due to the Plaintiff being unable to get answers to several California and Federal violations which were either dismissed without issuing an answer to several defendants, the issues presented are not a matter of res judicata as they were never resolved. *Wilson v Frakes (1960) 178 Cal.App.2d 580, 585, 3 Cal.Rptr*

## FIRST CLAIM FOR RELIEF

### PLAINTIFF REQUEST FOR ORDER VACATING DISMISSALS AND ORDERS AGAINST PLAINTIFF MADE IN LOS ANGELES COUNTY AND KERN COUNTY SUPERIOR COURTS

69. Plaintiff seeks relief from all and every order stemming from Los Angeles County Superior Court case #BC608112 and vacate judgment against Plaintiff in Kern County Superior Court case #BCV-16-1-101157.

70. It does not require a license to practice law to conclude that not only were the acts of both courts were unethical and illegal.

71. When the court struck Plaintiff's Third Amended Complaint and required him to make a fourth amended complaint, only to allow the Defendants County of Los Angeles to revert back and answer two causes of the stricken complaint and not allow the Plaintiff a fair trial shows the inequality and denial of due process. *(Plessy v Ferguson (1896) supra) ) (Brown v Board of Education (1954) supra)* Furthermore, the trial court, and appellate court could not list a statute or case that allows the County of Los Angeles to not only delete court records on their end, but allows them to revert back to a stricken complaint and "pick and choose" what they want to answer instead of answering the most important issues: Violations of the 42 U.S.C 12101, 42 U.S.C 12203(a), 42 U.S.C 12112, and the cause of action of Intentional Infliction of Emotional Distress.

72. Plaintiff has also pointed out the protocol that courts must take prior to placing a vexatious litigant order on a litigant. Unfortunately, there is no definite answer as to whether or not the Plaintiff is vexatious or not because the record and paper trail clearly shows that court clerks have altered the Plaintiff's records from current, and past issues.

73. Accordingly, the Los Angeles County Superior Court failed to give details as to how the Plaintiff was vexatious and what he did to other litigants that was vexatious.

74. The only thing the order provides is a list of cases without listing the type of case (e.g small claims, limited, unlimited, etc) they were. And because of the fact that several times, the Plaintiff had petitioned the court for a protective order from his parents due to their act of identity theft. The court listed those petitions as litigation that was tried more than once with an adverse outcome.

75. Due to the fact that there are absolutely no appellate reviews of the Plaintiff's conduct that give exact details of what the cases were about, and why they were initiated, and that the order came without warning, it does not meet the requirements set before a court can impose such an order. At the current moment, there is nothing on the Los Angeles County Superior Court docket for Los Angeles County Superior Court docket number BC608112 that shows that Judge Kevin C. Brazile actually gave the Plaintiff fair notice of placing the order. (Exhibit M)

76. This court has jurisdiction over controversies such as vacating orders that do not comply with law. *Aspic Eng'g & Constr. Co. v. ECC Centcom Constructors LLC, No. 17-16510, 2019 BL 26363 (9th Cir. Jan. 28, 2019)*

77. In addition to these facts as mentioned prior, the court records have been compromised in both Kern and Los Angeles County Superior Courts which allows this court to vacate it per

Federal R.C.P 60(b). And due to the Fifth District Court of Appeals refusing to hear the Plaintiff's request to file an appeal without issuing an opinion on March 2, 2020, (Exhibit N) this request is timely made as it is within the one year requirement that Federal law allows.

**SECOND CLAIM FOR RELIEF**

**DAMAGES DUE TO VIOLATION OF AMERICANS WITH DISABILITIES ACT OF 1990/FIRST AND FOURTEENTH AMENDMENTS**

78. Plaintiff adopts the facts in the first claim for relief and incorporate them into this second claim for relief.

79. Plaintiff is allowed to be his own expert witness per Cal. Evidence Code 801(b).

80. The asinine acts of the Kern and Los Angeles County Superior Court covered the violations of the ADA.

**A. Liza M Perez and Melvin Penny**

81. Liza M. Perez and Melvin Penny were required to keep any information about request for courtroom accommodations under Cal. Rules of Court 1.100(c)(4) which is a required rule per Americans With Disabilities Act of 1990.

82. The names of the lone defendants (Shiloh, Perez and Penny) were deleted from the court docket so that it would appear as if the Plaintiff never added the names of the Defendants to the court docket. Exhibit O are the cover sheets from the second and third amended complaints along with his certification of HIPAA compliance training.

83. The first violation involved Perez and Penny in which they alleged that the Plaintiff called in to the courthouse to alert the court that he would not be coming in due to his "mental state." First off, there is no provision in the Cal. Rules of Court 1.100 statute allowing one to call in to petition for court continuances. The following is what it stated in the statute:

***(a) definitions***

*(1) "Persons with disabilities" means individuals covered by California Civil Code section 51 et seq.; the Americans With Disabilities Act of 1990 (42 U.S.C. §12101 et seq.); or other applicable state and federal laws. This definition includes persons who have a physical or mental medical condition that limits one or more of the major life activities, have a record of such a condition, or are regarded as having such a condition.*

*(2) "Applicant" means any lawyer, party, witness, juror, or other person with an interest in attending any proceeding before any court of this state.*

*(3) "Accommodations" means actions that result in court services, programs, or activities being readily accessible to and usable by persons with disabilities. Accommodations may include making reasonable modifications in policies, practices, and procedures; furnishing, at no charge, to persons with disabilities, auxiliary aids and services, equipment, devices, materials in alternative formats, readers, or certified interpreters for persons who are deaf or hard-of-hearing; relocating services or programs to accessible facilities; or providing services at alternative sites. Although not required where other actions are effective in providing access to court services, programs, or activities, alteration of existing facilities by the responsible entity may be an accommodation.*

***(b) Policy***

*It is the policy of the courts of this state to ensure that persons with disabilities have equal and full access to the judicial system. To ensure access to the courts for persons with disabilities, each superior and appellate court must delegate at least one person to be the ADA coordinator, also known as the access coordinator, or designee to address requests for accommodations. This rule is not intended to impose limitations or to invalidate the remedies, rights, and procedures accorded to persons with disabilities under state or federal law.*

*(Subd (b) adopted effective January 1, 2007.)*

***(c) Process for requesting accommodations***

*The process for requesting accommodations is as follows:*

*(1) Requests for accommodations under this rule may be presented ex parte on a form approved by the Judicial Council, in another written format, or orally. Requests must be forwarded to the ADA coordinator, also known as the access coordinator, or designee, within the time frame provided in (c)(3).*

*(2)  Requests for accommodations must include a description of the accommodation sought, along with a statement of the medical condition that necessitates the accommodation. The court, in its discretion, may require the applicant to provide additional information about the medical condition.*

*(3)  Requests for accommodations must be made as far in advance as possible, and in any event must be made no fewer than 5 court days before the requested implementation date. The court may, in its discretion, waive this requirement.*

*(4)  The court must keep confidential all information of the applicant concerning the request for accommodation, unless confidentiality is waived in writing by the applicant or disclosure is required by law. The applicant's identity and confidential information may not be disclosed to the public or to persons other than those involved in the accommodation process. Confidential information includes all medical information pertaining to the applicant, and all oral or written communication from the applicant concerning the request for accommodation.*

84. Liza M. Perez and Melvin Penny, both employees of the County of Los Angeles with their own words, classified the Plaintiff as one who has a "mental state" which places the Plaintiff in Cal. Rules of Court 1.100(a)(1). Their statement catapults the Plaintiff into Americans With Disabilities Act of 1990 provisions. And section (c)(4) addresses how the information is to remain confidential which means Ms. Perez had no permission without **written consent** from the Plaintiff to release any of that information. It is also confirmed by the Plaintiff's own parents which is why the Kern and Los Angeles County Superior Courts erased information concerning the Plaintiff from the court docket.

85. The second violation of the ADA was on March 4, 2016 when Ms. Perez refused to let the Plaintiff file an appeal in which she then required the Plaintiff to pay for services that were covered under his fee waiver that was granted by the court.

86. The third violation occurred on May 5, 2015 when Ms. Perez failed to notify the Plaintiff of his court date for his appeal in case #13G05350.

87. The fourth violation occurred at some point in 2018 when the County of Los Angeles deleted court matters in which provided details of retaliation in the form of harassment from the Los Angeles County Sheriff's Department.. Due to the lack of knowledge as to the actual date, the

California Discovery Act allows the tolling for Statute of Limitations to start from the day that the Third Amended Complaint was filed in Kern County, which was April 25, 2018. It was at that time that the Plaintiff discovered that the retaliative acts from the County of Los Angeles took place. Furthermore, due to his own parents and other relatives admission of "serious mental health issues" which they clearly pointed out without permission, this is another reason for the deletion of the names of the Shiloh defendants as it would frustrate the County of Los Angeles' attempt to cover up Liza M. Perez' violation of Cal. Rules of Court 1.100(c)(4).

**B. The Shiloh Defendants, County of Kern and Linda M. Krolnik**

88. Due to the fact that Kern County Superior Court clerk Linda M. Krolnik, who was the custodian of the court record went and deleted the names of Kennard, Patricia and Michael Shiloh, it now creates violation number one for the County of Kern. Plaintiff was able to intercept at least two counts of docket doctoring in which the docket now only shows one Defendant-the County of Los Angeles.

89. It is the first violation for the Shiloh Defendants due to them having a business that has more than 15 individuals in which they must comply with the ADA accomodations.

90. The acts done by these defendants were anything but accommodating for the Plaintiff.

**C. There is good cause to believe that the attorneys for both parties partook of bribery**

91. Whether or not the counsel for both Defendants paid the courts to delete the names of the lone defendants is more than likely irrelevant because of the following information.

92. It was settled in *Runyon v. Superior Court (Franco) (1986) - 187 Cal. App. 3d 878, 232 Cal. Rptr. 101,* the interpretation of Cal. Gov't Code 818 is that it prohibits a claim of punitive *(187 Cal. App. 3d 881)* damages against a public entity. However, it does not prohibit suits against employees.

93. This serves a good reason to delete the names of the Los Angeles County employees, Perez and Penny off the record. Cal. Gov't Code 815.2(b) states, *"Except as otherwise provided by statute, a public entity is not liable for an injury resulting from an act or omission of an employee of the public entity where the employee is immune from liability."* The statute that revokes Defendant Liza M Perez and Melvin Penny's immunity is Cal. C.C.P 56.36(b) as this statute will also eliminate immunity from the County of Los Angeles and the Los Angeles County Sheriffs Department.

94. This is why the court employees, along with the judicial machinery had mislabeled facts, eliminated names of individual Defendants, and has compromised the court docket.

95. And referring to the Kern and Los Angeles County Superior Court (Los Angeles County Superior Court #BC608112, Kern County Superior Court #BCV-16-101157, the allegations that were presented by attorney John M. Coleman that stated that the causes of action were res judicata were about as foolish as his and the court's conduct. They are absurd mainly because the Los Angeles County case was filed in January 2016. Plaintiff filed the case of Shiloh vs Shiloh in Kern County in May 2016. What both courts are saying is that the Plaintiff had duplicate lawsuits with the same causes of action at the same time. These courts need to explain how the Plaintiff would could simultaneously be located in two different court rooms at the same time, litigating the same causes of action in both places.

**C. Irreparable harm if issues are not resolved**

96. For these reasons, it is imperative that this court takes action. Plaintiff will quote a finding from Ms. Sheila Kuehl, LA County Supervisor as to her comment on Sheriff Alex Villanueva's need to resign from the force:

*"I do believe it it time for the Sheriff to resign.....he has shown himself to be in almost every way a rogue sheriff. He does not follow any of the rules, and that means.....his behavior is the greatest threat to public safety."*

97. Liza M. Perez, Melvin Penny and John M. Coleman and the judicial officers who have taken part of this travesty of injustice are extensions of this sheriff in which if this court does not take action, and these Defendants and "thugs in robes" are allowed to paralyze the Plaintiff's civil rights, the Plaintiff now reserves the right to protect himself with "vigilante justice" and not be penalized for it. *(Plessy v Ferguson, (1896) Supra)* It seems to be a joke to the Kern and Los Angeles County Superior Courts and it shows by their behavior.

98. The courts have now granted the Defendants and their counsel privilege to molest the Plaintiff permanently by their conduct. Identity Theft and authorized release of medical information are issues that will cause irreparable harm to the Plaintiff if left unchecked.

99. With the refusal of the courts to apply the protections for the Plaintiff that are available to every citizen as a matter of law, this paves the way for the possibility of entrapment in a criminal court in which both entities can alter records and evidence.

100. Due to the fact that Defendants Kennard, Patricia and Michael Shiloh has the Plaintiff's identifying information, the courts actions permit them to molest the Plaintiff again in regards to financial abuse in which the courts have already demonstrated that they will not hear the Plaintiff's grievances.

101. This violates Plaintiff's 14th Amendment rights due to the court's refusal to address the identity theft grievances.

102. And due to the doctoring of the record which was done to delete any admission of Plaitniff's "mental health" issues, it also violates the Americans With Disabilities Act of 1990 because the record shows that the court refused to accommodate the Plaintiff. And with the requirements of Cal. Rules of Court 1.100(c)(4), it would make Perez guilty by the Shiloh's admission of Plaintiff's "mental health" issues in which he received Social Security Disability.

**THIRD PRAYER FOR RELIEF**

**PUNITIVE DAMAGES FOR CAL. CCP 56.36 VIOLATIONS**

**A. Federal and State Violations**

103. Plaintiff adopts the facts in the first and second claims for relief and incorporate them into this third claim for relief.

104. Due to Ms. Perez' and Penny's identifying the Plaintiff as one that had a mental health issue which has the same similarities as the Americans With Disabilities Act of 1990 in which these County of Los Angeles employees were to keep the terms "mental state" out of the equation without a waiver from the Plaintiff. At no point, has any of the Defendants furnished a waiver from the Plaintiff. Cal C.C.P 56.36(c)(5) states:

*(c) (1) In addition, a person or entity that negligently discloses medical information in violation of the provisions of this part shall also be liable, irrespective of the amount of damages suffered by the patient as a result of that violation, for an administrative fine or civil penalty not to exceed two thousand five hundred dollars ($2,500) per violation.*

*(5) A person or entity who is not permitted to receive medical information pursuant to this part and who knowingly and willfully obtains, discloses, or uses medical information without written authorization from the patient shall be liable for a civil penalty not to exceed two hundred fifty thousand dollars ($250,000) per violation.*

105. Due to the Kern County Superior Court's doctoring of the Plaintiff's court docket, the dates of court filings that are stored in the Kern County Superior Court and Los Angeles County Superior Courts cannot be considered as authentic.

106. Plaintiff is requesting punitive damages against the Counties of Los Angeles and Kern, along with lone defendants Defendants Liza M Perez, Melvin Penny, Kennard, Patricia and Michael Shiloh for their violations of Cal C.C.P 56.36(c)(5) and against Linda M. Krolnik for participating in the docket doctoring which prevented the Plaintiff from having a fair and impartial trial.

**FOURTH PRAYER FOR RELIEF**

**PUNITIVE DAMAGES FOR NEGLIGENCE FOR FAILURE TO REPORT MISCONDUCT**

**(As to Craig N. Braun and John M. Coleman**

107. Plaintiff adopts the facts in the first, second and third claims for relief and incorporate them into this fourth claim for relief.

108. Due to the requirements under American Bar Association Model Rule 8.3 in which Craig N Braun and John M. Coleman were required to report fraudulent activity during a court procedure, Plaintiff also request punitive damages due to their failure to report it.

109. Due to their failure to report the incidents of Kern County employee Linda M. Krolnik and Los Angeles County employee Liza M. Perez, it warrants punitive damages due to causing injury to the Plaintiff in which he was unable to receive rights that are issued to him as a matter or law.

**FIFTH PRAYER FOR RELIEF**

**PUNITIVE DAMAGES FOR RETALIATION**

**(as to Counties of Los Angeles, Kern, Liza M. Perez, Melvin Penny, John M. Coleman, Linda M. Krolnik)**

110. Plaintiff adopts the facts in the first, second, third and fourth claims for relief and incorporate them into this fifth claim for relief.

111. Due to the deletion of the names of Liza M. Perez, Melvin Penny, Kennard, Patricia and Michael Shiloh from the court docket, it violates Plaintiff's 1st Amendment rights as the complaint was filed to address the grievance concerning the Americans With Disabilities Act of 1990 and the California Medical Information Act.

112. And with the County of Los Angeles' act of summoning former litigator, now Honorable Judge Kevin C. Brazile to step in and issue an vexatious litigant order that has absolutely no merit and was imposed on the Plaintiff without any proof that the Plaintiff has been vexatious, it will be inappropriate for this court to turn a blind eye to the facts that have been presented here.

113. And with the two judgments that followed in the Los Angeles and Kern County Superior Courts in which neither one issues a reason for them nor are supported by statute, these are two acts of retaliation in which the County of Los Angeles has been able to persuade employees in both counties to violate State and Federal laws.

114. Due to the participation of court employees, judicial officers, it has now turned into an issue where mere court clerks and the judicial machinery has merged into the judge, jury and executioner, it warrants punitive damages per 42 U.S.C 12203(a).

115. Due to Linda M. Krolnik's participation in the Kern County record doctoring, she too is guilty by association with the retaliation.

116. The above acts caused the Plaintiff harm in the sense that it violates the 14th Amendment.

117. If both the County of Los Angeles and Kern County claim that the same issues were tried twice by the Plaintiff, it creates a violation of the 5th Amendment as he would have been penalized twice. It would also show that the issues were tried simultaneously in cases Los Angeles County Superior Court case #BC608112 and Kern County Superior Court case #BCV-16-101157.

**Kennard, Patricia Kevin and Michael Shiloh**

118. Defendants listed in case #S-1500-CV-278507 listed the Plaintiff's health information as an tactic of revenge for bringing a grievance.

119. Acts violate the 1st amendment as the Plaintiff addressed a grievance in which they destroyed Plaintiff's credit rating by utilizing his social security number.

120. Due to their admission, these Defendants are in direct violation of Cal Welfare & Inst Code § 15610.23(a) in which they also admit that they financially abused Plaintiff and left him with $23,115 to pay. This violates 18 U.S.C 1028.

**SIXTH PRAYER FOR RELIEF**

**REQUEST FOR JUDICIAL NOTICE**

121. Plaintiff adopts the facts in the first, second, third, fourth and fifth claims for relief and incorporate them into this sixth claim for relief.

122. Plaintiff makes this request under Federal Rules of Evidence 201(b) and a requirement to make a separate motion for such a request is discretionary. *(In re Lisse, 905 F.3d 495, 497)*

123. The court dockets that contained citations imposed on the Plaintiff by the Los Angeles County Sheriff's Department along with a screenshot of the Los Angeles County Superior Court case search showing "no tickets found" under Plaintiff's license number is listed in Exhibit A.

124. The letter exonerating the Plaintiff of the $23,115 in charges made by Kennard, Patricia, Kevin and Michael Shiloh are listed in Exhibit B.

125. The statements made by Kennard, Patricia and Michael Shiloh that were made in Los Angeles County Superior Court case #120W2321 and Kern County Superior Court case #S-1500-

CV-278507 along with Liza M. Perez' and Melvin Penny's statement of Plaintiff's mental health issues which were never heard on the merits are listed in Exhibit C.

126. The summons that were sent to the Plaintiff by Liza M Perez in which she mailed it to Plaintiff's prior address is listed in Exhibit D.

127. The receipt showing that Ms. Perez charged the Plaintiff for services that were covered by the fee waiver granted by the court is listed in Exhibit E.

128. The unnecessary claim that the Plaintiff made to the County of Los Angeles which clearly shows Ms. Perez' and Mr. Penny's violation of Cal C.C.P 56.36(c)(5), Americans With Disabilities Act of 1990 and Cal. Rules of Court 1.100(c)(4) in which they claim that the County was in "no way" responsible for Los Angeles County employees Liza M. Perez and Melvin Penny's violations are listed in Exhibit F.

129. The fraudulent motion made by John M. Coleman stating that the Plaintiff never served his complaint to the County of Los Angeles listed with proof of service showing that the County of Los Angeles was served along with the non-statute based rule that Plaintiff must have a clerk "stamp" his proof of service is listed in Exhibit G.

130. The County of Los Angeles' via Mr. Coleman mislabeling the case number of Value Rental Car, INC vs Shiloh with a Federal case number is listed in Exhibit H.

131. The proof of service from Coleman and Associates that was allegedly delivered by "Hector Gutierrez", which is a fictitious person that is not affiliated with Coleman and Associates is listed in Exhibit I.

132. The court's ruling from April 6 that would be "amended" on or about July 7 along with the 2018 is listed in Exhibit J.

133. The court docket showing the County of Los Angeles filing an answer only to the second and fourth causes of action on Plaintiff's stricken Third Amended Complaint along with Craig N. Braun filing for a motion to dismiss for failure to make a fourth amended complaint on the same day is listed in Exhibit K.

134. The comparison of the court docket sheets from different time periods from the Kern County Superior Court's search engine that indicates Linda M. Krolnik's doctoring of the record by taking defendant names off the record is listed in Exhibit L. 135. The vexatious litigant order that fails to comply with protocol prior to imposing such an order in which fails to prove that the Plaintiff is a vexatious litigant other than having 24 unverifiable cases, and some of which case files have been destroyed is listed in Exhibit M.

136. The clerks transcripts from April 6, 2018 that show the court never made a ruling as to Liza M. Perez and Melvin Penny along with the Appellate Courts refusal to issue an answer as to how the Plaintiff's case had no merit is listed in Exhibit N.

137. The cover sheets from the second and third amended complaints are listed in Exhibit O along with a notice of completion of HIPAA compliance training.

WHEREFORE:

PLAINTIFF PRAYS FOR THE FOLLOWING IN ADDITION TO THE ABOVE REQUEST FOR RELIEF:

As to the Los Angeles County:

Cal. Rules of Court 1.100(c)(4), a rule that is in compliance with the Americans With Disabilities Act of 1990; $150,000 for the subsequent act of discrimination for failure to honor fee waiver that was granted by court in which Plaintiff was charged fees for court services under the Americans With Disabilities Act of 1990 title III; $150,000 for failure to properly notify Plaintiff of hearing dates under the Americans With Disabilities Act of 1990 title III; $150,000 for discriminative acts toward the Plaintiff based on disability under the Americans With Disabilities Act of 1990 title III; with civil penalties of $750,000.

As to Defendant Liza M Perez:

$250,000 in civil penalties for violations of the California Medical Information Act per Cal. C.C.P 56.36(c)(5) along with nominal damages of $1,000 per Cal. C.C.P 56.36(b)(1), $55,000 for first violation of the Americans With Disabilities Act of 1990 title III for violating Cal. Rules of Court 1.100(c)(4), a rule that is in compliance with the Americans With Disabilities Act of 1990; $150,000 for discriminative acts toward the Plaintiff based on disability; $150,000 for the subsequent act of discrimination for failure to honor fee waiver that was granted by court in which Plaintiff was charged fees for court services under the Americans With Disabilities Act of 1990 title III; $150,000 for failure to properly notify Plaintiff of hearing dates under the Americans With Disabilities Act of 1990 title III; $756,000 in total civil penalties with a request of punitive damages totaling $2,624,000 which will include damages for pain and suffering due to her outrageous behavior.

As to Defendant Melvin Penny:

$250,000 in civil penalties for violations of the California Medical Information Act per Cal. C.C.P 56.36(c)(5) along with nominal damages of $1,000 per Cal. C.C.P 56.36(b)(1), $55,000 for

first violation of the Americans With Disabilities Act of 1990 title III for violating Cal. Rules of Court 1.100(c)(4), a rule that is in compliance with the Americans With Disabilities Act of 1990; $150,000 for discriminative acts toward the Plaintiff based on disability; $456,000 in civil penalties with a request of $1,824,000 in punitive damages which will include damages for pain and suffering due to his outrageous behavior. These were the original figures requested in Kern County Superior Court case #BCV-16-101157.

As to the County of Kern:

Due to the courts behavior via Linda M. Krolnik, Plaintiff request the civil penalties requested in Kern County Superior Court case #BCV-16-101157 to be assessed as punishment for her violation. Plaintiff request punitive damages due to Krolnik's actions that damaged the Plaintiff.

As to Craig N. Braun, John M. Coleman:

Due to their misconduct that caused the Plaintiff harm, Plaintiff request the punitive damages requested in Kern County Superior Court case #BCV-16-101157 be imposed as a punishment for their violations along with punitive damages to be determined at trial.

As to Defendants Kennard, Patricia, Kevin, Kyle and Michael Shiloh:

$250,000 in civil penalties for violation of the California Medical Information Act per Cal. C.C.P 56.36(c)(5), along with nominal damages of $1,000 per Cal. C.C.P 56.36(b)(1), request of $250,000 in punitive damages for pain and suffering due to their outrageous behavior.

Punitive damages due to damages resulting from identity theft to be determined at trial.

Under penalty of perjury, the Plaintiff verifies that the above statements are true and correct.

Date: October 1, 2020

KENNY J SHILOH

*In pro se*

**UNDER PENALTY OF PERJURY, THE STATEMENTS IN THIS COMPLAINT ARE TRUE.**

# EXHIBIT A

California State Transportation Agency

DEPARTMENT OF MOTOR VEHICLES

LICENSING OPERATIONS DIVISION
P.O. BOX 942890, MAIL STATION J-233
SACRAMENTO, CALIFORNIA 94290-0001
(916) 657-6525

SEP 17, 2018

PAGE 1 OF 2
PLEASE SHOW THIS NUMBER ON YOUR CORRESPONDENCE:

KENNARD JOE SHILOH JR

LICENSE NO. A8880167

YOU WERE PREVIOUSLY NOTIFIED THAT YOUR PRIVILEGE TO OPERATE A MOTOR VEHICLE HAS BEEN SUSPENDED BECAUSE YOU VIOLATED YOUR WRITTEN PROMISE TO APPEAR AND/OR YOU FAILED TO PAY A FINE PURSUANT TO SECTION 42003(A) V.C.. THE DEPARTMENT HAS RECEIVED INFORMATION FROM THE COURT(S) CONCERNING ADDITIONAL CITATION(S) SINCE YOU WERE SENT THE ORDER OF SUSPENSION. ATTACHED IS A LIST OF THOSE CITATIONS.

IF A FINE AMOUNT IS LISTED, YOU MAY PAY THE FINE DIRECTLY TO DMV. IF NO FINE AMOUNT IS LISTED, YOU MUST CONTACT THE COURT. DMV DOES NOT HAVE THE FINE AMOUNT FOR THAT CITATION.

IF PAYMENT IS MADE TO DMV:

- MAKE MONEY ORDER OR CHECK PAYABLE TO THE DEPARTMENT OF MOTOR VEHICLES.
- PUT THE DRIVER LICENSE NUMBER OF THE PERSON FOR WHOM THE TICKET(S) IS BEING PAID ON THE CHECK OR MONEY ORDER.
- IF YOU ARE ONLY PAYING SOME OF THE FINES PLEASE CIRCLE THOSE FINES ON THE LIST AND INCLUDE THE LIST WITH THE PAYMENT.
- MAIL TO THE ADDRESS ON THE LETTER OR PAY IN PERSON AT YOUR LOCAL DMV.

PAYMENT OF FINES FOR SECTIONS VIOLATED WILL SHOW AS CONVICTIONS ON YOUR DRIVING RECORD. THEREFORE, IF YOU WISH TO CONTEST ANY CITATIONS YOU MUST CONTACT THE COURT PRIOR TO PAYMENT..

IF PAYMENT IS MADE TO THE COURT(S):

- CONTACT THE COURT(S) AT THE ADDRESS OR PHONE NUMBER LISTED FOR INSTRUCTIONS TO CLEAR COURT REQUIREMENTS.
- THE COURT WILL NOTIFY THE DMV DIRECTLY WHEN YOU HAVE COMPLIED WITH ITS REQUIREMENTS. DO NOT REQUEST AN ABSTRACT FROM THE COURT TO SUBMIT TO THE DMV, AS DMV WILL ONLY TAKE CLEARANCE DOCUMENTS DIRECTLY FROM THE COURTS.

NOTE: DISREGARD THIS LETTER IF ALL CITATIONS HAVE BEEN PAID WITHIN THE LAST 60 DAYS. ANY OTHER FEES DUE TO DMV ARE NOT SHOWN HERE. ANY OTHER SUSPENSION OR REVOCATION ALREADY TAKEN IN YOUR NAME CONTINUES IN FULL FORCE AND EFFECT.

FEES PAID WITH DISHONORED CHECKS MAY RESULT IN CANCELLATION OR SUSPENSION OF YOUR DRIVING PRIVILEGE.

California State Transportation Agency

DEPARTMENT OF MOTOR VEHICLES

LICENSING OPERATIONS DIVISION
P.O. BOX 942890, MAIL STATION J-233
SACRAMENTO, CALIFORNIA 94290-0001
(916) 657-6525

SEP 17, 2018

PAGE 2 OF 2
PLEASE SHOW THIS NUMBER ON
YOUR CORRESPONDENCE:

KENNARD JOE SHILOH JR

LICENSE NO. A8880167

| COURT | DOCKET NUMBER | VIOL/CONV DATE | SECTIONS VIOLATED | | FINE AMOUNT |
|---|---|---|---|---|---|
| FINES PAYABLE TO COURT(S) ONLY: | | | | | |
| LOS ANGELES SUPERIOR COURT E DIS<br>1427 W COVINA PKY<br>WEST COVINA CA 91790-<br>(213) 742-1928 | *6LSN00<br>(FTA) | 01/04/18 | 4000A1VC | 405095VC | CONTACT COURT |

DL280A EDP-06
D55/18253 11109.2/100

  7:38 PM

 https://ww2.lacourt.org/t 

ONLINE SERVICES

# Ticket Selection

**Progress:**

    

Driver's License Number: A8880167
Date of Birth: 03/03/1975

## For more information on a ticket, click on the Ticket Number.

| Ticket Number | Court | Citing Agency | Violation Date | Status |
|---|---|---|---|---|
| C960030 | West Covina Courthouse | Covina Police Department | 3/13/2010 | Matters set for compliance |
| 0415329 | Metropolitan Courthouse | Metrolink Conductor | 11/15/2017 | 853.7/21 Warrant (non-traffic) |
| IR119882 | West Covina Courthouse | Irwindale Police Department | 8/2/2007 | Matters set for compliance |
| IR131506 | West Covina Courthouse | Irwindale Police Department | 4/13/2010 | Matters set for compliance |
| W636177 | West Covina Courthouse | Los Angeles County Sheriff | 5/12/2010 | Matters set for compliance |
| 6_5AC?16 | West Covina Courthouse | California Highway Patrol | 1/4/2018 | Open |
| 65?9182 | San Fernando Courthouse | Los Angeles Police Department | 6/6/2006 | Matters set for compliance |

**If you do not see the ticket number you are searching for, click here to search for a specific ticket number.**

LOOK FOR YOUR TICKET ONLINE AFTER 30

  

# Search by Drivers License

Progress:

| Step 1 | Step 2 | Step 3 | Step 4 | Step 5 |
|---|---|---|---|---|
| User Agreement | Retrieve Ticket Info | Online Ticket Options | Payment/Reservation | Confirmation |

No tickets found under driver's license a8880167. Possible reasons include:

- The ticket is not yet in the Court system.
- The ticket is under a different driver's license number.
- An automated red light camera or fix it ticket was issued to the registered owner of the vehicle.

Another option would be to search for your ticket by ticket information.

LOOK FOR YOUR TICKET ONLINE AFTER 30 DAYS.

Important! It usually takes 30 days for traffic tickets to get posted online.

Until the law enforcement agency files the ticket in our system, we will not have information about your ticket and you will not be able to take care of your ticket with our online Traffic System. Some agencies take longer to file their tickets, as allowed by law.

After 30 days...

1. Look for your ticket on our online system starting about 30 days after you got the ticket.
2. If you do not find your ticket online, contact the law enforcement agency that gave you the ticket.
3. Even if your ticket is not online you must still take care of it.
4. If you already contacted the agency and your ticket is still not online, go the courthouse listed on your ticket. Do this by the due date on your ticket.

Warning! Even if your ticket is not online, you must still take care of it by the deadline.

Click on the buttons to see examples of where you can find your ticket information.

To find your ticket information, you will need to:

1. Enter the Driver's License Number:

Driver's License Number: a8880167 CALIFORNIA

2. Enter the Date of Birth

Date of Birth: 03/03/1975 (mm/dd/yyyy)

Search Cancel



## COURT CONTINUANCE SLIP

METROPOLITAN COURTHOUSE
1945 S. HILL ST
LOS ANGELES, CA 90007
213-742-1884

NAME: KENNARD JOE SHILOH

COURT CASE # D405253-7444

Return to Department 53 on : 1/22/16

Time: 8:30 am or 1:30 pm

To: Bail: $658

Cashiers hours for Department 63 (4th floor):
8:20 - 11:30 AM and 1:30 - 4:30 PM

RO

2 previous JDOCs in TRIS
2 PTA

LOS ANGELES SUPERIOR COURT - METROPOLITAN BRANCH
1945 SO. HILL STREET LOS ANGELES, CA 90007

Ref: AR093
ISSUE DATE: June 07, 2015
ARRAIGNMENT DOCKET

CASE NO. D405263 LEA: 7444 VLN: PED DOB: 03/03/75 OLN: A8880167

DEFENDANT: KENNARD JOE SHILOH TRUE NAME: ____

CHARGE(S):

DUE AMT: $ 571.00

1) 8537 FTP $ 75.00
2) 640C1XX FARE EVASION $ 25.00
3) $
4) $

Type of Bail: OR DMV Required: Y Priors: 0 T/S Eligible: N Date Posted:

DATE: November 30, 2015 TIME: 1:30pm DEPT: 081 CLERK Hope Palino CSR#: ____

JUDGE/COMMISSIONER/TEMP JUDGE : Lisa K. Sepe-Wiesenfeld STIP FILED [ ] PROSECUTOR: ____

INTERPRETER: ____ CERT/REG#: ____ LANGUAGE: SPANISH [ ] ____
FOR: DEF [ ] ____ (THIS COURT HAS VERIFIED INTERPRETER'S BADGE AND OATH IS ON FILE.)

DEFENDANT IN COURT WITHOUT ____ COUNSEL, GIVES TRUE NAME AS CHARGED.

( ) INFRACTION: Defendant duly arraigned and informed of the charges against him. Defendant advised that he is entitled to a public trial, within 45 days; to the aid of the Court in producing witnesses in his behalf; to be confronted by and question the witnesses against him; to be admitted to reasonable bail, and to be represented by a lawyer of his own choosing.

( ) MISDEMEANOR: Complaint read and defendant advised that he is entitled to a public trial within 30/45 days; to the aid of the Court in producing witnesses in his behalf; to be confronted with the witnesses against him in the presence of the Court; to a trial by jury; to be admitted to reasonable bail; to be represented by a lawyer of his own choosing or to have counsel provided to him if financially unable to employ counsel.

( ) PURSUANT TO P.C. 17d2: The Court, with the consent of the defendant, determines that the offense is an infraction in which event the case shall proceed as if the defendant has been arraigned on an infraction complaint.

( ) DEFENDANT EXPRESSLY WAIVES HIS RIGHT TO:
( ) Remain Silent ( ) Hire a lawyer
( ) Court Trial ( ) Witnesses, subpoena, confrontation
( ) Jury Trial

( ) ATTORNEYS JOIN

( ) DEFENDANT ADVISED OF THE ELEMENTS OF THE CHARGE(S)
( ) The maximum and minimum sentence, and other consequences of plea of guilty or nolo contendere
( ) Advised of vehicle forfeiture pursuant to 14607.6 V.C.

( ) AFTER INQUIRY BY THE COURT, THE COURT FINDS THAT:
( ) All waivers were knowingly, intelligently and understandingly made.
( ) The plea is freely and voluntarily made.
( ) There is a factual basis for the plea.
( ) Plea is accepted by the court.

DEC 01 2015

51

ACCUSED PLEADS ____ BAIL $ ____

COUNT I $ ____ COUNT II $ ____
COUNT III $ ____ COUNT IV $ ____
COUNT V $ ____ COUNT VI $ ____
COUNT(S) ____ DISMISSED T/S

( ) Motion to proceed to trial without posting bail is granted. Defendant advised that if he/she fails to appear on the date set for trial, he/she may be tried in absentia.

As part of your sentence, you are ordered to return to satisfy the following conditions:

( ) Fine payment of $ ____
Due on ____ ( ) AM ( ) PM
( ) Traffic School
( ) Fee due on ____
( ) Completion due on ____
( ) Community Service ____ hours
Due on ____ ( ) AM ( ) PM
( ) Post Bail of $ ____ on ____
Trial date ____ Dept ____
Time ____
( ) Other ____
( ) Release Issued # ____
( ) Commitment Issued
( ) Remand Issued

( ) Bail Refund card issued # ____

DEFENDANT:
(✓) Failed to appear
(✓) Hold/Warrant to (re)issue
( ) Bench Warrant ordered. Bail $ ____
( ) Paid fine in full
( ) Partial payment $ ____. Balance due $ ____
( ) Requested continuance for fine payment.
Continued to ____
( ) Submitted C/S completion
( ) Submitted T/S completion
( ) Satisfied all conditions indicated above
Date: ____ Deputy Clerk ____

CIVIL ASSESSMENT
( ) Civil Assessments in the amount of $300 levied.
( ) Good Cause Shown: Civil Assessment Set Aside.

Created: 11/20/15

1 previous JDOCs in TRIS

FTA

LOS ANGELES SUPERIOR COURT - METROPOLITAN BRANCH
1945 SO. HILL STREET LOS ANGELES, CA 90007

Ref: AR077
ISSUE DATE: June 07, 2015
ARRAIGNMENT DOCKET

CASE NO. D405263 LEA: 7444 VLN: PED DOB: 03/03/75 OLN: A8880167
DEFENDANT: KENNARD JOE SHILOH TRUE NAME: ______

CHARGE(S):
1) 8537 FTA $ 75.00
2) 640C1XX Fare evasion $ 25.00
3) $
DUE AMT: $ 571.00
4) $

Type of Bail: OR DMV Required: Y Priors: 0 T/S Eligible: N Date Posted:

DATE: November 08, 2015 TIME: 1:30pm DEPT: 063 CLERK Lothere McClain
JUDGE/COMMISSIONER/TEMP JUDGE: Ronald F. Frank CSR#:
STIP FILED [ ] PROSECUTOR: ______
INTERPRETER: ______ CERT/REG#: ______ LANGUAGE: SPANISH [ ] ______
FOR: DEF [ ] ______ (THIS COURT HAS VERIFIED INTERPRETER'S BADGE AND OATH IS ON FILE.)
DEFENDANT IN COURT WITHOUT ______ COUNSEL, GIVES TRUE NAME AS CHARGED.

( ) INFRACTION: Defendant duly arraigned and informed of the charges against him. Defendant advised that he is entitled to a public trial, within 45 days; to the aid of the Court in producing witnesses in his behalf; to be confronted by and question the witnesses against him; to be admitted to reasonable bail, and to be represented by a lawyer of his own choosing.

( ) MISDEMEANOR: Complaint read and defendant advised that he is entitled to a public trial within 30/45 days; to the aid of the Court in producing witnesses in his behalf; to be confronted with the witnesses against him in the presence of the Court; to a trial by jury; to be admitted to reasonable bail; to be represented by a lawyer of his own choosing or to have counsel provided to him if financially unable to employ counsel.

( ) PURSUANT TO P.C. 17d2: The Court, with the consent of the defendant, determines that the offense is an infraction in which event the case shall proceed as if the defendant has been arraigned on an infraction complaint.

( ) DEFENDANT EXPRESSLY WAIVES HIS RIGHT TO:
- ( ) Remain Silent
- ( ) Court Trial
- ( ) Jury Trial
- ( ) Hire a lawyer
- ( ) Witnesses, subpoena, confrontation

( ) ATTORNEYS JOIN

( ) DEFENDANT ADVISED OF THE ELEMENTS OF THE CHARGE(S)
- ( ) The maximum and minimum sentence, and other consequences of plea of guilty or nolo contendere
- ( ) Advised of vehicle forfeiture pursuant to 14607.6 V.C.

( ) AFTER INQUIRY BY THE COURT, THE COURT FINDS THAT:
- ( ) All waivers were knowingly, intelligently and understandingly made.
- ( ) The plea is freely and voluntarily made.
- ( ) There is a factual basis for the plea.
- ( ) Plea is accepted by the court.

ACCUSED PLEADS ______ BAIL $ ______
COUNT I $ ______ COUNT II $ ______
COUNT III $ ______ COUNT IV $ ______
COUNT V $ ______ COUNT VI $ ______
COUNT(S) ______ (51) ______ DISMISSED T/S

ENTERED ETRS NOV 10 2015

( ) Motion to proceed to trial without posting bail is granted. Defendant advised that if he/she fails to appear on the date set for trial, he/she may be tried in absentia.

As part of your sentence, you are ordered to return to satisfy the following conditions:

( ) Fine payment of $ ______
Due on ______ ( ) AM ( ) PM
( ) Traffic School
( ) Fee due on ______
( ) Completion due on ______
( ) Community Service ______ hours
Due on ______ ( ) AM ( ) PM
( ) Post Bail of $ ______ on ______
Trial date ______ Dept ______
Time ______
( ) Other ______
( ) Release issued # ______
( ) Commitment issued
( ) Remand issued

( ) Bail Refund card issued # ______

DEFENDANT:
(✓) Failed to appear
(✓) Hold/Warrant to (re)issue
( ) Bench Warrant ordered. Bail $ ______
( ) Paid fine in full
( ) Partial payment $ ______. Balance due $ ______
( ) Requested continuance for fine payment.
Continued to ______
( ) Submitted C/S completion
( ) Submitted T/S completion
( ) Satisfied all conditions indicated above
Date: ______ Deputy Clerk ______

CIVIL ASSESSMENT
( ) Civil Assessments in the amount of $300 levied.
( ) Good Cause Shown: Civil Assessment Set Aside.

Created: 10/29/15

LOS ANGELES SUPERIOR COURT - METROPOLITAN BRANCH
1945 SO. HILL STREET LOS ANGELES, CA 90007

Ref: AR105
ISSUE DATE: June 07, 2015
ARRAIGNMENT DOCKET

CASE NO. D405263 LEA: 7444 VLN: PED DOB: 03/03/75 OLN: A8880167
DEFENDANT: KENNARD JOE SHILOH TRUE NAME: ______

CHARGE(S): DUE AMT: $ 193.00
1) 640C1XX 2) 3) 4)
FARE EVASION
$ 25.00 $ $ $

Type of Bail: OR DMV Required: N Priors: 0 T/S Eligible: N Date Posted:

DATE: October 21, 2015 TIME: 1:30pm DEPT: 063 CLERK Lothare McClain CSR#:
JUDGE/COMMISSIONER/TEMP JUDGE: Ronald F. Frank STIP FILED [ ] PROSECUTOR: ______
INTERPRETER: ______ CERT/REG#: ______ LANGUAGE: SPANISH [ ] ______
FOR: DEF [ ] ______ (THIS COURT HAS VERIFIED INTERPRETER'S BADGE AND OATH IS ON FILE.)
DEFENDANT IN COURT WITHOUT ______ COUNSEL, GIVES TRUE NAME AS CHARGED.

( ) INFRACTION: Defendant duly arraigned and informed of the charges against him. Defendant advised that he is entitled to a public trial, within 45 days; to the aid of the Court in producing witnesses in his behalf; to be confronted by and question the witnesses against him; to be admitted to reasonable bail, and to be represented by a lawyer of his own choosing.

( ) MISDEMEANOR: Complaint read and defendant advised that he is entitled to a public trial within 30/45 days; to the aid of the Court in producing witnesses in his behalf; to be confronted with the witnesses against him in the presence of the Court; to a trial by jury; to be admitted to reasonable bail; to be represented by a lawyer of his own choosing or to have counsel provided to him if financially unable to employ counsel.

( ) PURSUANT TO P.C. 17d2: The Court, with the consent of the defendant, determines that the offense is an infraction in which event the case shall proceed as if the defendant has been arraigned on an infraction complaint.

( ) DEFENDANT EXPRESSLY WAIVES HIS RIGHT TO:
( ) Remain Silent ( ) Hire a lawyer
( ) Court Trial ( ) Witnesses, subpoena, confrontation
( ) Jury Trial

( ) ATTORNEYS JOIN

( ) DEFENDANT ADVISED OF THE ELEMENTS OF THE CHARGE(S)
( ) The maximum and minimum sentence, and other consequences of plea of guilty or nolo contendere
( ) Advised of vehicle forfeiture pursuant to 14607.6 V.C.

( ) AFTER INQUIRY BY THE COURT, THE COURT FINDS THAT:
( ) All waivers were knowingly, intelligently and understandingly made.
( ) The plea is freely and voluntarily made.
( ) There is a factual basis for the plea.
( ) Plea is accepted by the court.

ACCUSED PLEADS ______ BAIL $ ______

COUNT I $ ______ COUNT II $ ______
COUNT III $ ______ COUNT IV $ ______
COUNT V $ ______ COUNT VI $ ______

COUNT(S) ______ DISMISSED T/S

( ) Motion to proceed to trial without posting bail is granted. Defendant advised that if he/she fails to appear on the date set for trial, he/she may be tried in absentia.

As part of your sentence, you are ordered to return to satisfy the following conditions:

( ) Fine payment of $ ______
Due on ______ ( ) AM ( ) PM
( ) Traffic School
( ) Fee due on ______
( ) Completion due on ______
( ) Community Service ______ hours
Due on ______ ( ) AM ( ) PM
( ) Post Bail of $ ______ on ______
Trial date ______ Dept ______
Time ______
( ) Other ______
( ) Release issued # ______ ENTERED ETRS
( ) Commitment issued
( ) Remand issued OCT 22 2015

( ) Bail Refund card issued # ______ 51

DEFENDANT:
(✓) Failed to appear
(✓) Hold/Warrant to (re)issue
(✓) Bench Warrant ordered. Bail $ ______
( ) Paid fine in full
( ) Partial payment $ ______. Balance due $ ______
( ) Requested continuance for fine payment.
Continued to ______
( ) Submitted C/S completion
( ) Submitted T/S completion
( ) Satisfied all conditions indicated above
Date: ______ Deputy Clerk ______

CIVIL ASSESSMENT
( ) Civil Assessments in the amount of $300 levied.
( ) Good Cause Shown: Civil Assessment Set Aside.

Created: 10/13/15

3 previous JDOCs in TRIS

3 FTAS

LOS ANGELES SUPERIOR COURT - METROPOLITAN BRANCH
1945 SO. HILL STREET LOS ANGELES, CA 90007

Ref: AR021
ISSUE DATE: June 07, 2016
ARRAIGNMENT DOCKET

CASE NO. D405263 LEA: 7444 VLN: PED DOB: 03/03/75 OLN: A8880167

DEFENDANT: KENNARO JOE SHILOH TRUE NAME: ______

CHARGE(S): DUE AMT: $ 571.00

1) 8537 Prmse To Appear $ 75.00
2) 640C1XX Fare Evasion $ 25.00
3) $
4) $

Type of Bail: OR DMV Required: Y Priors: 0 T/S Eligible: N Date Posted:

DATE: January 15, 2016 TIME: 8:30am DEPT: 063 CLERK Lothara McClain CSR#:

JUDGE/COMMISSIONER/TEMP JUDGE: Ronald E Frank STIP FILED [ ] PROSECUTOR: ______

INTERPRETER: ______ CERT/REG#: ______ LANGUAGE: SPANISH [ ] ______

FOR: DEF [ ] ______ (THIS COURT HAS VERIFIED INTERPRETER'S BADGE AND OATH IS ON FILE.)

DEFENDANT IN COURT WITHOUT ______ COUNSEL, GIVES TRUE NAME AS CHARGED.

( ) INFRACTION: Defendant duly arraigned and informed of the charges against him. Defendant advised that he is entitled to a public trial, within 45 days; to the aid of the Court in producing witnesses in his behalf; to be confronted by and question the witnesses against him; to be admitted to reasonable bail, and to be represented by a lawyer of his own choosing.

( ) MISDEMEANOR: Complaint read and defendant advised that he is entitled to a public trial within 30/45 days; to the aid of the Court in producing witnesses in his behalf; to be confronted with the witnesses against him in the presence of the Court; to a trial by jury; to be admitted to reasonable bail; to be represented by a lawyer of his own choosing or to have counsel provided to him if financially unable to employ counsel.

( ✓) PURSUANT TO P.C. 17d2: The Court, with the consent of the defendant, determines that the offense is an infraction in which event the case shall proceed as if the defendant has been arraigned on an infraction complaint.

( ) DEFENDANT EXPRESSLY WAIVES HIS RIGHT TO:
- ( ) Remain Silent
- ( ) Hire a lawyer
- ( ) Court Trial
- ( ) Witnesses, subpoena, confrontation
- ( ✓) Jury Trial

( ) ATTORNEYS JOIN

( ✓) DEFENDANT ADVISED OF THE ELEMENTS OF THE CHARGE(S)
- ( ) The maximum and minimum sentence, and other consequences of plea of guilty or nolo contendere
- ( ) Advised of vehicle forfeiture pursuant to 14607.6 V.C.

( ) AFTER INQUIRY BY THE COURT, THE COURT FINDS THAT:
- ( ) All waivers were knowingly, intelligently and understandingly made.
- ( ) The plea is freely and voluntarily made.
- ( ) There is a factual basis for the plea.
- ( ) Plea is accepted by the court.

ACCUSED PLEADS NG BAIL $ 100+ PA

COUNT I $ ______ COUNT II $ ______
COUNT III $ ______ COUNT IV $ ______
COUNT V $ ______ COUNT VI $ ______

COUNT(S) ______ DISMISSED T/S

( ) Motion to proceed to trial without posting bail is granted. Defendant advised that if he/she fails to appear on the date set for trial, he/she may be tried in absentia.

As part of your sentence, you are ordered to return to satisfy the following conditions:

( ) Fine payment of $ ______
Due on ______ ( ) AM ( ) PM

( ) Traffic School
- ( ) Fee due on ______
- ( ) Completion due on ______

( ) Community Service ______ hours
Due on ______ ( ) AM ( ) PM

( ) Post Bail of $ 668 on 1/22/16
Trial date ______ Dept ______
Time ______

( ) Other ______

( ) Release issued # ______

( ) Commitment issued

( ) Remand issued

( ) Bail Refund card issued # ______

DEFENDANT:

( ) Failed to appear
- ( ) Hold/Warrant to (re)issue
- ( ) Bench Warrant ordered. Bail $ ______

( ) Paid fine in full

( ) Partial payment $ ______. Balance due $ ______

( ) Requested continuance for fine payment.
Continued to ______

( ) Submitted C/S completion

( ) Submitted T/S completion

( ) Satisfied all conditions indicated above

Date: ______ Deputy Clerk ______

CIVIL ASSESSMENT

( ) Civil Assessments in the amount of $300 levied.

( ) Good Cause Shown: Civil Assessment Set Aside.

Printed: 01/07/16

3 FTA



# EXHIBIT B

EXHIBIT 4: SUBPOENA TO AMEX

Kenny J. Shiloh
35 E. Montana Street
Pasadena, CA 91103
SS# 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

To whom it may concern,

I need the following records for a lawsuit I am conducting on August 27, 2012:

-Date and location that Patricia and Kennard J. Shiloh Sr opened the American Express **Business** account showing that Kern Youth Services opened the account.
-**All** card holders on the account.
-Unpaid balance from the time account was closed until present.
-The results of the investigation that was conducted by your fraud department last year.
-Statement exonerating Kenny Shiloh Jr, from the fraudulent account.

I especially need the address that the account was opened at due to the fact that I am referring the suspects to the U.S Federal Bankruptcy Department to be investigated for potential fraud in another matter.

Your cooperation is greatly appreciated.

Sincerely,

Kenny J. Shiloh Jr.

Correspondence

RTA 3783 463305 25008

EXHIBIT #2: LETTER OF DISMISSAL

AMERICAN EXPRESS

December 19, 2011

American Express Cards
Fraud Protection Services
P.O. Box 981541
El Paso, TX 79998

Ken Shiloh
1515 Wynona Blvd
Los Angeles, CA 90027

Account Ending In: 25008

Dear Ken Shiloh,

Thank you for alerting us to the fraudulent use of your identity. We have taken all the necessary steps to close this account and remove any and all derogatory information regarding this American Express account from your credit bureau report. No further action on your part is needed.

Please note that it may take up to 90 days for your credit information to be updated. If in the future you find that a bureau has not corrected this history, please provide the bureau with a copy of this letter. You may, in the meantime show this letter to any potential creditor as verification of the accurate reporting of the account.

We apologize for any inconvenience and concern this situation has caused you. We take the fraudulent use of credit cards very seriously and sincerely hope we have resolved this case to your satisfaction.

If we may be of further assistance, please contact us at 1-800-678-0745 and ask for the Fraud Department.

Sincerely,

P. Hopkins

P. Hopkins
Fraud Services

TRANS UNION CORPORATION
P. O. Box 1000
Chester, PA 19022
(800) 888-4213

EQUIFAX CREDIT SERVICES, INC
Service Center
P.O. Box 740256
Atlanta, GA 30374
(800) 685-1111

EXPERIAN
701 Experian Parkway
P.O. Box 2002
Allen, TX 75013
(888) 397-3742

```
AC22          Home Addr  's History          HOME ADD  SS HISTORY          07/24/12
                                                                           0@@8   00
B 100261049   PLST 378346330525008                              TIMES REAGED
                                                   RELATION     C/O CLS 4
                                                   STAT-A    -P     -G
OPERATOR ID  CPNTP1N      TIME LAST UPDATE  2011-07-03-06.45.58.161802
 20022 N 31ST AVE
 PHOENIX                  AZ     850273900   US  UNITED STATES                     MNT
HOME                     EMP                   EXT        OTHER

OPERATOR ID  PH7153A      TIME LAST UPDATE  2011-06-30-13.17.21.598831
 FRAUD APP *CA* RES                 20022 N 31ST AVE
 PHOENIX                  AZ     85027       US  UNITED STATES                     MNT
HOME                     EMP                   EXT        OTHER
OPERATOR ID  NPDD01B      TIME LAST UPDATE  2011-03-06-04.55.11.418838
 4701 GOSFORD RD
 BAKERSFIELD              CA     93313       US  UNITED STATES                     PAC
HOME                     EMP                   EXT        OTHER

  Bottom of list
  COMMAND ==>        DATA ==>
  F1=HELP            F2=ALPHA SRCH   F4=REFRESH        F9=KEYS HELP   F12=CANCEL
  F13=BAL STATUS F14=CUST SERV   F15=TOP OF LIS F20=BANKRUPTCY F21=SUSPEND
```

```
SS14   Account/Car  older X-Ref      List o  Players             07/24/12
                                                                 0@@8  00
                                            Tot # Cardholder   4 Prop Sts
B 378346330525008     OPEN RCP     Type     Coll   C/O Cls 4 Class   Sts *1
_  034437706  PAT SHILOH                                  N
              4701 GOSFORD RD
              BAKERSFIELD              , CA 933134809 Country US     B/S S
              DOB          SSN 0000000000  Plastic 378346330524019
              VDT   Verification                      Status
_  134437706  KEVIN SHILOH                                N
              4701 GOSFORD RD
              BAKERSFIELD              , CA 933134809 Country US     B/S S
              DOB          SSN 0000000000  Plastic 378346330522021
              VDT   Verification                      Status
_  234437706  MICHAEL SHILOH ← My uncle                   N
              4701 GOSFORD RD
              BAKERSFIELD              , CA 933134809 Country US     B/S S
              DOB          SSN 0000000000  Plastic 378346330522039
              VDT   Verification                      Status
 FF FRAD F/G 7/17/12 REP ASSIST ADV THAT A FRD AP WAS SET UP HO        +
Account is currently charged off
Command ==>        Data ==>
F1=HELP      F2=ALPHA SRCH  F4=REFRESH    F5=ORDER PLAST F8=SCROLL DOWN
F9=KEYS HELP F11=CHNG PROC1 F12=CANCEL    F13=BAL STATUS F15=TOP OF LIS
```



OFFICE OF THE DISTRICT ATTORNEY
# COUNTY OF KERN
## WHITE COLLAR CRIME UNIT

CIVIC CENTER JUSTICE BUILDING
1215 TRUXTUN AVENUE, 4TH FLOOR
BAKERSFIELD, CALIFORNIA 93301
(661) 868-2340, FAX: (661) 322-3765

LISA S. GREEN
DISTRICT ATTORNEY

SCOTT J. SPIELMAN
ASSISTANT DISTRICT ATTORNEY

MARK E. PAFFORD
CHIEF DEPUTY DISTRICT ATTORNEY

November 27, 2012

Kenny Shiloh
1628 N. Oxford Avenue
Pasadena, CA 91104

**Re: Kevin Lamar Shiloh**

Dear Mr. Shiloh:

I have received and reviewed your complaint against Kevin Lamar Shiloh. From the circumstances that you have described it appears that you have been the victim of identity theft.

Our office does not investigate criminal activity. Our office prosecutes crimes after they have been investigated by local law enforcement. Accordingly, you were correct in filing a complaint with the Bakersfield Police Department.

As a victim of identity theft, your personal information may have been compromised. Accordingly, I am enclosing a copy of the Federal Trade Commissions' Consumer Alert regarding what to do under these circumstances. You will want to follow these instructions and make sure to contact the toll-free fraud number for the nationwide consumer reporting services and place an initial fraud alert on your credit reports.

If you have further questions, you should contact the Federal Trade Commission's toll-free helpline at 1-877-FTC-HELP (1-877-382-4357.)

If you have any further questions, you can contact me directly at (661) 868-1657.

Sincerely,

LISA S. GREEN
District Attorney

By

John T. Mitchell,
Deputy District Attorney

JTM/tr
Encls.



8/27

August 8, 2012

Kennard Shiloh, Sr.
Patricia Shiloh
4450 California Ave #195
Bakersfield, Ca 93309

FILED
LOS ANGELES SUPERIOR COURT
AUG 1 5 2012
John A. Clarke, Executive Officer/Clerk
BY N. Chambers, DEPUTY

To Whom It May Concern;

We would like to challenge the venue of case number: CHA 12W02321 filed against us by Kenny Shiloh, Jr. and ask that it be dismissed for the following reasons:

1. As a form of harassment Kenny Shiloh, Jr. filed a small claims case in the county of Kern in August 2011. We took off from work and appeared in court but Kenny Shiloh did not appear. In February of 2012, Kenny Shiloh refiled the same case in the county of Kern. Again we took off from work to attend and again Kenny Shiloh did not attend and the case was dropped. In June of 2012, Kenny Shiloh began harassament again (leaving over 100 texts in 3 days on our phone). We then were able to file a restraining order and the order was granted. When he received the restraining order, he filed a small claims case again but in another county.

2. Patricia Shiloh has never lived outside of the county of Kern. Ken Shiloh, Sr. works in Los Angeles and rented a room for one school year in 2004-2005 at 10511 Halbrent, Mission Hills. Since 2005, Ken Shiloh, Sr. has commuted to work from his home in Bakersfield. We do not live in the North Valley District and neither does Kenny Shiloh, Jr. The incidents that he claims took place were in the county of Kern

Our son, Kenny Shiloh, Jr., has serious mental health issues. We filed the restraining order because of the threats he made towards us. He is doing this because as in his own words, "I can". He has no case because we never gave him the car in question. He was allowed to use it for a limited time. Now he wants us to take off work again

AUG 13 2012

**and travel 118 miles to a hearing that he will probably not show up again.**

**Under these conditions, we ask that this case be dismissed.**

**Kennard Shiloh, Sr**

Patricia Shiloh

# EXHIBIT C

8/27

August 8, 2012

Kennard Shiloh, Sr.
Patricia Shiloh
4450 California Ave #195
Bakersfield, Ca 93309

FILED
LOS ANGELES SUPERIOR COURT
AUG 1 5 2012
John A. Clarke, Executive Officer/Clerk
BY
DEPUTY

To Whom It May Concern:

We would like to challenge the venue of case number: CHA 12W02321 filed against us by Kenny Shiloh, Jr. and ask that it be dismissed for the following reasons:

1. As a form of harassment Kenny Shiloh, Jr. filed a small claims case in the county of Kern in August 2011. We took off from work and appeared in court but Kenny Shiloh did not appear. In February of 2012, Kenny Shiloh refiled the same case in the county of Kern. Again we took off from work to attend and again Kenny Shiloh did not attend and the case was dropped. In June of 2012, Kenny Shiloh began harassment again (leaving over 100 texts in 3 days on our phone). We then were able to file a restraining order and the order was granted. When he received the restraining order, he filed a small claims case again but in another county.

2. Patricia Shiloh has never lived outside of the county of Kern. Ken Shiloh, Sr. works in Los Angeles and rented a room for one school year in 2004-2005 at 10511 Halbrent, Mission Hills. Since 2005, Ken Shiloh, Sr. has commuted to work from his home in Bakersfield. We do not live in the North Valley District and neither does Kenny Shiloh, Jr. The incidents that he claims took place were in the county of Kern

Our son, Kenny Shiloh, Jr., has serious mental health issues. We filed the restraining order because of the threats he made towards us. He is doing this because as in his own words, "I can". He has no case because we never gave him the car in question. He was allowed to use it for a limited time. Now he wants us to take off work again

20

AUG 13 2012

and travel 118 miles to a hearing that he will probably not show up again.

Under these conditions, we ask that this case be dismissed.

Kwamerd Shiloh, Sr

Patricia Shiloh

Patricia Shiloh
Michael Shiloh
5880 District Blvd #13
Bakersfield, Ca 93309
661-472-4005
In Pro Per

MAR 27 2013
FILED
SUPERIOR COURT, METROPOLITAN DIVISION
COUNTY OF KERN
MAR 27 2013
TERRY McNALLY, CLERK
BY ______ DEPUTY

SUPERIOR COURT OF CALIFORNIA
COUNTY OF KERN

| | |
|---|---|
| Kenny J. Shiloh<br>Plaintiff.<br>vs.<br>Patricia Shiloh<br>Michael Shiloh<br>Defendant. | NO. S 1500-CV-278507 SPC<br>DEMURRER OF ______<br>(Michael Shiloh<br>Patricia Shiloh<br>TO COMPLAINT OF<br>Kenny J. Shiloh<br>MEMORANDUM,<br>Date: 4/22/2013<br>Time: 8:30am<br>Dept: 4 |

Patricia Shiloh and Michael Shiloh demurs to complaint for defamation of character, identity theft, infliction of emotional distress, conspiracy , paragraphs 1 thru 39 on the ground that it does not state facts sufficient to constitute a cause of action.

Defendant demurs to the First Cause of Action of the complaint herein separately and severally on each of the following grounds:

1. It fails to state facts sufficient facts to constitute a cause of action.
2. To paragraph 42, plaintiff illegally entered defendants home, stole a business, forged their signature and attempted to cash a check for $20,000 dollars at Union Bank. Defendant had plaintiff arrested and later made a deal with defendant that plaintiff would drop charges if defendant entered the military and defendant agreed. Defendant later failed physical exam to enter military.
3. A legal restraining order was granted after over 300 threatening text messages were sent to Patricia Shiloh by plaintiff. Pasadena Police was sent a copy of all text messages.

SCANNED

DEMURRER TO SECOND CAUSE OF ACTION on the ground that it fails to state facts sufficient to constitute a cause of actions in that it shows on its face that the cause of action alleged is barred by the statute of limitations. Records will also show that plaintiff was in possession of and used said credit card.

Defendant demurs to the Third Cause of Action on the ground that it does not state facts sufficient to constitute a cause of action.

Defendant demurs to the Fourth Cause of Action on the ground that it does not state facts sufficient to constitute a cause of action.

Plaintiff has an ongoing history of bizarre and violent behavior due to his mental illness. The restraining order is a result of defendants fear for their safety. This is the fourth vexatious legal action taken by the plaintiff toward the defendants. Three actions were in small claims court where twice he did not show up. He attempted file in San Fernando Valley where he did show up and the judge dismissed it because he filed in the wrong county. The defendants have taken off numerous days from work to attend to this vexatious legal actions and spent money they cannot afford in the attempt to defend themselves from the plaintiff's frivolous charges. Plaintiff is on social security disability due to his mental illness and has all fees waived. He had nothing to lose but time. which he has plenty of.

## Verification :

We, Patricia Shiloh and Michael Shiloh . declare:

We are two of the defendant(s) in the above-entitled action. I have read the foregoing Demurrer and know the contents thereof. The same is true of my own knowledge , except as to those matters which are therein alleged on information and belief, and as to those matters. I believe it

# EXHIBIT D

ASE NO. ALH 13G05350 Department NE2

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

ATE: 03/27/2014

ONORABLE
OUGLAS W STERN , JUDGE
PENNY , DEPUTY SHERIFF
, COURT ATTENDANT

LIZA M PEREZ , DEPUTY CLERK
, REPORTER
, E/R MONITOR

AINTIFF(S)/RESPONDENT(S) APPEARING IN PRO PER
LUE RENTAL CAR, INC.

FENDANT(S)/APPELLANT(S) NOT APPEARING
NNARD J SHILOH

APPEAL FROM SMALL CLAIMS COURT (TRIAL DE NOVO)

URE OF PROCEEDINGS:

latter is continued to 04/29/2014 at 01:30 PM in Department NE2 :
THER: REQUEST FROM DEFENDANT FOR NEW HEARING DATE BASED ON MENTAL STATE OF DEFENDANT MADE THROUGH THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT THIS MORNING IS GRANTED.

Minutes Entered: 03/27/2014

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
NORTHEAST DISTRICT, ALHAMBRA COURTHOUSE, (19410)
150 WEST COMMONWEALTH AVENUE, ALHAMBRA, CA 91801

VALUE RENTAL CAR, INC. vs.
SHILOH, KENNARD J.

CASE NUMBER: ALH 13G05350

MINUTE ORDER and CLERK'S NOTICE OF RULING

Court convened at 01:30 PM, on 05/05/2015; in Department 001

Present: Honorable CATHRYN F. BROUGHAM, JUDGE, Judge/Comm. Presiding.
C.C. LEE FOR ERNESTO HERNANDEZ, Deputy Clerk;
and the following proceedings were had:

PLAINTIFF(S) VALUE RENTAL CAR, INC. (NOT) Appearing.
DEFENDANT(S) SHILOH, KENNARD J. (NOT) Appearing.

NATURE OF PROCEEDINGS; CAUSE CALLED FOR HEARING RE: MOTION TO VACATE (CANCEL) JUDGMENT.

DISPOSITION:
CAUSE CALLED FOR DEPARTMENT NE2.
NO APPEARANCE BY OR FOR EITHER PARTY.
THE MATTER IS PLACED OFF CALENDAR AND THE MATTER TRANSFERRED FORTHWITH TO DOWNEY SUPERIOR COURT AT 7500 E. IMPERIAL HWY., DOWNEY, CA 90242.

COMMISSIONER BRUCE E. MITCHELL HEARD ORIGINAL JUDGMENT ON FEBRUARY 12, 2014 AND JUDGE DOUGLAS W. STERN HEARD TRIAL DE NOVO HEARING ON APRIL 29, 2014.

THE DOWNEY SMALL CLAIMS CLERK IS TO NOTIFY ALL PARTIES OF THE NEW HEARING DATE RE: MOTION TO VACATE (CANCEL) JUDGMENT.

CLERK'S CERTIFICATE OF MAILING/NOTICE OF ENTRY OF ORDER

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that this date I served Minute Order/Notice of Ruling the above minute order of 05/05/2015 upon each party or counsel named below by depositing in the United States mail at the courthouse in ALHAMBRA, CALIFORNIA, one copy of the original entered herein in a separate sealed envelope for each, addressed as shown below with the postage thereon fully prepaid.

VALUE RENTAL CAR, INC.
2106 E. COLORADO BLVD
PASADENA, CA 91107

SHILOH, KENNARD J.
263 N. 9TH AVENUE 4C
UPLAND, CA 91786

SHERRI R. CARTER, Executive Officer/Clerk

Dated 05/07/2015

By C.C. LEE, Deputy

03/11/2016
01/25/2016

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
SOUTHEAST DISTRICT, DOWNEY COURTHOUSE, (19410)
7500 EAST IMPERIAL HIGHWAY, DOWNEY, CA 90242

VALUE RENTAL CAR, INC. vs.
SHILOH, KENNARD J.

CASE NUMBER: ALH 13605350

MINUTE ORDER and CLERK'S NOTICE OF RULING

Court convened at 01:30 PM, on 07/16/2015, in Department SE2

Present: Honorable LILLIAN VEGA JACOBS, Judge/Comm., Presiding.
LIVIER GONZALEZ , Deputy Clerk;
and the following proceedings were had:

PLAINTIFF(S) VALUE RENTAL CAR, INC. (NOT) Appearing.
DEFENDANT(S) SHILOH, KENNARD J. (NOT) Appearing.

NATURE OF PROCEEDINGS: CAUSE CALLED RE: MOTION TO VACATE JUDGMENT;

DISPOSITION:
MOTION IS DENIED. JUDGMENT TO STAND.
YOU HAVE 10 DAYS FROM THE DATE THE NOTICE WAS MAILED TO FILE AN APPEAL RE: THE DENIAL TO THE MOTION TO VACATE JUDGMENT.
THE COURT WILL SEND NOTICE.

CLERK'S CERTIFICATE OF MAILING/NOTICE OF ENTRY OF ORDER

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that this date I served Minute Order/Notice of Ruling the above minute order of 07/16/2015 upon each party or counsel named below by depositing in the United States mail at the courthouse in DOWNEY, CALIFORNIA, one copy of the original entered herein in a separate sealed envelope for each, addressed as shown below with the postage thereon fully prepaid.

VALUE RENTAL CAR, INC.
2106 E. COLORADO BLVD
PASADENA, CA 91107

SHILOH, KENNARD J.
1316 S. HALLWOOD AVE
WEST COVINA, CA 91790

SHERRI R. CARTER, Executive Officer/Clerk

Dated 07/20/2015

By LIVIER GONZALEZ, Deputy

03/17/2016
0 1 / 2 5 / 2 0 1 6

# EXHIBIT E

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home | Online Services (Pay Fines, Search Records...) | Forms & Filings (Forms, Filing Fees...) | Self-Help (Self-Rep, Info, FAQs...) | Divisions (Civil, Criminal, Family...) | Jury (Jury Duty Portal, Q&A...) | General Info (Courthouses, ADA, Local Rules...)

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

Case Number: 13G05350
VALUE RENTAL CAR, INC. VS SHILOH, KENNARD J.

Filing Courthouse: Alhambra Courthouse

Filing Date: 09/19/2013
Case Type: Small Claims (Limited Jurisdiction)
Status: CASE TRANSFERRED

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

**Parties**

Plaintiff: VALUE RENTAL CAR INC.

Defendant: SHILOH KENNARD J.

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information

08/26/2015 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM SE2 TO CYNTHIS JACKSON FOR REVIEW.

08/25/2015 CASE FILE FORWARDED TO DEPARTMENT SE2 RE: REVIEW OF FILE.

08/12/2015 NOTICE/LETTER RE: REJECTION NOTICE RETURNED AS TO (SHILOH, KENNARD J.) DUE TO UNKNOWN.

07/29/2015 REJECT SHEET SENT TO (SHILOH, KENNARD J.) FOR REJECTION OF NOTICE OF MOTION TO VACATE: OUR RECORDS INDICATE THAT A MOTION TO VACATE WAS HEARD ON 7/16/2015. THE COURT ORDERED THE MOTION DENIED. IF YOU NEED FURTHER ASSISTANCE YOU MAY CONTACT THE SMALL CLAIMS ADVISOR SUBMITTED ON 07/27/15

07/17/2015 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

07/17/2015 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM.

07/16/2015 CAUSE CALLED AT 01:30P M, IN DEPT. SE2, HON. LILLIAN VEGA JACOBS PRESIDING FOR HEARING RE: MOTION TO VACATE JUDGMENT. MOTION IS DENIED. JUDGMENT TO STAND. YOU HAVE 10 DAYS FROM THE DATE THE NOTICE WAS MAILED TO FILE AN APPEAL RE: THE DENIAL TO THE MOTION TO VACATE JUDGMENT.

06/12/2015 NOTICE/LETTER RE: NOTICE OF TRIAL/HEARING RETURNED AS TO (SHILOH, KENNARD J.) DUE TO RETURN TO SENDER UNDELIVERABLE AS ADDRESSED.

05/28/2015 DOCUMENTS ON TRANSFER CASE RECEIVED AND FILED FROM THE ALHAMBRA COURTHOUSE. BEARING CASE # 13G05350. RECEIPT FOR RECORD OF TRANSFER FILED. NEW CASE # ASSIGNED 13G05350.

05/28/2015 NOTICE OF HEARING FILED AND MAILED TO RESPECTIVE PARTIES/COUNSEL. MATTER SET FOR HEARING ON 07/16/15 AT 01:30P M, IN DEPT. 002. CLERK'S CERTIFICATE OF SERVICE FILED.

05/21/2015 NOTICE OF TRANSFER FILED AND MAILED TO RESPECTIVE PARTIES/ COUNSEL. CLERK'S CERTIFICATE OF SERVICE FILED.

05/21/2015 PLAINTIFFS CLAIM AND ORDER PROOF OF SERVICE CERTIFIED COPY OF REGISTER OF ACTIONS ORDER ON FEE WAIVER ORDER ON FEE WAIVER DEFENDANTS CLAIM NOTICE IF CHANGE OF ADDRESS FILED BY KENNARD SHILOH MINTUE ORDER DATED 12/02/13 AUTHORIZATION TO APPEAR AMENDED DEFENDANTS CLAIM PROOF OF SERVICE RE: DEFENDANTS CLIAM PROOF OF SERVIVE RE: CIVIL SUBPOENA DUCES TECUM MINUTE ORDER DATED 01/10/14 NOTICE OF CHANGE OF ADDRESS FILED BY KENNARD SHILOH RETURNED MAIL

05/21/2015 NOTICE OF CHANGE OF ADDRESS FILED BY KENNARD SHILOH NOTICE OF SMALL CLAIMS APPEAL TRIAL DE NOVO CLERKS CERTIFICATE OF MAILING DEMURRER/MOTION TO DISMISS MINUTES FROM APPEAL HEARING DATED 04/29/14 JUDGMENT AFTER TRIAL DE NOVO ON APPEAL CLERKS CERTIFICATE OF MAILING CLERKS CERTIFICATE OF MAILING ABSTRACT OF JUDGMENT/WRIT OF EXECUTION RETURNED MAIL REJECT SHEET DATED 10/07/14 WRIT OF EXECUTION ISSUED 10/15/14 ORDER ON COURT FEE WAIVER NOTICE OF MOTION TO VACATE JUDGMENT CLERKS CERTIFICATE OF MAILING LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT DATE 4/1/15

05/21/2015 **************CONTINUED LIST OF DOCUMENTS****************** LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT DATE 1/1/15 CERTIFIED COPY OF CIVIL DOCKET FROM FEDERAL COURT ORDER SUMMARILY REMANDING ACTION TO STATE COURT MINUTE ORDER DATED 05/05/15 ORDER FOR PETITION FOR WRIT OF MANDATE ORDER FOR PETITION FOR WRIT OF MANDATE EXPEDITED REVIEW REQUESTED OCNFIDENTIAL ENVELOPE CONTAING JUDGE`S NOTES COPY OF EXPEDITED REVIEW REQUESTED CONFIDENTIAL ENVELOPE CONTAINING A COPY OF ABSTRACT CONFIDENTIAL ENVELOPE CONTAINING REQUEST TO WAIVE COURT FEES EXHIBITS IN RESPONSE TO SMALL CLAIMS SUBPOENA

05/21/2015 PURSUANT TO ORDER FOR TRANSFER AND FEES HAVING BEEN PAID OR NO FEES REQUIRED. ENTIRE FILE FORWARDED TO THE DOWNEY COURT VIA COUNTY MESSENGER.

05/07/2015 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

05/06/2015 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM.

05/05/2015 CAUSE CALLED AT 01:30P M, IN DEPT. 001, HON. CATHRYN F. BROUGHAM, JUDGE PRESIDING FOR HEARING RE: MOTION TO VACATE (CANCEL) JUDGMENT. CAUSE CALLED FOR DEPARTMENT 2. NO APPEARANCE BY OR FOR EITHER PARTY. THE MATTER IS PLACED OFF CALENDAR AND THE MATTER TRANSFERRED FORTHWITH TO DOWNEY SUPERIOR COURT AT 7500 E. IMPERIAL HWY., DOWNEY, CA 90242.

05/05/2015 .CONTINUATION. COMMISSIONER BRUCE E. MITCHELL HEARD ORIGINAL JUDGMENT ON FEBRUARY 11, 2014 AND JUDGE DOUGLAS W. STERN HEARD TRIAL DE NOVO HEARING ON APRIL 29, 2014. .. THE DOWNEY SMALL CLAIMS CLERK IS TO NOTIFY ALL PARTIES OF THE NEW HEARING DATE RE: MOTION TO VACATE (CANCEL) JUDGMENT.

04/23/2015 CASE FILE FORWARDED TO DEPT 1 FOR REVIEW BY JUDGE BROUGHAM.

04/03/2015 ORDER SUMMARILY REMANDING ACTION TO STATE COURT: IT IS ORDERED THAT THIS MATTER BE REMANDED TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ALHAMBRA COURTHOUSE 150 WEST COMMONWEALTH AVE, ALHAMBRA CA 91801 FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO 28 USC 1447(C);(2) THAT THE CLERK SEND A CERTIFIED COPY OF THIS ORDER TO THE STATE COURT & (3) THAT THE CLERK SERVE COPIES OF THIS ORDER ON THE PARTIES. DATED MARCH 31, 2015 SIGNED BY JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

03/04/2015 RECEIVED THE SUM OF $ 3.00 FOR PHOTOCOPIES. RECEIPT # ALH462394066.

02/13/2015 CLERK'S CERTIFICATE OF SERVICE BY MAIL FILED MOTION TO VACATE JUDGMENT.

02/06/2015 CLERK`S CERTIFICATE OF SERVICE COMPLETED BY HAND DELIVERING A COPY OF THE ORDER ON COURT FEE WAIVER TO THE APPLICANT.

02/06/2015 NOTICE OF MOTION TO VACATE JUDGMENT AND DECLARATION FILED BY (SHILOH, KENNARD J.). MATTER SET FOR HEARING ON 05/05/15 AT 01:30P M, IN DEPT. NE2. CLERK'S CERTIFICATE OF SERVICE MAILED/GIVEN TO ALL PARTIES. RECEIPT # FEE WAIVER

02/06/2015 REQUEST TO WAIVE COURT FEES FILED BY (SHILOH, KENNARD J.).

02/06/2015 ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (SHILOH, KENNARD J.).

01/13/2015 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM.

01/07/2015 CASE FILE FORWARDED TO DEPT. NE2 FOR CONSIDERATION RE: CORRESPONDENCE RECEIVED FROM DEFENDENT.

10/15/2014 WRIT OF EXECUTION ISSUED TO LOS ANGELES COUNTY. (MAIL). RECEIPT # ALH462394063.

10/14/2014 ABSTRACT OF JUDGMENT ISSUED. RECEIPT # ALH462394062.

10/07/2014 REJECT SHEET SENT TO (VALUE RENTAL CAR, INC.) FOR REJECTION OF ABSTRACT OF JUDGMENT AND WRIT OF EXECUTION: THERE IS A $25.00 FEE FOR EACH DOCUMENT ONLY 1 CHECK FOR $25.00 WAS SUBMITTED. SUBMITTED ON 10/01/14

06/09/2014 NOTICE/LETTER RE: TRIAL DE NOVO RETURNED AS TO (SHILOH, KENNARD J.) DUE TO NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD.

05/20/2014 NOTICE OF ENTRY OF JUDGMENT AFTER TRIAL DE NOVO ON APPEAL MAILED TO RESPECTIVE PARTIES/COUNSEL. CLERK'S

CERTIFICATE OF SERVICE FILED.

04/29/2014 CAUSE CALLED AT 04:14P M, IN DEPT. NE2 . HON. DOUGLAS W. STERN, JUDGE PRESIDING FOR HEARING RE: SMALL CLAIMS APPEAL TRIAL DE NOVO. APPELLANT APPEARING. RESPONDENT BY MARYAM JAILANI APPEARING. THE PARTIES ARE BOTH SWORN AND TESTIFY. COURT TAKES MATTER UNDER SUBMISSION.

04/29/2014 AFTER SUBMISSION, THE COURT ORDERS JUDGMENT ENTERED AS A FINAL DISPOSITION ON APPEAL TRIAL DE NOVO ON 04/29/14 . FOR (VALUE RENTAL CAR, INC.) . AGAINST (SHILOH, KENNARD J.) . PRINCIPAL 2881.86 , COSTS $ 85.00 ATTORNEY FEES $ 0.00 , AND SUPERIOR COURT COSTS $ 0.00 . TOTAL $ 2966.86 . THIS JUDGMENT IS ON THE PLAINTIFF'S CLAIM.

04/29/2014 JUDGMENT ENTERED AS A FINAL DISPOSITION AFTER APPEAL AND TRIAL DE NOVO ON 04/29/14 . THE COURT ORDERS THAT THE DEFENDANT(S) SHALL HAVE AND RECOVER NOTHING ON THE DEFENDANT'S CLAIM. THE PLAINTIFF(S) SHALL HAVE JUDGMENT FOR COSTS IN THE SUPERIOR COURT IN THE SUM OF $ 0.00 .

04/16/2014 REQUEST FOR COURT ORDER AND ANSWER RE: I ASK THE COURT TO DISMISS PLAINTIFF`S CLAIM. THEY GOT THEIR PROPERTY RETURNED. THEY MADE NEW CLAIMS ON THE DAY OF HEARIN FILED BY (SHILOH, KENNARD J.) .

04/02/2014 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED. NOTICE OF CONTINUANCE OF TRIAL DE NOVO

04/01/2014 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM .

03/27/2014 MATTER CONTINUED FOR SMALL CLAIMS APPEAL TRIAL DE NOVO TO 04/29/14 AT 01:30P M, IN DEPT. NE2 .

02/19/2014 NOTICE OF APPEAL FILED BY (SHILOH, KENNARD J.) . RECEIPT # WAIVED . MATTER SET FOR HEARING RE: SMALL CLAIMS APPEAL TRIAL DE NOVO ON 03/27/14 AT 01:30P M, IN DEPT. NE2 OF THE ALHAMBRA COURTHOUSE . CLERK'S NOTICE OF FILING OF APPEAL AND CLERK'S NOTICE OF SMALL CLAIMS APPEAL TRIAL DE NOVO FILED AND MAILED TO RESPECTIVE PARTIES/COUNSEL. CLERK'S CERTIFICATE OF SERVICE FILED.

02/18/2014 NOTICE OF ENTRY OF JUDGMENT FILED AND MAILED TO ALL PARTIES, AND JUDGMENT DEBTOR'S STATEMENT OF ASSETS MAILED TO (VALUE RENTAL CAR, INC.) , (SHILOH, KENNARD J.) .

02/18/2014 NOTICE OF PAYMENT DUE ON WAIVED FEES AND COSTS FILED AND MAILED TO (VALUE RENTAL CAR, INC.) PURSUANT TO SECTION 68637 G.C. FOR THE TOTAL AMOUNT OF $ 120.00 . CERTIFICATE OF MAILING COMPLETED.

02/11/2014 NOTICE OF CHANGE OF ADDRESS FILED AS TO (SHILOH, KENNARD J.) .

02/11/2014 CAUSE CALLED AT 03:56P M, IN DEPT. NE2 , HON. BRUCE E. MITCHELL, COMMISSIONER PRESIDING FOR SMALL CLAIMS HEARING. PLAINTIFF APPEARING BY MARYAM JAILANI, IS SWORN AND TESTIFIES . DEFENDANT APPEARING IS SWORN AND TESTIFIES . BOTH CLAIMS ARE HEARD FORTHWITH. RECORD RECEIVED PURSUANT TO SUBPENA DUCES TECUM ARE PLACED IN THE CASE FILE.

02/11/2014 COURT TAKES MATTER UNDER SUBMISSION.

02/11/2014 AFTER SUBMISSION, COURT ORDERS JUDGMENT ENTERED AS FOLLOWS:

02/11/2014 JUDGMENT ENTERED AS A FINAL DISPOSITION ON 02/11/14 . FOR (VALUE RENTAL CAR, INC.) . AGAINST (SHILOH, KENNARD J.) . PRINCIPAL $ 2881.86 . COSTS $ 85.00 . TOTAL $ 2966.86 . EXECUTION STAYED 30 DAYS. THE DEFENDANT IS LIABLE FOR THE COST TO REPAIR THE ENGINE. HE FAILED TO RETURN THE CAR WHEN REPEATEDLY ASKED. HE DROVE THE CAR AFTER THE ALTERNATOR BELT BROKE, RESULTING IN OVERHEATING OF THE ENGINE.

02/11/2014 ON THE CLAIM OF DEFENDANT, ONLY, THE COURT ORDERS JUDGMENT ENTERED AS FOLLOWS: JUDGMENT ENTERED ON 02/11/14 . FOR (SHILOH, KENNARD J.) . AGAINST (VALUE RENTAL CAR, INC.) . PRINCIPAL $ 600.00 . COSTS $ 120.00 . TOTAL $ 720.00 . EXECUTION STAYED 30 DAYS. WAIVED FEES OF $120.00 INCLUDING THOSE INCURRED AFTER JUDGMENT ARE PAYABLE TO THE COURT BY THE PLAINTIFF.

01/31/2014 RECORDS RECEIVED PURSUANT TO SUBPOENA DUCES TECUM AND PLACED IN CASE FILE. .

01/23/2014 NOTICE/LETTER RE: MINUTE ORDER AND CLERK'S NOTICE OF RULING RETURNED AS TO (SHILOH, KENNARD J.) DUE TO ATTEMPTED NOT KNOWN, UNABLE TO FORWARD .

01/16/2014 NOTICE OF CHANGE OF ADDRESS FILED AS TO (SHILOH, KENNARD J.) .

01/15/2014 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

01/10/2014 CAUSE CALLED AT 02:58P M, IN DEPT. NE2 , HON. DOUGLAS W. STERN, JUDGE PRESIDING FOR SMALL CLAIMS HEARING. PLAINTIFF APPEARING BY MARYAM JAILANI. DEFENDANT PRESENT. MATTER CONTINUED FOR SMALL CLAIMS TRIAL ON 02/11/14 AT 01:30P M, IN DEPT. NE2 .

12/13/2013 PROOF OF SERVICE OF DEFENDANT'S CLAIM TO PLAINTIFF FILED. SERVED AS TO (VALUE RENTAL CAR, INC.) . COSTS OF $ 35.00 .

12/13/2013 PROOF OF SERVICE RE: CIVIL SUBPENA DUCES TECUM, DECLARATION FOR SUBPENA DUCES FILED. SERVED AS TO (VALUE RENTAL CAR, INC.) . COSTS OF $ 35.00 .

12/06/2013 AMENDMENT TO CLAIM OF (SHILOH, KENNARD J.) FILED PLAINTIFF SOLD DEFENDANT A VEHICLE THAT DID NOT PASS SMOG. $600 WAS USED A DOWN PAYMENT, NOT "DEPOSIT" ,

12/06/2013 PROOF OF SERVICE OF DEFENDANT'S CLAIM TO PLAINTIFF FILED. SERVED AS TO (SHILOH, KENNARD J.) . COSTS OF $ 35.00 .

12/04/2013 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

12/02/2013 AUTHORIZATION TO APPEAR ON BEHALF OF PARTY FILED AS TO (VALUE RENTAL CAR, INC.) , SIGNED BY MARYAM JAILANI .

12/02/2013 CAUSE CALLED AT 04:30P M, IN DEPT. NE2 , HON. DOUGLAS W. STERN, JUDGE PRESIDING FOR SMALL CLAIMS HEARING. PLAINTIFF APPEARING BY MARYAM JAILANI. DEFENDANT PRESENT. ON THE COURT'S OWN MOTION, MATTER CONTINUED FOR SMALL CLAIMS TRIAL ON 01/10/14 AT 01:30P M, IN DEPT. NE2 . DUE TO CONGESTED CALENDAR THIS DATE. THE COURT NOTES THE DEFENDANT'S CLAIM REMAINS UNSERVED. PRIORITY TO BE GIVEN ON RETURN TRIAL DATE.

11/21/2013 NOTICE OF CHANGE OF ADDRESS FILED AS TO (SHILOH, KENNARD J.) .

# EXHIBIT F





COUNTY OF LOS ANGELES
OFFICE OF THE COUNTY COUNSEL
648 KENNETH HAHN HALL OF ADMINISTRATION
500 WEST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012-2713

TELEPHONE
(213) 974-1913
FACSIMILE
(213) 687-8822
TDD
(213) 633-0901

MARK J. SALADINO
County Counsel

December 17, 2014

Kenny Shiloh
253 N. 9th Avenue #C
Upland, CA 91786

**Re: Claim(s) Presented: December 9, 2014**
**File Number(s): 14-1118943*001**

Dear Claimant:

This letter is to inform you that the claim that you presented to the County of Los Angeles, Board of Supervisors on **December 9, 2014,** arises from an event or occurrence that in no way involves the County of Los Angeles (the "County"). An investigation of this matter fails to indicate any involvement on the part of the County, its officers, agents, or employees. Accordingly, the County will be rejecting the claim on that basis.

It is not the intention of this letter to deter the filing of a lawsuit against the County, its officers, agents, or employees where there is a justifiable controversy under the facts and law. However, in this case, it does not appear that a lawsuit against the County, its officers, agents, or employees is warranted.

In considering your future course of action, we remind you of the provisions of Section 1038 of the Code of Civil Procedure. Please be advised that the County will seek the remedies afforded by that Section in the course of defending against any subsequent litigation brought without reasonable cause or in bad faith.

HOA.1117829.1

# EXHIBIT G



John M. Coleman, Esq. (SB #79602)
COLEMAN AND ASSOCIATES, LAWYERS
1111 South Arroyo Parkway, Suite 442
Pasadena, California 91105
Telephone: (626) 993-1590

Attorneys for Defendant, COUNTY OF LOS ANGELES, a Public Entity, erroneously sued herein as LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

COLEMAN & ASSOCIATES
LAWYERS
1111 SOUTH ARROYO PARKWAY, SUITE 442
PASADENA, CALIFORNIA 91105

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES — CENTRAL DISTRICT**

KENNY J. SHILOH,

Plaintiff,

v.

COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, AND DOE DEFENDANTS 1 TO 3,

Defendants.

CASE NO. BC608112
Judge Susan Bryant-Deason; Department 52
Unlimited Jurisdiction
County is Fee Exempt (Gov't Code §6103)
Complaint filed: January 25, 2016

**DECLARATION OF W. SCOTT MCINTOSH IN SUPPORT OF MOTION TO QUASH ALLEGED SERVICE**

**DECLARATION OF W. SCOTT MCINTOSH**

I, W. SCOTT MCINTOSH, declare and state as follows:

1. I am an attorney at law duly licensed to practice in the State of California and am an associate in the Law Offices of Coleman & Associates, Attorneys of record for Defendant, COUNTY OF LOS ANGELES, Specially Appearing in the above-entitled matter. I have personal knowledge of the facts set forth herein and, if called upon as a witness, could and would competently testify hereto.

2. On March 28, 2016, Plaintiff attempted Service of First Amended Complaint ("FAC") by mail.

3. Plaintiff's Proof of Service filed on April 08, 2016 states Plaintiff attempted Service of

FAC by mail.

4. In the case of Los Angeles County, Service is only valid as to County, or on any County department, when a properly executed Complaint or Petition is (1) **personally delivered** to and (2) stamped by the clerk of the Board of Supervisors at the following address: 500 West Temple Street, Room 383, Kenneth Hahn Hall of Administration, Los Angeles, California 90012.

5. To date, Plaintiff has not completed valid service of FAC or any Complaints on Board of Supervisors.

6. Attached hereto as **Exhibit "A"** is a true and correct copy of the Proof of Service of FAC directed as to County of Los Angeles.

7. Attached hereto as Exhibit "B" is a true and correct copy of the Proof of Service of FAC directed as to Los Angeles County Sheriff's Department.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration.

Executed this 1st of September, 2016 in Pasadena, California.

W. SCOTT MCINTOSH, Declarant

COLEMAN & ASSOCIATES
LAWYERS
1111 SOUTH ARROYO PARKWAY, SUITE 360
PASADENA, CALIFORNIA 91105

# EXHIBIT H

John M. Coleman, Esq. (SB #79602)
COLEMAN AND ASSOCIATES, LAWYERS
1111 South Arroyo Parkway, Suite 442
Pasadena, California 91105
Telephone: (626) 993-1590

Attorneys for Defendant, **COUNTY OF LOS ANGELES**, a Public Entity, erroneously sued herein as LOS ANGELES COUNTY SHERIFF'S DEPARTMENT.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF KERN**

KENNY J. SHILOH,

Plaintiff,

v.

COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, AND DOE DEFENDANTS 1 TO 3,

Defendants.

CASE NO. BCV16101157SPC
Judge Chapin/Department 4
Unlimited Jurisdiction
County is Fee Exempt (Gov't Code §6103)
Complaint filed: January 25, 2017

**AMENDED NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS; MEMORANDUM OF POINTS AND AUTHORITIES AND EXHIBITS IN SUPPORT THEREOF**

Date: October 30, 2017
Time: 8:30 a.m.
Dept: 4
Res. ID: **26969**

TO THE HONORABLE COURT AND TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT on October 30, 2017 at 8:30 a.m., or as soon thereafter as counsel can be heard in Department 4 in Kern County Superior Court, 1415 Truxtun Avenue, Bakersfield, CA 93301 Defendant COUNTY OF LOS ANGELES ("COUNTY") will move this Court for Judgment on the Pleadings in favor of COUNTY, and against Plaintiff, KENNY J. SHILOH.

**AMENDED NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS; MEMORANDUM OF POINTS AND AUTHORITIES AND EXHIBITS IN SUPPORT THEREOF**369411.1

COLEMAN & ASSOCIATES
LAWYERS
1111 SOUTH ARROYO PARKWAY, SUITE 442
PASADENA, CALIFORNIA 91105

COLEMAN & ASSOCIATES
LAWYERS
1111 SOUTH ARROYO PARKWAY, SUITE 442
PASADENA, CALIFORNIA 91105

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## STATEMENT OF FACTS

Plaintiff's Second Amended Complaint alleges as against COUNTY: (1) violations of HIPAA and non-compliance with Disabilities Act of 1990; (2) Fraud; (3) and Negligence.

Kenny Shiloh alleges Los Angeles County Sheriff's Department personnel violated his rights by informing personnel at the Alhambra Courthouse that Shiloh was unable to attend a hearing "due to his mental state" on March 27, 2014 in matter entitled Value Rental Car, Inc. v. Kennard J. Shiloh, Case No. 2:2015cv02059: "Request from Defendant for new Hearing Date based on mental state of Defendant made through the Los Angeles County Sheriff's Department this morning is granted."

These allegations formed the basis of Plaintiff's First Amended Complaint filed in Los Angeles County Superior Court Case No. BC 608112, **(Exhibit B to request for Judicial Notice)** which case was Dismissed, with Prejudice, on January 31, 2017. (See January 31, 2017 Minute Order, **Exhibit C to request for Judicial Notice**) The case was Dismissed for PLAINTIFF'S failure to appear as well as failure to prosecute.

Plaintiff's Second Amended Complaint (filed January 25, 2017, **Exhibit A to Request for Judicial Notice**) alleges DEFENDANTS violated the California Welfare and Institutions Code, in addition to having committed Fraud and Negligence.

## II.

## JUDGMENT ON THE PLEADINGS MAY BE GRANTED AFTER THE TIME FOR DEMURRER, ON THE SAME GROUNDS AS GENERAL DEMURRER

California Code of Civil Procedure §438 authorizes a party to move for judgment on the pleadings where a complaint fails to state facts sufficient to constitute a cause of action against the defendant. (Code of Civil Procedure section 438(c)(1)(B).) The motion for judgment on the pleadings may be filed even though the defendant has already filed an answer and the time to demur to complaint has expired. (Code of Civil Procedure section 438(f)(2); Sotias v. Bank of America (1985) 172 Cal.App.3d 583, 586.) Such motion for judgment on the pleadings may be

# EXHIBIT I

COLEMAN & ASSOCIATES
LAWYERS
1111 SOUTH ARROYO PARKWAY, SUITE 442
PASADENA, CALIFORNIA 91105

**PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

ss

I am employed at Coleman & Associates, 1111 South Arroyo Parkway, Suite 442 Pasadena, California 91105. I am over age 18 and not a party to this action.

On October 3, 2017 I served the foregoing documents, described as: **AMENDED REQUEST FOR JUDICIAL NOTICE** on all interested parties in this action.

_____ **(VIA MAIL)** By placing true copies thereof enclosed in sealed envelopes addressed as stated on attached mailing list, I caused such envelope to be deposited in the mail at Pasadena, CA.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is the deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.
Executed on October __, 2017 at Pasadena, CA.

X_____ **(VIA PERSONAL SERVICE)** I delivered such envelope by hand to the offices of **SERVICE LIST INFO**
Executed on October 3, 2017 at Pasadena, CA.

_____ **(VIA E-MAIL SERVICE)** I transmitted this document electronically to the addressees/offices on **SERVICE LIST**
Executed on October __, 2017 at Pasadena, CA.

_____ **(VIA FACSIMILE SERVICE)** I transmitted this document to the addressees/offices on the **SERVICE LIST**
Executed on October __, 2017 at Pasadena, CA.

_____ **(VIA FEDERAL EXPRESS)** I then deposited such envelope[s] in a box or other facility regularly maintained by **Federal Express**, an express service carrier, for overnight delivery with all delivery fees paid or otherwise provided for, for delivery to the addressees/offices on the **SERVICE LIST**
Executed on October __, 2017 at Pasadena, CA.

X_____ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[signature]
HECTOR GUTIERREZ

# EXHIBIT J



**Superior Court of California**
**County of Kern**
**Bakersfield Department 10**

**Hearing Date:** 04/06/2018 **Time:** 8:30 AM - 12:00 PM

SHILOH VS SHILOH ET AL

**BCV-16-101157**

**Honorable:** Stephen D. Schuett **Clerk:** Linda M. Krolnik

**Court Reporter:** Amy Maier **Bailiff:** Deputy Sheriff

**Interpreter:** **Language Of:**

**PARTIES:**

| | |
|---|---|
| COUNTY OF LOS ANGELES, Defendant, not present | JOHN COLEMAN, Attorney, not present |
| COURT CALL, LLC, Lien Claimant, not present | |
| KENNARD SHILOH, Defendant, not present | CRAIG BRAUN, Attorney, not present |
| KENNY SHILOH, Plaintiff, not present | Pro Se |
| LIZA PEREZ, Defendant, not present | |
| MELVIN PENNY: DEPUTY WITH THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, Defendant, not present | |
| MICHAEL SHILOH, Defendant, not present | CRAIG BRAUN, Attorney, not present |
| PATRICIA SHILOH, Defendant, not present | CRAIG BRAUN, Attorney, not present |

**Appearance telephonically by CourtCall by Kenneth Kazuo Tanji on behalf of Defendant County of Los Angeles.**
**Appearance telephonically by CourtCall by Kenneth Shiloh In pro per.**

**NATURE OF PROCEEDINGS: MOTION FOR JUDGMENT ON PLEADINGS**

**Hearing Start Time: 8:30 AM**

The above entitled cause came on regularly on this date and time with parties and/or counsel appearing as reflected above.

- Cause submitted on the pleadings

The Court makes the following findings and orders:

Defendant's Motion for Judgment on the Pleadings is Granted as to the second and fourth Cause of Action, with 20 days leave to amend.

Defendant's Motion for Judgment on the Pleading is Denied as to the Third Cause of Action without leave to Amend.

Motion Granted as to punitive damages with 20 days leave to amend

Counsel for Defendant- County of Los Angeles to prepare an order after hearing.

# EXHIBIT K

nia

Third Amended Complaint

10/03/2018 Answer to Complaint

Comment
ANSWER TO SECOND AND FOURTH CAUSES OF ACTION, ONLY, OF PLAINTIFF'S THIRD AMENDED COMPLAINT

10/03/2018 Notice of Ruling

Comment
NOTICE OF RULING ON COUNTY'S MOTION TO STRIKE ENTIRE THIRD AMENDED COMPLAINT (CCPSECTIONS 435, 436, 437) MOTION FOR JUDGMENT ON THE PLEADINGS; OR, IN THE ALTERNATIVE, FOR ORDER DEEMING PLEADING A DEMURRER TO PLAINTIFF'S THIRD AMENDED COMPLAINT (CCP S

10/04/2018 Points and Authorities

Comment
[Further] in support of Motion to Vacate

10/05/2018 Ex Parte Application & Order

| Judicial Officer | Comment |
| --- | --- |
| Schuett, Stephen D. | Dismissing Action for Failure to Amend Complaint After Demurrer was Sustained with Leave to Amend; Order Thereon |

10/17/2018 Motion to Vacate (Pre-Disposition)

Judicial Officer

Print

Please select the sections that you would like to print

- ☐ Select All
- ☐ Case Information
- ☐ Party
- ☑ Events and Hearings
- ☐ Documents



# EXHIBIT L

KENNY J SHILOH
1900 W VALLEY BLVD
COLTON, CA 92324
909-734-8934

KENNY J SHILOH, IN PRO PER

ELECTRONICALLY FILED
10/16/2018 5:16 PM
Kern County Superior Court
Tamarah Harber-Pickens
By Yesenia Torres, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF KERN

KENNY J SHILOH,
Plaintiff,

vs.

KENNARD SHILOH, PATRICIA SHILOH (dba BASKETBALL UNIVERSE ACADEMY, MICHAEL SHILOH, COUNTY OF LOS ANGELES (a public entity), MELVIN PENNY (deputy of the Los Angeles County Sheriffs Department), LIZA M PEREZ (deputy clerk for County of Los Angeles) (and does 1)
Defendants.

No. BCV-16-101157

**PLAINTIFF'S DECLARATION OF INCONSISTENT CLERKS TRANSCRIPT (TO BE UTILIZED IN LIEU OF ORAL TESTIMONY IN THE EVENT THAT THE CLERKS TRANSCRIPTS DO NOT REFLECT WHAT IS INCLUDED IN THIS DECLARATION) ATTACHED WITH REQUEST FOR JUDICIAL NOTICE**

TO KERN COUNTY SUPERIOR COURT JUDGE STEPHEN SCHUETT, ALL DEFENDANTS AND THEIR COUNSEL ON RECORD: Due to the fact that the clerks transcripts in the above entitled action titled *Shiloh v Shiloh, County of Los Angeles, Penny and Perez, (and does 1)* has absolutely no indication that the merits of this matter have been addressed or determined (other than what the court, and Defendants call "vague" and "unintelligible"), the Plaintiff will make this declaration during oral argument on October 17, 2018 at 8:30 am in Department 10 at the Kern County Superior Court located at 1415 Truxtun Ave, Bakersfield, CA. This declaration will be made *pursuant* to Cal. Rules of Court 8.619(a) as

the clerks transcripts are inaccurate and the court has failed to comply with this rule.

**PLAINTIFF'S DECLARATION**

The Plaintiff gives notice to the court that due to the fact that court has not made a determination on the merits of the above entitled case, nor did the Los Angeles County Superior Court do the same in its case numbered BC608112 titled *Shiloh v County of Los Angeles, et al,* the clerks transcripts is required to give supporting statutes as to why the court overstepped it's authority by not doing a mandatory act in which it is required to apply civil penalties for the County of Los Angeles' violation of the California Medical Information Act (Cal C.C.P 56.36(c)(5)), Americans With Disabilities Act of 1990 and Cal. Rules of Court 1.100 (c)(4). And concerning the Shiloh Defendants, the violation of Cal C.C.P 56.36(c)(5).

The merits of this issue is made very clear. The Plaintiff has met the burden of proof to show that no defendant listed had the Plaintiff's permission to go about broadcasting his medical condition, even if it is hearsay. Due to the fact that nobody has issued a waiver per Cal C.C.P 56.36(c)(5) showing that Kenny J Shiloh authorized them to speak about his alleged "mental health issues", it is cut and dry that this is the merits of the case. And due to the fact that Judge Stephen Schuett's only response as to why the causes of action of the Violation of right to medical privacy (Third cause of action on the Second Amended Complaint and first cause of action on the Third amended complaint) and the violation of the Americans With Disabilities Act of 1990 was that the pleadings are "vague", this is not a determination on the merits. The words "dismissed" is not determinative. *(Moch v Superior Court (1919) 39 Cal.App.471 at pages 475-476[179 P.440])* The record shows that the Plaintiff's causes of action was "dismissed" without legal reasoning thus, making the granting of the Shiloh defendants demurrer and the County of Los Angeles' "Motion to strike" rulings without being ruled on the merits. And based on the fact that in order to make a determination on the merits, the court and defendants are now forced to provide proof showing that they do indeed have a waiver from the Plaintiff giving them authorization to release his medical information. Obviously, they do not because if there was any

merit in the Defendants arguments, better yet the court's dismissal(s), there would have been an argument showing that the Plaintiff gave them permission to release his medical information supported by evidence that he did in fact gave them permission. No signed document from the Plaintiff issuing the Defendants permission, no dismissal. Therefore, in the event of a dismissal in this case, the Plaintiff will be re-filing this action against all defendants in this action for the purpose of determining the merits. *(Wilson v Frakes (1960) 178 Cal.App.2d 580, 585, 3 Cal.Rptr)* Not only will he be refiling this case, but will be adding the cause of action of fraud against the Counties of Kern, and Los Angeles as it's apparent that there is an attempt to cover up Judge Schuett's prior denial of the County of Los Angeles' motion to have the cause of action for the California Medical Information Act which has ultimately the same conclusion that shuts down the Shiloh defendants demurrer. And along with the answer that the County of Los Angeles gave to the third amended complaint on October 3, 2018 after Judge Schuett erroneously required the Plaintiff to make a fourth amended complaint and to see that the Shiloh defendants are now moving for a dismissal because the Plaintiff did not make a fourth amended complaint, (see request for judicial notice Exhibit A), the question of whether or not harassment or malicious prosecution is taking place is no longer a question: it's happening.

The other issue of concern is the missing original minute order from April 6, 2018 (see request for judicial notice exhibit B) in which Linda M Krolnik "amended" on July 6, 2018. (see request for judicial notice exhibit C) Due to the fact that the record now shows inconsistencies from the time Judge Stephen Schuett took the case until now, there are substantial inconsistencies, and unintelligible acts on the record in which it makes it even more apparent that there is an conspiracy to disclose the facts that now allow the Plaintiff to prevail due to fraud upon the court. *(Aoude v Mobil Oil Corp., 892 F.2d 1115, 1118 (1st Cir.1989)*

**CONCLUSION**

It would be futile for the court, or the Defendants to expect the Plaintiff to pay for the Defendants attorney fees due to the courts failure to make a determination on the merits which allows the Plaintiff to reopen the case and present these facts in the future case. The court has no

choice but to apply the civil penalties associated with the violations of the California Medical Information Act, Americans With Disabilites Act of 1990, and the California Rules of Court 1.100(c)(4) and the clerks transcripts need to show that there has been no waiver issued by the Defendants giving them authorization to release the Plaintiff's medical information. And due to fraud upon the court, this court no longer has the power to grant the Defendants motions to have the Plaintiff's case dismissed and must vacate, and update the clerks transcripts to show these facts.

Date: 10/16/18

KENN J SHILOH

IN PRO PER

KENNY J SHILOH
1900 W VALLEY BLVD
COLTON, CA 92324
909-734-8934

KENNY J SHILOH, IN PRO PER

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF KERN

KENNY J SHILOH,
Plaintiff,

vs.

KENNARD SHILOH, PATRICIA SHILOH (dba BASKETBALL UNIVERSE ACADEMY, MICHAEL SHILOH, COUNTY OF LOS ANGELES (a public entity), MELVIN PENNY (deputy of the Los Angeles County Sheriffs Department), LIZA M PEREZ (deputy clerk for County of Los Angeles) (and does 1)
Defendants.

No. BCV-16-101157

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

The following items are to be listed in the clerks transcripts as being presented to the court:

1. Exhibit A shows the confirmation from the Kern County Superior Court public docket that the County of Los Angeles filed an answer to the Plaintiff's third amended complaint after it was overruled and required the Plaintiff to erroneously make a fourth amended complaint. It also shows the Shiloh defendants request for dismissal for not making a fourth amended complaint.

2. Exhibit B is the true and correct minute order showing Judge Stephen Schuett's ruling denying the County of Los Angeles' motion to dismiss the cause of action for "Violation of right to medical privacy" (a.k.a Cal C.C.P 56.36(c)(5)) that is no longer in court records.

3. Exhibit C is the true and correct copy of the entire docket from the filing date of the matter titled Shiloh v Shiloh until about July 28, 2018 in which Judge Stephen Schuett fails to give legal support for the dismissals.

Dated: 10/16/2018

KENNY J SHILOH

# EXHIBIT A

nia

Third Amended Complaint

10/03/2018 Answer to Complaint

Comment

ANSWER TO SECOND AND FOURTH CAUSES OF ACTION, ONLY, OF PLAINTIFF'S THIRD AMENDED COMPLAINT

10/03/2018 Notice of Ruling

Comment

NOTICE OF RULING ON COUNTY'S MOTION TO STRIKE ENTIRE THIRD AMENDED COMPLAINT (CCPSECTIONS 435, 436, 437) MOTION FOR JUDGMENT ON THE PLEADINGS; OR, IN THE ALTERNATIVE, FOR ORDER DEEMING PLEADING A DEMURRER TO PLAINTIFF'S THIRD AMENDED COMPLAINT (CCP S

10/04/2018 Points and Authorities

Comment

[Further] in support of Motion to Vacate

10/05/2018 Ex Parte Application & Order

| Judicial Officer | Comment |
| --- | --- |
| Schuett, Stephen D. | Dismissing Action for Failure to Amend Complaint After Demurrer was Sustained with Leave to Amend; Order Thereon |

10/17/2018 Motion to Vacate (Pre-Disposition)

Judicial Officer

Print

Please select the sections that you would like to print

- [ ] Select All
- [ ] Case Information
- [ ] Party
- [x] Events and Hearings
- [ ] Documents

Print

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF KERN

METROPOLITAN DIVISION

HON. STEPHEN D. SCHUETT, JUDGE, DEPARTMENT 10

CERTIFIED TRANSCRIPT

--oOo--

| | |
|---|---|
| KENNETH SHILOH, ET AL, | ) |
| Plaintiffs, | ) Pages 1 - 6 |
| vs. | ) Case No. BCV-16-101157 |
| KENNARD SHILOH, ET AL, | ) |
| | ) Bakersfield, California |
| Defendants. | ) April 6, 2018 |
| And Related Cross-Actions. | ) |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For the Plaintiff: In Propria Persona

For Defendant County of Los Angeles: LT Pacific Law Group
By: MR. KENNETH K. TANJI, ESQ.
17800 Castleton Street, Suite 560
City of Industry, CA 91748

Reported By: Amy Maier, CSR No. 13248
Official Court Reporter

KENNETH SHILOH vs KENNARD SHILOH
Case No. BCV-16-101157
Page 2

**SESSIONS**

| | PAGE |
|---|---|
| **FRIDAY, APRIL 6, 2018** | |
| **MORNING SESSION** | 3 |
| **Motion for Judgment on Pleadings** | 3 |

Superior Court of the State of California
County of Kern
October 01, 2019 3:25PM

BAKERSFIELD, CA; FRIDAY, APRIL 6, 2018

MORNING SESSION

DEPARTMENT 10 HON. STEPHEN D. SCHUETT, JUDGE

--o0o--

THE COURT: Shiloh versus Shiloh, et al, Case Number BCV-16-101157.

MR. TANJI: Ken Tanji for the County of Los Angeles, for John Coleman.

THE COURT: If you could spell your last name for the reporter, please.

MR. TANJI: T-a-n-j-i, on court call.

THE COURT: Do I have an appearance for Plaintiff?

MR. SHILOH: Kenneth Shiloh, court call.

THE COURT: We're here on the motion for judgment on the pleadings brought by Defendant County of Los Angeles. Go through the Court's tentative. Court's tentative at this time is to grant the Defense motion for failure to state a cause of action with respect to the second and fourth cause of action. Court will provide leave to amend. That will be 20 days' leave. Court will grant the motion as to the third cause of action without leave to amend. Court will also grant the motion with respect to the failure to state grounds for punitive damages, with 20 days' leave to amend. Court will deny all other bases.

Just so the parties know what the Court's thinking is on this, it appears that even if I take

judicial notice of the various documents that the County has asked me to take judicial notice of, the pleading of the two fraud and negligence causes of action are so vague and uncertain I can't tell -- without the other tort claims filed by Plaintiff with the County, I don't know if they're covered, not covered because I haven't seen those. I did get the one that was filed with respect to the December 9th, 2011 -- I believe it's 2014, claim. With respect to the request that the Court is granting the motion on the failure to file the required tort claim, I'm going to deny it at this time without prejudice.

With respect to the lack of jurisdiction, the Court's review of the minute order indicates -- did not indicate that the first amended complaint was dismissed with prejudice; therefore, the Court believes it does have jurisdiction in this case to proceed.

With respect to the third cause of action, the Court does not see a way for Plaintiff to allege the County to come within any of the statutory provisions alluded to by Plaintiff. So the Court believes it's going to grant that again without leave to amend.

Mr. Tanji, you want to be heard?

MR. TANJI: Your Honor, did you say for the second and fourth causes of action, that it's granted with leave to amend?

THE COURT: Yes, 20 days' leave to amend. Third cause of action was granted without leave to

amend.

MR. TANJI: Second and fourth?

THE COURT: Second and fourth with leave to amend, third without leave to amend. Punitive damages claims with leave to amend.

MR. TANJI: Then you said the first amended complaint was dismissed without prejudice and, therefore, you felt the Court has jurisdiction?

THE COURT: The minute order from the L.A. County Superior Court does not indicate it's with prejudice. It's simply for failure of Mr. Shiloh to prosecute, so I don't see that there was an order made with prejudice.

MR. TANJI: As far as the second or fourth cause of action, the reason was basically based on not being able to see all the claims that Mr. Shiloh filed?

THE COURT: Correct.

MR. TANJI: I have nothing further for the County, then.

THE COURT: Mr. Shiloh?

MR. SHILOH: Nothing further, Your Honor.

THE COURT: Mr. Tanji, the defendant will prepare the order for me, please.

MR. TANJI: We'll prepare an order and notice.

THE COURT: Thank you.

(Proceedings in the above-entitled matter were concluded.)

KENNETH SHILOH vs KENNARD SHILOH
Case No. BCV-16-101157
Page 6

STATE OF CALIFORNIA )
) SS.
COUNTY OF KERN )

I, Amy Maier, CSR No. 13248, Official Certified Shorthand Reporter of the State of California, Kern County Superior Court, do hereby certify that the foregoing transcript in the matter of SHILOH vs. SHILOH, Case No. BCV-16-101157, April 6, 2018, consisting of pages numbered 1 through 6, inclusive, is a complete, true, and correct transcription of the stenographic notes as taken by me in the above-entitled matter.

Dated this 1st day of October, 2019.

Amy Maier, CSR
Certified Shorthand Reporter No. 13248

Superior Court of the State of California
County of Kern
October 01, 2019 3:25PM

# EXHIBIT B



**Superior Court of California**
**County of Kern**
**Bakersfield Department 10**

**Hearing Date:** 04/06/2018 **Time:** 8:30 AM - 12:00 PM

SHILOH VS SHILOH ET AL

BCV-16-101157

**Honorable:** Stephen D. Schuett **Clerk:** Linda M. Krolnik

**Court Reporter:** Amy Maier **Bailiff:** Deputy Sheriff

**Interpreter:** **Language Of:**

**PARTIES:**

| | |
|---|---|
| COUNTY OF LOS ANGELES, Defendant, not present | JOHN COLEMAN, Attorney, not present |
| COURT CALL, LLC, Lien Claimant, not present | |
| KENNARD SHILOH, Defendant, not present | CRAIG BRAUN, Attorney, not present |
| KENNY SHILOH, Plaintiff, not present | Pro Se |
| LIZA PEREZ, Defendant, not present | |
| MELVIN PENNY: DEPUTY WITH THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, Defendant, not present | |
| MICHAEL SHILOH, Defendant, not present | CRAIG BRAUN, Attorney, not present |
| PATRICIA SHILOH, Defendant, not present | CRAIG BRAUN, Attorney, not present |

**Appearance telephonically by CourtCall by Kenneth Kazuo Tanji on behalf of Defendant County of Los Angeles.**
**Appearance telephonically by CourtCall by Kenneth Shiloh in pro per.**

**NATURE OF PROCEEDINGS: MOTION FOR JUDGMENT ON PLEADINGS**

**Hearing Start Time: 8:30 AM**

The above entitled cause came on regularly on this date and time with parties and/or counsel appearing as reflected above.

- Cause submitted on the pleadings

The Court makes the following findings and orders:

Defendant's Motion for Judgment on the Pleadings is Granted as to the second and fourth Cause of Action, with 20 days leave to amend.

Defendant's Motion for Judgment on the Pleading is Denied as to the Third Cause of Action without leave to Amend.

Motion Granted as to punitive damages with 20 days leave to amend

Counsel for Defendant- County of Los Angeles to prepare an order after hearing.

MINUTE ORDER

# EXHIBIT C

## Case Information

BCV-16-101157 | SHILOH VS SHILOH ET AL

| Case Number | Court | Judicial Officer |
|---|---|---|
| BCV-16-101157 | B-Civil | Schuett, Stephen D. |
| File Date | Case Type | Case Status |
| 05/23/2016 | 16-CV Fraud - Civil Unlimited | Pending |

## Party

Plaintiff
SHILOH, KENNY J

Active Attorneys
Pro Se

Defendant
SHILOH, KENNARD

Active Attorneys
Lead Attorney
BRAUN, CRAIG N
Retained

Defendant
SHILOH, MICHAEL

Active Attorneys
Lead Attorney
BRAUN, CRAIG N
Retained

Defendant
SHILOH, PATRICIA

Active Attorneys
Lead Attorney
BRAUN, CRAIG N
Retained

Defendant
COUNTY OF LOS ANGELES

Active Attorneys
Lead Attorney
COLEMAN, JOHN M
Retained

Defendant
PEREZ, LIZA M

Defendant
MELVIN PENNY: DEPUTY WITH THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT

## Events and Hearings

05/23/2016 Complaint

05/23/2016 Civil Case Cover Sheet (CM-010)

05/23/2016 Request to Waive Court Fees

Comment
AS TO KENNY J. SHILOH

05/23/2016 Civil and Small Claims Documents

05/24/2016 Order to Show Cause

Comment
Re: 3.110 Hearing Date: 09-06-16 Hearing Time: 08:30 Hearing Department/Division: 4

05/24/2016 Initial Order on Court Fee Waiver - Granted

Comment
AS TO KENNY J. SHILOH

## Case Information

BCV-16-101157 | SHILOH VS SHILOH ET AL

| Case Number | Court | Judicial Officer |
|---|---|---|
| BCV-16-101157 | B-Civil | Schuett, Stephen D. |
| File Date | Case Type | Case Status |
| 05/23/2016 | 16-CV Fraud - Civil Unlimited | Pending |

## Party

Plaintiff
SHILOH, KENNY J

Active Attorneys
Pro Se

Defendant
COUNTY OF LOS ANGELES

Active Attorneys
Lead Attorney
COLEMAN, JOHN M
Retained

Defendant
PEREZ, LIZA M

Defendant
MELVIN PENNY: DEPUTY WITH THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT

**Tamarah Harber-Pickens**
Clerk of the Superior Court

**SUPERIOR COURT**
Telephone 661-868-5393
1415 Truxtun Avenue
Bakersfield CA 93301

**JOHN COLEMAN**
**VIA**
**E-FILE**

Date : **5/22/19**
Case No.: **BCV-16-101157**
Case Name: **SHILOH VS SHILOH ET AL**
Document: **PROPOSED JUDGMENT**

The attached papers are being returned for the following reason(s): ☐ Check # _____ Returned

- ☐ This pleading does not appear to be for Superior Court, Kern County.
- ☐ The attached document is an improper *ex-parte* communication and has not been considered by the Court.
- ☐ Fee of $_____ required or a Request to Waive Court Fees must be submitted.
- ☐ **Application for Waiver of Fees missing attachment(s):**
  - ☐ Last three (3) paystubs, if employed.
  - ☐ Certified Copy of Statement of Account for previous six (6) months certified by Dept. of Corrections
  - ☐ Trust Account Withdrawal Order form (CDC form 193) completed by the Dept. of Corrections indicating $3.00 fee to Dept. of Corrections has been paid or insufficient funds in the account to cover.
- ☐ Does not conform to Rule 2.100-2.119, California Rules of Court, as to form and format.
- ☐ Superior Court case number is wrong, incomplete, or missing.
- ☐ Consolidated matter: All consolidated case numbers must be listed in the heading with the lead case listed first.
- ☐ Consolidated matter:
- ☐ Title is incorrect or missing parties.
- ☐ Summons does not conform to complaint/cross-complaint/petition.
- ☐ Not an original. Copies are not acceptable.
- ☐ Copies must be provided if *endorsed* copies are requested. Submit one original plus _____ copy(ies).
- ☐ Does not conform to Kern County Local Rule/Code:
- ☐ Must use Mandatory Judicial Council form.
- ☐ is not eligible for filing. Reason:
- ☐ Item(s) # incomplete.
- ☐ Missing required forms/attachment:
- ☐ Original Will must be presented at the time of filing petition.
- ☐ Signature missing:
- ☐ Date and place of execution not completed.
- ☐ Document(s) must be verified.
- ☐ Show date, time, and location of hearing pursuant to California Rules of Court.
- ☐ The date you have noticed this matter is a Court holiday/weekend.
- ☐ Acknowledgement of Receipt/Citation must be attached to the completed proof of service.
- ☐ Attach Proof of Service on opposing party.
- ☐ Correct Proof of Service:
- ☐ Not appraised by the Probate Referee.
- ☐ Order/Judgment does not conform to the Court minutes.
- ☐ Order page does not contain enough information regarding case; need at least three lines of text with identifying information for order and case (short title case and case number).
- ☐ Dismissal cannot be entered for the following reasons:
- ☒ Other: **Please remove Minute Order ruling from Proposed Judgment.**

**Tamarah Harber-Pickens**
CLERK OF THE SUPERIOR COURT

By: *Yesenia Torres*, Deputy Clerk

**ANY CORRESPONDENCE REQUIRING AN ANSWER FROM THE COURT MUST BE ACCOMPANIED BY A SELF-ADDRESSED STAMPED ENVELOPE LARGE ENOUGH TO RETURN DOCUMENTS**

Rev. 12/2017

Print this page

# Case # BCV-16-101157 - SHILOH VS SHILOH ET AL (Schuett, Stephen D.)

| **Case Information** | |
|---|---|
| Location | Kern - Bakersfield-Civil |
| Date Filed | 5/22/2019 11:33 AM |
| Case Number | BCV-16-101157 |
| Case Description | SHILOH VS SHILOH ET AL |
| Assigned to Judge | Schuett, Stephen D. |
| Attorney | John Coleman |
| Firm Name | Coleman & Associates, Lawyers |
| Filed By | Oliva Robles |
| **Fees** | |
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Party Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Total Taxes (for non-court fees) | $0.00 |
| Grand Total | $0.00 |
| **Payment** | |
| Account Name | Fee Waiver |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | |
| Order # | |

| **Judgment** | |
|---|---|
| Filing Type | EFile |
| Filing Code | Judgment |
| Filing Description | PROPOSED JUDGMENT ON DISMISSAL |
| Reference Number | LeadDocument001 |
| Comments | Attorneys for Defendant, COUNTY OF LOS ANGELES, a Public Entity Fee Exempt CCP Section 6103 |

| | |
|---|---|
| Courtesy Copies | mailcheck@legalconnect.com |
| Preliminary Copies | lchang@legalconnect.com |
| Status | Rejected |

**Fees**

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

**Rejection Information**

| Reason | Time | Comment |
|---|---|---|
| 14 - Rejected | 5/22/2019 12:41 PM | Please remove Minute Order ruling from Proposed Judgment. |

**Documents**

| | | |
|---|---|---|
| *Lead Document* | 0001202004_F20C..pdf | [Original] |

**Associated Parties**

| Party/Business Name |
|---|
| COUNTY OF LOS ANGELES |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF KERN**

KENNY J. SHILOH,

Plaintiff,

v.

COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, AND DOE DEFENDANTS 1 TO 3,

Defendants.

CASE NO. BCV16101157
Judge Stephen D. Schuett/Department 10
Unlimited Jurisdiction
County is Fee Exempt (Gov't Code §6103)
Complaint filed 5/23/2016;
First Amended filed 9/26/2016;
Second Amended filed 1/25/2017;
Third Amended filed 4/25/2018

[PROPOSED]
**JUDGMENT ON DISMISSAL**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on December 21, 2018, in Department "10" of the above-entitled Court, the Motion for Judgment on the Pleadings filed by Defendant, COUNTY OF LOS ANGELES, as to the Second Cause of Action for Promissory Fraud; and Fourth Cause of Action for Negligence of the Third Amended Complaint, came on for Hearing before the Honorable Stephen D. Schuett, Judge Presiding. Pro Per Plaintiff, Kenny J. Shiloh, appeared via CourtCall. Kenneth Tanji, Jr. of Coleman & Associates appeared on behalf of Defendant and moving party, COUNTY OF LOS ANGELES.

After a review of the Moving, Opposing, and Reply Papers filed, and after taking Oral Argument from all Parties, the Court Ruled and Ordered that the Motion for Judgment on the Pleadings brought by Defendant, COUNTY OF LOS ANGELES, **is granted**.

///

A copy of the Court's December 21, 2018 Order/Ruling is attached as Exhibit A.

It appearing by reason of said Ruling and Order of this Court dated December 21, 2018, that the Defendant, COUNTY OF LOS ANGELES, is therefor entitled to Judgment as against Pro Per Plaintiff Kenny J. Shiloh in this Civil Action.

NOW THERFORE, IT IS ORDERED, ADJUDGED AND DECREED that said Pro Per Plaintiff, Kenny J. Shiloh, shall take nothing from Defendant, COUNTY OF LOS ANGELES.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT Defendant, COUNTY OF LOS ANGELES, is entitled to all recoverable costs in the amount of $________, with interest thereon at the rate of (10%) per annum from the date of entry of this Judgment until paid.

**IT IS SO ORDERED.**

Dated: May ____, 2019

______________________________
Honorable Stephen D. Schuett (Dept. 10)
Judge of the Kern County Superior Court

# EXHIBIT A



**Superior Court of California**
**County of Kern**
**Bakersfield Department 10**

**Hearing Date:** **12/21/2018** SHILOH VS SHILOH ET AL **Time: 8:30 AM - 12:00 PM**

**BCV-16-101157**

**Honorable:** Stephen D. Schuett **Clerk:** Jessica Garcia

**Court Reporter:** Tara Cunha **Bailiff:** Deputy Sheriff

**PARTIES:**

COUNTY OF LOS ANGELES, Defendant, not present — JOHN COLEMAN, Attorney, not present
COURT CALL, LLC, Lien Claimant, not present
Fifth District Court of Appeal, Non-Party, not present
KENNY SHILOH, Plaintiff, not present — Pro Se

**Appearance telephonically by CourtCall by Kenneth Tanji on behalf of Defendant, County of Los Angeles**
**Appearance telephonically by CourtCall by Kenneth Shiloh in ProPer**

**NATURE OF PROCEEDINGS: MOTION FOR JUDGMENT ON PLEADINGS**

**Hearing Start Time: 8:30 AM**

The above entitled cause came on regularly on this date and time with parties and/or counsel appearing as reflected above.

Matter argued by counsel and submitted.

The Court makes the following findings and orders:

As to Plaintiff's Motion to Quash Service of Motion for Judgment on Pleadings

Court finds the Motion was not timely filed.

The Court deems the Motion as a Response to the Motion for Judgment on the Pleadings.

*******************************************************

As to Motion on Judgment on the Pleadings

Defendant's Motion for Judgment on the Pleadings is granted.

Vacate Jury Trial set on 01/28/2019

Vacate Final Case Management set on 01/25/2019

Vacate Mandatory Settlement Conference set on 01/11/2019

Counsel for Defendant to prepare Order/Judgment after hearing.

*MINUTE ORDER FINALIZED BY:* JESSICA GARCIA *ON:* 12/21/2018

MINUTE ORDER

Page 2 of 2

SHILOH VS SHILOH ET AL BCV-16-101157

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES ss

I am employed at Coleman & Associates, Lawyers, 210 South De Lacey Avenue, Suite 100, City of Pasadena, CA 91105, County of Los Angeles, State of California. I am over age 18 and not a party to the within action.

On May 21, 2019 I served the foregoing documents, described as: **[PROPOSED] JUDGMENT ON DISMISSAL** on all interested parties in this action.

__X__ By placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list, I caused such envelope to be deposited in the mail at Pasadena, CA.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is the deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.
Executed on May 21, 2019 at Pasadena, California.

______ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the addresses/offices on the **SERVICE LIST**
Executed on May ____, 2019 at Pasadena, California..

______ **(VIA EMAIL SERVICE)** I transmitted this document electronically to the addresses/offices on the **SERVICE LIST**
Executed on May ____, 2019 at Pasadena, California..

______ **(VIA FACSIMILE SERVICE)** I transmitted this document electronically to the addresses/offices on the **SERVICE LIST**
Executed on May ____, 2019 at Pasadena, California..

______ **(VIA FEDERAL EXPRESS)** I then deposited such envelope[s] in a box or other facility regularly maintained by Federal Express, an express service carrier, for overnight delivery with all delivery fees paid or otherwise provided for, for delivery to the addressees/offices on the **SERVICE LIST**
Executed on May ____, 2019 at Pasadena, California..

__X__ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Oliva Robles

SERVICE LIST

KENNY J. SHILOH v. COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, AND DOE DEFENDANTS 1 TO 3

**Plaintiff in Pro Per:**
**LATEST CONTACT INFO (AS OF NOV. 19, 2018)**
Mr. Kenny J. Shiloh
825 N. Euclid Avenue
Ontario, CA 91762
Tel: 909 437-0578
kennyshiloh@yahoo.com

Plaintiff in Pro Per:
Kenny J. Shiloh
14063 La Salle Ct.
Fontana, CA 92336
Tel: 909-734-8934
Email: kennyshiloh@yahoo.com

Kenny J. Shiloh
7216 Yates Street
San Bernardino, CA 92404
Phone (909) 734-8934
Email: kennyshiloh@yahoo.com

Kenny J. Shiloh
1900W. Valley Blvd.
Colton, CA 92324

**Attorneys for Defendants, KENNARD SHILOH and PATRICIA SHILOH**
**VIA EMAIL: cbraun@dbmllp.com**
Craig N. Braun
DAKE, BRAUN & MONJE, LLP
1626 - 19TH Street, Second Floor
Bakersfield, CA 93301
**Tel: 661-322-0991**
**Fax: 661-322-0650**

# EXHIBIT M

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 07/07/16

DEPT. 1

HONORABLE KEVIN C. BRAZILE JUDGE

J. MANRIQUE DEPUTY CLERK

HONORABLE JUDGE PRO TEM

R. ECHON, C.A. ELECTRONIC RECORDING MONITOR

#24

NONE Deputy Sheriff

NONE Reporter

9:00 am BC608112

KENNY J SHILOH
VS
COUNTY OF LOS ANGELES ET AL

Plaintiff Counsel: KENNY J. SHILOH in ProPer via CourtCall

Defendant Counsel: NO APPEARANCES

***NO LEGAL FILE***

NATURE OF PROCEEDINGS:

ORDER TO SHOW CAUSE RE: WHY KENNY SHILOH AKA KENNY J. SHILOH AKA KENNARD J. SHILOH AKA KENNY J. SHILOH JR SHOULD NOT BE DECLARED A VEXATIOUS LITIGANT AND BE SUBJECT TO A PRE-FILING ORDER, PROHIBITING ANY NEW LITIGATION IN THE COURTS OF THIS STATE, IN PROPRIA PERSONA, WITHOUT FIRST OBTAINING LEAVE OF THE PRESIDING JUDGE OF THE COURT WHERE THE LITIGATION IS PROPOSED;

The Court issues its tentative ruling.

The matter is called for hearing.

Kenny J. Shiloh's oral and written requests to continue this matter are DENIED.

The Court, having heard oral argument, adopts its tentative ruling as the final order of the court as follows:

In a June 2, 2016 order filed in case BC 608 112, this court scheduled this July 7, 2016 hearing on an Order to Show Cause ("OSC") re: why Kenny Shiloh aka Kenny J. Shiloh aka Kennard J. Shiloh aka Kenny J. Shiloh Jr. should not be declared a vexatious litigant and be subject to a pre-filing order, prohibiting any new litigation in the courts of this state in propria persona without first obtaining leave of the Presiding Judge of the court where the

07/20/2016

MINUTES ENTERED
07/07/16
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 07/07/16 | DEPT. 1

HONORABLE KEVIN C. BRAZILE JUDGE | J. MANRIQUE DEPUTY CLERK
R. ECHON, C.A.

HONORABLE JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR

#24
NONE Deputy Sheriff | NONE Reporter

9:00 am BC608112

KENNY J SHILOH
VS
COUNTY OF LOS ANGELES ET AL

Plaintiff Counsel: KENNY J. SHILOH in ProPer via CourtCall

Defendant Counsel: NO APPEARANCES

***NO LEGAL FILE***

**NATURE OF PROCEEDINGS:**

litigation is proposed. CCP § 391.7(a).

Mr. Shiloh filed an opposition on June 8, 2016, arguing that he does not meet the CCP § 391 criteria because no judgment has been issued against him in a limited or unlimited jurisdiction matter and he has not relitigated cases against the same defendants. He also reminds the court that he has the right to sue the named defendants to undo the errors they have deliberately inflicted in cases in which he was a defendant (e.g., in case BC 608 112 he has sued Los Angeles County and the Sheriffs Department for a statement concerning Mr. Shiloh's heath contained in a March 28, 2014 minute order, which violates the ADA and his HIPAA rights because he did not grant permission to release this information). Mr. Shiloh argues he is thus technically a defendant rather than a plaintiff and it would be an abuse of discretion for this court to issue an order deeming him vexatious while those who committed the criminal acts against him are not punished. Also, Mr. Shiloh argues this court cannot rule on this matter because all judges and staff in this county are biased against him and should disqualify themselves because Los Angeles Superior Court works closely with the Sheriffs Department and with County of Los Angeles, whom Mr. Shiloh has sued (arguments he has also raised in a CCP § 394 motion for mandatory change of venue set for hearing in case BC 608 112 on June 28, 2016 but taken off calendar that date). See CCP §

MINUTES ENTERED
07/07/16
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 07/07/16 | DEPT. 1

HONORABLE KEVIN C. BRAZILE JUDGE | J. MANRIQUE DEPUTY CLERK
R. ECHON, C.A.

HONORABLE JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR

#24

NONE Deputy Sheriff | NONE Reporter

9:00 am BC608112

KENNY J SHILOH
VS
COUNTY OF LOS ANGELES ET AL

***NO LEGAL FILE***

Plaintiff Counsel: KENNY J. SHILOH in ProPer via CourtCall

Defendant Counsel: NO APPEARANCES

**NATURE OF PROCEEDINGS:**

394; see also Garrett v. Superior Court (1974) 11 Cal. 3d 245, 248 and Finance & Construction Co. v. Sacramento (1928) 204 Cal. 491, 493. Finally, Mr. Shiloh argues that before this court imposes any order on him, it must set an OSC re why the defendants in case BC 608 112 have failed to answer and their default not be taken.

For the reasons discussed below, Mr. Shiloh's opposition fails to show why this court cannot - or should not - declare him to be vexatious.

This court need not delay this determination until after an OSC is set in case BC 608 112 regarding the defendants' failure to respond in the case, as Mr. Shiloh argues. A pre-filing order under CCP § 391.7 may be made on the court's own motion, even without "pending litigation" as a requisite. See Bravo v. Ismaj (2002) 99 Cal. App. 4th 211, 222-223. Therefore, this court's determination is independent of, and need not rely on, the timing of other actions in the case.

The court also determines that Mr. Shiloh has not brought and served a formal statement of disqualification against this court and therefore no formal response to this allegation is required to be filed. (See generally CCP § 170.3 et seq.) To the extent an informal response is necessary in addressing Mr. Shiloh's opposition to the OSC, the

MINUTES ENTERED
07/07/16
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 07/07/16 | DEPT. 1

HONORABLE KEVIN C. BRAZILE JUDGE | J. MANRIQUE DEPUTY CLERK

R. ECHON, C.A.

HONORABLE JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR

#24

NONE Deputy Sheriff | NONE Reporter

9:00 am BC608112

KENNY J SHILOH
VS
COUNTY OF LOS ANGELES ET AL

Plaintiff Counsel: KENNY J. SHILOH in ProPer via CourtCall

Defendant Counsel: NO APPEARANCES

***NO LEGAL FILE***

**NATURE OF PROCEEDINGS:**

court notes that a party's belief as to a judge's bias and prejudice is irrelevant and not controlling in a motion to disqualify for cause, as the test applied is an objective one based on "whether a reasonable person knowing all of the facts and looking at the circumstances at the present time would question the impartiality of the Court." United Farm Workers of America, AFL-CIO v. Superior Court (1985) 170 Cal. App. 3d 97, 104-05. Here, no reasonable person knowing all the facts would believe this court would be biased in making this determination merely because Mr. Shiloh has sued the county and the sheriff department in the county in which this court independently operates. Mr. Shiloh has only argued, in passing, a conclusion of county-wide bias expressly based on his CCP § 394 argument for transfer. Mr. Shiloh lacks standing to move to transfer case BC 608 112 out of the county because he and the case do not meet the specific requirements of CCP § 394(a) to pursue such a transfer. Therefore, in addition to the above, his argument of bias necessarily fails as a consequence of the failure of his CCP § 394 argument on which it is based.

Accordingly, the court finds it may proceed with its determination.

The vexatious litigant statutes, viz., CCP §§ 391 - 391.7, are designed to curb misuse of the court

MINUTES ENTERED
07/07/16
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 07/07/16 DEPT. 1

HONORABLE KEVIN C. BRAZILE JUDGE | J. MANRIQUE DEPUTY CLERK

HONORABLE JUDGE PRO TEM | R. ECHON, C.A. ELECTRONIC RECORDING MONITOR

#24

NONE Deputy Sheriff | NONE Reporter

9:00 am BC608112

KENNY J SHILOH
VS
COUNTY OF LOS ANGELES ET AL

Plaintiff Counsel: KENNY J. SHILOH in ProPer via CourtCall

Defendant Counsel: NO APPEARANCES

***NO LEGAL FILE***

**NATURE OF PROCEEDINGS:**

system by those persistent and obsessive litigants who, by repeatedly litigating the same issues through groundless actions, waste the time and resources of the court system and other litigants. Shalant v. Girardi (2011) 51 Cal. 4th 1164, 1169. Section 391(b) defines the term "vexatious litigant" as a person who has, while acting in propria persona, initiated or prosecuted numerous meritless litigations, re-litigated or attempted to re-litigate matters previously determined against him or her, repeatedly pursued unmeritorious or frivolous tactics in litigation, or who has previously been declared a vexatious litigant in a related action. Id. at 1169-1170.

As is indicated and detailed in this court's above-noted order, pursuing unmeritorious or frivolous litigation tactics validly describes the conduct of Mr. Shiloh, despite his opposition arguments to the contrary.

From January 1, 2010 to present, court records show that he has filed at least 24 actions in propria persona: Kenny Shiloh v. Daniel Berhe (11 SP 0586); Kenny Shiloh v. Daniel Berhe (GS 013 369); Kenny Shiloh v. Patricia Shiloh (KQ 014 989); Kenny Shiloh v. Kennard Shiloh Sr. (KQ 014 990); Kenny Shiloh v. Hillcrest Towing, LLC (12 SP 0107); Kennard J. Shiloh v. California Department of Vocational Rehab (12 SG 0494); Kenny Shiloh v. Enterprise Rent-A-Car

MINUTES ENTERED
07/07/16
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 07/07/16 DEPT. 1

HONORABLE KEVIN C. BRAZILE JUDGE | J. MANRIQUE DEPUTY CLERK

HONORABLE JUDGE PRO TEM | R. ECHON, C.A. ELECTRONIC RECORDING MONITOR

#24

NONE Deputy Sheriff | NONE Reporter

9:00 am BC608112

KENNY J SHILOH
VS
COUNTY OF LOS ANGELES ET AL

Plaintiff Counsel: KENNY J. SHILOH in ProPer via CourtCall

Defendant Counsel: NO APPEARANCES

***NO LEGAL FILE***

**NATURE OF PROCEEDINGS:**

(12 SP 0263); Kenny Shiloh v. John McGrath (12 SM 0392); Kenny J. Shiloh v. Kennard Joe Shiloh Sr. aka Kern Youth Services and Patricia Ann Shiloh (12 W 02321); Kenny Shiloh v. Kennard Shiloh Sr. (GQ 009 196); Kenny Shiloh v. Patricia Ann Shiloh (GQ 009 197); Kenny Shiloh v. Kevin Lamar Shiloh (GQ 009 206); In re Kenny Shiloh (GS 014 677); Kenny J. Shiloh v. California Department of Vocational Rehab, Nancy Berry, and Wun-Chen Cheng (12 V 07350); Kenny J. Shiloh v. State of California Department Rehabilitation, Nancy Berry, and Wun-Chen Cheng (LC 099 459); Kenny J. Shiloh v. Enterprise Rent-A-Car (BC 499 309); Kenny J. Shiloh v. IQ Data International Inc. (GC 050 907); Kenny Shiloh v. Prime Credit Solutions, LLC (GC 051 044); Kenny J. Shiloh v. Value Renal Car Inc., Aziz Jailani, and Maryam Jailani (BC 522 253); Kenny J. Shiloh v. State of California Employment Development Dept. (BS 145 944); Kenny J. Shiloh v. Maryam Jailani (GS 015 266); Kenny J. Shiloh v. Los Angeles County Superior Court, real party in interest Value Rental Car (BS 152 280); Kenny J. Shiloh v. Los Angeles County Superior Court, real party in interest Value Rental Car Inc. (BS 155 247); and Kenny J. Shiloh v. County of Los Angeles and Los Angeles County Sheriff Department (BC 608 112).

As detailed in the court's earlier order, out of those 24 cases filed since January 1, 2010, 19 cases (14 non-small claims cases) have been finally

MINUTES ENTERED
07/07/16
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 07/07/16 | DEPT. 1

HONORABLE KEVIN C. BRAZILE JUDGE | J. MANRIQUE DEPUTY CLERK

HONORABLE JUDGE PRO TEM | R. ECHON, C.A. ELECTRONIC RECORDING MONITOR

#24

NONE Deputy Sheriff | NONE Reporter

9:00 am BC608112

KENNY J SHILOH
VS
COUNTY OF LOS ANGELES ET AL

Plaintiff Counsel: KENNY J. SHILOH in ProPer via CourtCall

Defendant Counsel: NO APPEARANCES

***NO LEGAL FILE***

**NATURE OF PROCEEDINGS:**

determined adversely to Mr. Shiloh. An action voluntarily dismissed by a plaintiff is considered to be a case "finally determined adversely" to that litigant for purposes of CCP § 391(b)(1), in that such a case is "nevertheless a burden on the target of the litigation and the judicial system." Tokerud v. Capitolbank Sacramento (1995) 38 Cal. App. 4th 775, 779. Consequently, as seen in the court's earlier order, in the past seven years at least 5 non-small claims actions filed in propria persona by Mr. Shiloh have been determined adversely to him. Despite Mr. Shiloh's opposition arguments to the contrary, these non-small claims "adverse determinations" include not only dismissals (either voluntary or for lack of prosecution) but also judgments rendered against Mr. Shiloh, as detailed in that earlier order.

Additionally, as seen above and in the Court's June 2, 2016 order, and despite Mr. Shiloh's opposition arguments to the contrary, Mr. Shiloh has repeatedly relitigated or attempted to relitigate against the same defendants matters previously finally determined against him. See, e.g., new cases filed against California Department of Vocational Rehab, Enterprise Rent-A-Car, Maryam Jailani, and Los Angeles Superior Court (real party in interest Value Rental Car Inc.) after his prior cases against them were determined adversely to him.

MINUTES ENTERED
07/07/16
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 07/07/16 | DEPT. 1

HONORABLE KEVIN C. BRAZILE JUDGE | J. MANRIQUE DEPUTY CLERK

HONORABLE JUDGE PRO TEM | R. ECHON, C.A. ELECTRONIC RECORDING MONITOR

#24

NONE Deputy Sheriff | NONE Reporter

9:00 am BC608112

KENNY J SHILOH
VS
COUNTY OF LOS ANGELES ET AL

Plaintiff Counsel: KENNY J. SHILOH in ProPer via CourtCall

Defendant Counsel: NO APPEARANCES

***NO LEGAL FILE***

**NATURE OF PROCEEDINGS:**

Finally, as detailed in the court's earlier order and not responded to in his opposition, Mr. Shiloh has repeatedly filed unmeritorious pleadings and engaged in tactics that are frivolous or solely intended to cause unnecessary delay. He has filed numerous cases and then failed to diligently prosecute them and/or appear at trial, resulting in their dismissal (or in two cases, he voluntarily dismissed them several months after filing; and in at least one case, he filed an unlimited jurisdiction action against certain defendants while his small claims case against them remained pending.

Because the court liberally grants his fee waiver requests, the actions of Mr. Shiloh have placed a significant financial burden on the court.

As seen above, Mr. Shiloh's response to this OSC presents no relevant and valid excuse for these failures and cited concerns.

CCP § 391(b) defines a vexatious litigant as a person who does any of the following:

(1) In the immediately preceding seven-year period has commenced, prosecuted, or maintained in propria persona at least five litigations other than in a small claims court that have been (i) finally determined adversely to the person or (ii) unjustifiably permitted to

MINUTES ENTERED
07/07/16
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 07/07/16

DEPT. 1

HONORABLE KEVIN C. BRAZILE JUDGE

J. MANRIQUE DEPUTY CLERK

HONORABLE JUDGE PRO TEM

R. ECHON, C.A. ELECTRONIC RECORDING MONITOR

#24

NONE Deputy Sheriff

NONE Reporter

9:00 am BC608112

KENNY J SHILOH
VS
COUNTY OF LOS ANGELES ET AL

Plaintiff Counsel: KENNY J. SHILOH in ProPer via CourtCall

Defendant Counsel: NO APPEARANCES

***NO LEGAL FILE***

**NATURE OF PROCEEDINGS:**

remain pending at least two years without having been brought to trial or hearing.

(2) After a litigation has been finally determined against the person, repeatedly relitigates or attempts to relitigate, in propria persona, either (i) the validity of the determination against the same defendant or defendants as to whom the litigation was finally determined or (ii) the cause of action, claim, controversy, or any of the issues of fact or law, determined or concluded by the final determination against the same defendant or defendants as to whom the litigation was finally determined.

(3) In any litigation while acting in propria persona, repeatedly files unmeritorious motions, pleadings, or other papers, conducts unnecessary discovery, or engages in other tactics that are frivolous or solely intended to cause unnecessary delay.

(4) Has previously been declared to be a vexatious litigant by any state or federal court of record in any action or proceeding based upon the same or substantially similar facts, transaction, or occurrence.

Here, as seen above and in the court's June 2, 2016

MINUTES ENTERED
07/07/16
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 07/07/16

DEPT. 1

HONORABLE KEVIN C. BRAZILE JUDGE

J. MANRIQUE DEPUTY CLERK

R. ECHON, C.A. ELECTRONIC RECORDING MONITOR

HONORABLE JUDGE PRO TEM

#24

NONE Deputy Sheriff

NONE Reporter

9:00 am BC608112

KENNY J SHILOH
VS
COUNTY OF LOS ANGELES ET AL

***NO LEGAL FILE***

Plaintiff Counsel: KENNY J. SHILOH in ProPer via CourtCall

Defendant Counsel: NO APPEARANCES

NATURE OF PROCEEDINGS:

order, the court finds Mr. Shiloh is a vexatious litigant as defined by CCP § 391(b)(1), in that in the last seven years he has filed or litigated at least five non-small claims actions that have been finally determined against him. Also, the court finds Mr. Shiloh is a vexatious litigant as defined by CCP § 391(b)(2), in that Mr. Shiloh has repeatedly relitigated or attempted to relitigate against the same defendants matters already determined against him. Finally, the court finds Mr. Shiloh is a vexatious litigant as defined by CCP § 391(b)(3), in that inter alia he has repeatedly filed initial pleadings and then failed to prosecute the cases, constituting frivolous and delaying tactics.

Thus, the court finds there are three separate grounds for finding Mr. Shiloh to be a vexatious litigant.

Accordingly, the court declares Kenny Shiloh aka Kenny J. Shiloh aka Kennard J. Shiloh aka Kenny J. Shiloh Jr. to be a vexatious litigant and subject to a pre-filing order, prohibiting the filing of any new litigation in the courts of this state, in propria persona, without first obtaining leave of the Presiding Judge of the court where the litigation is proposed. See CCP § 391.7(a). This includes the filing of any small claims cases. The Presiding Judge will permit filing of new litigation

MINUTES ENTERED
07/07/16
COUNTY CLERK

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

**Case Number:** 11SP0586
SHILOH, KENNY VS BERHE, DANIEL

**Filing Courthouse:** Alhambra Courthouse

Original Case Number: 11S00586
Original Court: Pasadena Courthouse

**Filing Date:** 05/16/2011
**Case Type:** Small Claims (Limited Jurisdiction)
**Status:** Legacy Judgment

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

### Parties

Plaintiff: SHILOH KENNY

Defendant: BERHE DANIEL

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information

**04/17/2015** CASE FILE FORWARDED TO ALHAMBRA RE: RE ASSINGMENT .

**04/26/2013** * EFFECTIVE 05/28/2013

**04/26/2013** * CASE REASSIGNED TO THE ALHAMBRA COURTHOUSE

**04/26/2013** * CASE RENUMBERED FROM PAS11S00586 TO ALH11SP0586

**11/21/2012** WRIT OF EXECUTION RETURNED FROM LOS ANGELES COUNTY WHOLLY UNSATISFIED. COSTS $ 30.00 .

**07/09/2012** ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT FILED.

**01/11/2012** PARTIAL SATISFACTION FILED IN THE AMOUNT OF $ 300.00 .

**10/31/2011** ACKNOWLEDGMENT OF CREDIT IN THE AMOUNT OF $ 100.00 FILED.

**09/15/2011** WRIT OF EXECUTION ISSUED TO LOS ANGELES COUNTY. OVER THE COUNTER . RECEIPT # WAIVED .

**09/14/2011** DECLARATION AND ORDER RE: LOST WRIT ISSUED FOR LOS ANGELES COUNTY SIGNED AND FILED.

**08/31/2011** DECLARATION RE: LOST WRIT FILED. ORDER FORWARDED TO DEPT. NES FOR CONSIDERATION.

**07/25/2011** WRIT OF EXECUTION ISSUED TO LOS ANGELES COUNTY. OTC . RECEIPT # GC68634.E .

**07/07/2011** CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM .

**06/27/2011** NOTICE/LETTER RE: JUDGMENT RETURNED AS TO (SHILOH, KENNY) DUE TO INSUFFICIENT ADDRESS .

**06/21/2011** NOTICE OF ENTRY OF JUDGMENT FILED AND MAILED TO ALL PARTIES.

**06/20/2011** CAUSE CALLED AT 01:30P M, IN DEPT. 007 , HON. COLIN LEIS, PRO TEM PRESIDING FOR SMALL CLAIMS HEARING. PLAINTIFF APPEARING KENNY SHILOH . DEFENDANT APPEARING DANIEL BERHE .

**06/20/2011** COURT ORDERS JUDGMENT ENTERED AS FOLLOWS :

**06/20/2011** JUDGMENT ENTERED AS A FINAL DISPOSITION ON 06/20/11 . FOR (SHILOH, KENNY) . AGAINST (BERHE, DANIEL) . PRINCIPAL $ 350.00 . COSTS $ .00 . TOTAL $ 350.00 . EXECUTION STAYED 30 DAYS.

**05/25/2011** PROOF OF SERVICE OF PLAINTIFF'S CLAIM FILED. SERVED AS TO (BERHE, DANIEL) BY SUB-SERVING EMMA PECKOS, HOUSE MANAGER . MATTER SET FOR HEARING ON 06/20/11 AT 01:30P M, IN DEPT. 007 COSTS OF $ 0.00 .

**05/16/2011** PLAINTIFF'S CLAIM AND ORDER TO DEFENDANT FILED. RN WAIVED. HEARING SET FOR 06/20/11 AT 01:30 PM IN DPT. 007.

**05/16/2011** REQUEST TO WAIVE COURT FEES FILED BY (SHILOH, KENNY) .

**05/16/2011** ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (SHILOH, KENNY) .

Case Summary - Online Services - LA Court http://www.lacourt.org/casesummary/ui/casesummary.aspx?casetype=...

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home | Online Services (Pay Fines, Search Records...) | Forms & Filings (Forms, Filing Fees...) | Self-Help (Self-Rep, Info, FAQs...) | Divisions (Civil, Criminal, Family...) | Jury (Jury Duty Portal, Q&A...) | General Info (Courthouses, ADA, Local Rules...)

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Case Number: GS013369**
**KENNY SHILOH VS. DANIEL BERHE**

**Filing Courthouse: Pasadena Courthouse**

**Filing Date: 06/06/2011**
**Case Type: Civil Harassment (General Jurisdiction)**
**Status: Judgment by Court-Petition Granted 06/29/2011**

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

BERHE DANIEL - Respondent

SHILOH KENNY - Petitioner in Pro Per

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)

06/29/2011 Order After Hearing (RESTRAINING ORDER AFTER HEARING TO STOP HARASSMENT )
Filed by Petitioner

06/14/2011 Proof of Service Filed
Filed by Petitioner

06/06/2011 Petition
Filed by Petitioner in Pro Per

06/06/2011 Order to Show Cause
Filed by Petitioner in Pro Per

## PROCEEDINGS HELD

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Proceedings Held** (Proceeding dates listed in descending order)

07/07/2016 at 08:30 am in Department 1, Kevin C. Brazile, Presiding
OSC-RE Other (Miscellaneous) - Completed

06/29/2011 at 08:30 am in Department A, MARY THORNTON HOUSE, Presiding
CV HARASSMENT TEMP RESTRAINING ORD - Petition is granted

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Register of Actions** (Listed in descending order)

07/07/2016 at 08:30 am in Department 1, Kevin C. Brazile, Presiding
OSC-RE Other (Miscellaneous) - Completed

06/29/2011 at 08:30 am in Department A, MARY THORNTON HOUSE, Presiding
CV HARASSMENT TEMP RESTRAINING ORD - Petition is granted

06/29/2011 Order After Hearing (RESTRAINING ORDER AFTER HEARING TO STOP HARASSMENT )
Filed by Petitioner

06/14/2011 Proof of Service Filed
Filed by Petitioner

06/06/2011 Order to Show Cause
Filed by Petitioner in Pro Per

06/06/2011 Petition
Filed by Petitioner in Pro Per

NEW SEARCH

Art Showcased in
Los Angeles Courthouse Jury Rooms

"Little Chicks" by Kevin Sy
2005 1st Place Youth

Copyright 2014 Superior Court of California, County of Los Angeles

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Case Number:** KQ014989
KENNY SHILOH VS. PATRICIA SHILOH

**Filing Courthouse:** Pomona Courthouse South

**Filing Date:** 09/28/2011
**Case Type:** DV Prevention w/o Minor Children (General Jurisdiction)
**Status:** Statistical Disposition 09/28/2011

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

SHILOH KENNY JR - Petitioner

SHILOH PATRICIA - Respondent

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)
**09/28/2011** Order (Denying X-P Req. For TRO Crt Ord. nt to set for hrg - On Behalf of: Petitioner: Shiloh, Kenny -
Denied on 2011-09-28 )
Filed by Petitioner

**09/28/2011** Petition - DV Prevention w/o Minor Child (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

## PROCEEDINGS HELD

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Proceedings Held** (Proceeding dates listed in descending order)
None

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Register of Actions** (Listed in descending order)

**09/28/2011** Order (Denying X-P Req. For TRO Crt Ord. nt to set for hrg - On Behalf of: Petitioner: Shiloh, Kenny - Denied on 2011-09-28 )
Filed by Petitioner

**09/28/2011** Petition - DV Prevention w/o Minor Child (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

Case 1:20-cv-01438-DAD-JLT Document 1 Filed 10/08/20 Page 121 of 182

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home Pay Fines, Search Records... | Online Services | Forms & Filings Forms, Filing Fees... | Self-Help Self-Rep, Info, FAQs... | Divisions Civil, Criminal, Family... | Jury Jury Duty Portal, Q&A... | General Info Courthouses, ADA, Local Rules...

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

Case Number: KQ014990
KENNY SHILOH JR. VS. KENNARD SHILOH SR.

Filing Courthouse: Pomona Courthouse South

Filing Date: 09/28/2011
Case Type: DV Prevention w/o Minor Children (General Jurisdiction)
Status: Statistical Disposition 09/28/2011

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

SHILOH KENNARD SR - Respondent

SHILOH KENNY JR - Petitioner

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)

09/28/2011 Petition - DV Prevention w/o Minor Child (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

09/28/2011 Order (Denying X-P Req. for TRO Crt Ord. Nt to be set - On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

## PROCEEDINGS HELD

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Proceedings Held** (Proceeding dates listed in descending order)
None

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Register of Actions** (Listed in descending order)

09/28/2011 Petition - DV Prevention w/o Minor Child (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

09/28/2011 Order (Denying X-P Req. for TRO Crt Ord. Nt to be set - On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

NEW SEARCH

Art Showcased in
Los Angeles Courthouse Jury Rooms

"Raw Café" by Pebbla Wallace
2010 - 1st Place Amateur

Copyright 2014 Superior Court of California, County of Los Angeles

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

**Case Number:** 12SP0107
SHILOH, KENNY VS HILLCREST TOWING, LLC

**Filing Courthouse:** Alhambra Courthouse

Original Case Number: 12S00107
Original Court: Pasadena Courthouse

**Filing Date:** 01/31/2012
**Case Type:** Small Claims (Limited Jurisdiction)
**Status:** Legacy Judgment

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

### Parties

Plaintiff: SHILOH KENNY

Defendant: HILLCREST TOWING LLC

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information

**04/15/2015** CASE FILE FORWARDED TO ALHAMBRA RE: RE ASSIGNMENT .

**04/26/2013** * EFFECTIVE 05/28/2013

**04/26/2013** * CASE REASSIGNED TO THE ALHAMBRA COURTHOUSE

**04/26/2013** * CASE RENUMBERED FROM PAS12S00107 TO ALH12SP0107

**03/09/2012** NOTICE/LETTER RE: JUDGMENT RETURNED AS TO (SHILOH, KENNY) DUE TO RETURN TO SENDER .

**03/01/2012** CAUSE CALLED AT 01:30P M, IN DEPT. NEM , HON. GUS GOMEZ PRESIDING FOR SMALL CLAIMS HEARING. PLAINTIFF APPEARING IN PRO PER . DEFENDANT APPEARING IN PRO PER .

**03/01/2012** COURT ORDERS JUDGMENT ENTERED AS FOLLOWS :

**03/01/2012** JUDGMENT ENTERED AS A FINAL DISPOSITION ON 03/01/12 . THE COURT ORDERS THAT THE DEFENDANT(S) DOES NOT OWE PLAINTIFF(S) ANY MONEY ON PLAINTIFF'S CLAIM.

**03/01/2012** NOTICE OF ENTRY OF JUDGMENT FILED AND MAILED TO ALL PARTIES.

**02/09/2012** PROOF OF SERVICE OF PLAINTIFF'S CLAIM FILED. SERVED AS TO (HILLCREST TOWING, LLC) ;

MATTER SET FOR HEARING ON 03/01/12 AT 01:30P M, IN DEPT. NEM . COSTS OF $ 00.00 .

**01/31/2012** PLAINTIFF'S CLAIM AND ORDER TO DEFENDANT FILED. RN WAIVED. HEARING SET FOR 03/01/12 AT 01:30 PM IN DPT. NEM.

**01/31/2012** REQUEST TO WAIVE COURT FEES FILED BY (SHILOH, KENNY) .

**01/31/2012** ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (SHILOH, KENNY) .

Case Summary - Online Services - LA Court http://www.lacourt.org/casesummary/ui/casesummary.aspx?casetype=..

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home | Online Services Pay Fines, Search Records... | Forms & Filings Forms, Filing Fees... | Self-Help Self-Rep, Info, FAQs... | Divisions Civil, Criminal, Family... | Jury Jury Duty Portal, Q&A... | General Info Courthouses, ADA, Local Rules...

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

Case Number: 12SG0494
SHILOH, KENNARD J VS. CALIFORNIA DEPARTMENT OF VOCAT

Filing Courthouse: Alhambra Courthouse

Original Case Number: 12S00494
Original Court: Glendale Courthouse

Filing Date: 02/07/2012
Case Type: Small Claims (Limited Jurisdiction)
Status: CASE DISMISSED

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

**Parties**
Plaintiff: SHILOH KENNARD J

Defendant: CALIFORNIA DEPARTMENT OF VOCATIONAL REHAB

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information

06/16/2015 CASE FILE ORDERED DESTROYED PER SECTION(S) 71008 AND/OR 68152 OF THE GOVERNMENT CODE.

06/16/2015 PURSUANT TO COURT ORDER THE CASE FILE WAS DESTROYED ON 06/16/15 . CASE SET TO BE PURGED FROM THE SYSTEM.

10/01/2013 CASE FILE FORWARDED TO ALHAMBRA SUPERIOR COURT RE: FILE RECEIVED FROM GLENDALE SUPERIOR COURT .

09/27/2013 NOTICE OF REASSIGNMENT OF CASES FILED AND MAILED TO RESPECTIVE PARTIES/COUNSEL.

04/26/2013 * EFFECTIVE 05/20/2013

04/26/2013 * CASE REASSIGNED TO THE ALHAMBRA COURTHOUSE

04/26/2013 * CASE RENUMBERED FROM GLN12S00494 TO ALH12SG0494

07/05/2012 DISMISSAL WITHOUT PREJUDICE FILED FOR THE ENTIRE ACTION AS TO ALL DEFENDANT(S) AND ALL CAUSES OF ACTION(S).

04/12/2012 NOTICE/LETTER RE: CONTINUANCE OF SMALL CLAIMS RETURNED AS TO (SHILOH, KENNARD J) DUE TO NOT DELIVERABLE AS ADDRESSED/UNABLE TO FORWARD .

04/04/2012 CAUSE CALLED AT 01:30P M, IN DEPT. 005 , HON. MARY O'NEILL PRESIDING FOR SMALL CLAIMS HEARING. MATTER CONTINUED FOR SMALL CLAIMS TRIAL ON 07/09/12 AT 01:30P M, IN DEPT. 005 .

04/04/2012 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

03/09/2012 PROOF OF SERVICE OF PLAINTIFF'S CLAIM AS TO (CALIFORNIA DEPARTMENT OF VOCATIONAL REHAB) FILED BY THE SHERIFF'S DEPARTMENT. MATTER SET FOR HEARING ON 04/04/12 AT 01:30P M, IN DEPARTMENT 005 . SERVICE COSTS: $ 35.00

02/07/2012 PLAINTIFF'S CLAIM AND ORDER TO DEFENDANT FILED. RN FEE WAIVER. HEARING SET FOR 04/04/12 AT 01:30 PM IN DPT. 005.

02/07/2012 REQUEST TO WAIVE COURT FEES FILED BY (SHILOH, KENNARD J)

02/07/2012 ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (SHILOH, KENNARD J) .

NEW SEARCH

---

Art Showcased in
Los Angeles Courthouse Jury Rooms

"Water Lilly" by Michael Tafoya
2006 – 3rd Place Amateur

Copyright 2014 Superior Court of California, County of Los Angeles



Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home | Online Services (Pay Fines, Search Records...) | Forms & Filings (Forms, Filing Fees...) | Self-Help (Self-Rep, Info, FAQs...) | Divisions (Civil, Criminal, Family...) | Jury (Jury Duty Portal, GSA...) | General Info (Courthouses, ADA, Local Rules...)

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

Case Number: 12SP0263
SHILOH, KENNY VS ENTERPRISE RENT-A-CAR

Filing Courthouse: Alhambra Courthouse

Original Case Number: 12S00263
Original Court: Pasadena Courthouse

Filing Date: 02/28/2012
Case Type: Small Claims (Limited Jurisdiction)
Status: Legacy Dismissal

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

**Parties**
Plaintiff: SHILOH KENNY

Defendant: ENTERPRISE RENT-A-CAR A CORPORATION AGENT FOR SERVICE: JASON NICHOLAS

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information

01/26/2015 CASE FILE ORDERED DESTROYED PER SECTION(S) 71008 AND/OR 68152 OF THE GOVERNMENT CODE.

04/26/2013 * CASE REASSIGNED TO THE ALHAMBRA COURTHOUSE

04/26/2013 * CASE RENUMBERED FROM PAS12S00263 TO ALH12SP0263

04/26/2013 * EFFECTIVE 05/28/2013

04/10/2012 NOTICE/LETTER RE: MINUTE ORDER AND CLERK'S NOTICE OF RULING RETURNED AS TO (SHILOH, KENNY) DUE TO RETURN TO SENDER.

04/03/2012 CAUSE CALLED AT 08:30A M, IN DEPT. NEN , HON. STEVEN MONETTE, COMMISSIONER PRESIDING FOR SMALL CLAIMS HEARING.

NO APPEARANCE BY OR FOR EITHER PARTY. THE COURT ORDERS CASE DISMISSED WITHOUT PREJUDICE.

04/03/2012 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

04/03/2012 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM .

02/28/2012 PLAINTIFF'S CLAIM AND ORDER TO DEFENDANT FILED. RECEIPT # WAIVED . HEARING SET FOR 04/03/12 AT 08:30A M, IN DEPT. NEN

02/28/2012 REQUEST TO WAIVE COURT FEES FILED BY (SHILOH, KENNY) .

02/28/2012 ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (SHILOH, KENNY) .

NEW SEARCH

Art Showcased in
Los Angeles Courthouse Jury Rooms

"Water Lilly" by Michael Tafoya
2006 – 3rd Place Amateur

Copyright 2014 Superior Court of California, County of Los Angeles





Case Summary - Online Services - LA Court http://www.lacourt.org/casesummary/ui/casesummary.aspx?casetype=...

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home | Online Services (Pay Fines, Search Records...) | Forms & Filings (Forms, Filing Fees...) | Self-Help (Self-Rep, Info, FAQs...) | Divisions (Civil, Criminal, Family...) | Jury (Jury Duty Portal, GJ&A...) | General Info (Courthouses, ADA, Local Rules...)

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

Case Number: 12SM0392
SHILOH, KENNY VS MCGRATH, JOHN

Filing Courthouse: Alhambra Courthouse

Original Case Number: 12S00392
Original Court: El Monte Courthouse

Filing Date: 04/02/2012
Case Type: Small Claims (Limited Jurisdiction)
Status: Legacy Judgment

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

**Parties**
Plaintiff: SHILOH KENNY

Defendant: MCGRATH JOHN

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information

04/13/2013 * EFFECTIVE 05/13/2013

04/13/2013 * CASE REASSIGNED TO THE ALHAMBRA COURTHOUSE

04/13/2013 * CASE RENUMBERED FROM ELM12S00392 TO ALH12SM0392

03/12/2013 BENCH WARRANT TOGETHER WITH MARSHAL'S/SHERIFF'S INSTRUCTIONS FORWARDED TO EL MONTE SHERIFF'S DEPARTMENT.

03/04/2013 NOTICE/LETTER RE: MINUTE ORDER AND CLERK'S NOTICE OF RULING RETURNED AS TO (MCGRATH, JOHN) DUE TO RETURN TO SENDER ATTEMPTED NOT KNOWN UNABLE TO FORWARD.

03/04/2013 NOTICE/LETTER RE: MINUTE ORDER AND CLERK'S NOTICE OF RULING RETURNED AS TO (SHILOH, KENNY) DUE TO RETURN TO

2/20/2018 6:50 PM

SENDER NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD .

02/27/2013 CLERK'S CERTIFICATE OF SERVICE BY MAIL FILED ORDER/NOTICE OF WAIVER OF COURT FEES AND COSTS AS TO KENNY SHILOH .

02/21/2013 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

02/21/2013 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM .

02/11/2013 ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (SHILOH, KENNY) .

02/11/2013 NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION FILED.

02/11/2013 REQUEST TO WAIVE COURT FEES FILED BY (SHILOH, KENNY) .

02/04/2013 CAUSE CALLED AT 08:30A M, IN DEPT. 001 , HON. JOSE A. RODRIGUEZ PRESIDING FOR EXAM. OF JGMT DEBTOR. JGMT CREDITOR APPEARING SHILOH, KENNY . JUDGMENT DEBTOR (MCGRATH, JOHN) FAILING TO APPEAR. BENCH WARRANT ORDERED ISSUED IN THE SUM OF $2,500.00.

01/14/2013 NOTICE/LETTER RE: MINUTE ORDER RETURNED AS TO (SHILOH, KENNY) DUE TO UNABLE TO FORWARD .

01/03/2013 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

01/03/2013 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM .

01/02/2013 MATTER TRANSFERRED TO DEPT. 002 .

01/02/2013 CAUSE CALLED AT 08:30A M, IN DEPT. 001 , HON. JUDGE RUDY RUIZ PRESIDING FOR HEARING RE: ORDER OF EXAMINATION . THE COURT RULES AS FOLLOWS: CAUSE CALLED AND ORDER OF EXAMINATION IS CONTINUED TO 02/04/13 AT 08:30AM, CLERK IS TO MAIL NOTICE TO APPEAR. **DEFENDANT FAILED TO APPEAR IN COURT ON 01/02/13**

01/02/2013 MATTER CONTINUED FOR HEARING RE: ORDER OF EXAMINATION TO 02/04/13 AT 08:30A M, IN DEPT. 001

12/07/2012 PROOF OF SERVICE RE: ORDER FOR APPEARANCE AND EXAMINATION FILED AS TO JUDGMENT DEBTOR (MCGRATH, JOHN) . MATTER SET ON 01/02/13 AT 08:30A M., IN DEPT. 001 .

11/29/2012 APPLICATION UNDER SEC. 708.110 CCP FOR ISSUANCE OF ORDER OF EXAMINATION FOR JUDGMENT DEBTOR (MCGRATH, JOHN) ISSUED. HEARING SET FOR 01/02/13 AT 08:30A M, IN DEPT. 001 . RECEIPT # WIAVER

11/21/2012 REQUEST TO WAIVE COURT FEES FILED BY (SHILOH, KENNY) .

11/21/2012 ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (SHILOH, KENNY) .

11/21/2012 CLERK'S CERTIFICATE OF SERVICE COMPLETED BY HAND DELIVERING A COPY OF THE ORDER ON COURT FEE WAIVER TO THE APPLICANT.

08/15/2012 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM .

08/08/2012 CAUSE CALLED AT 01:30P M, IN DEPT. 001 , HON. JAMES LEBERTHON PRESIDING FOR SMALL CLAIMS HEARING. NO APPEARANCE BY OR FOR EITHER PARTY. COURT ORDERS MATTER PLACED OFF CALENDAR.

07/24/2012 SUBPOENA AND PROOF OF SERVICE FILED. SERVED AS NAMED AS TO LA TANYA LEE BOOKER- OPSII, ADMINISTRATION OFFICE HEAD .

07/24/2012 SUBPOENA AND PROOF OF SERVICE FILED. SERVED AS NAMED AS TO VARDGES OHANIAN- CASE MANAGER .

07/18/2012 SMALL CLAIMS SUBPOENA ISSUED.

07/05/2012 ORDER FOR APPEARANCE AND EXAMINATION ISSUED. MATTER TENTATIVELY SET FOR HEARING ON 08/08/12 AT 08:30A M, IN DEPT. 001 . RECEIPT # WAIVER . SMALL CLAIMS FOLDER

07/03/2012 WRIT OF EXECUTION RETURNED FROM LOS ANGELES COUNTY WHOLLY UNSATISFIED. COSTS $ 35.00 .

06/18/2012 WRIT OF EXECUTION ISSUED TO LOS ANGELES COUNTY. OVER THE COUNTER . RECEIPT # WAIVER .

06/14/2012 NOTICE OF ENTRY OF JUDGMENT RETURNED AS TO (MCGRATH, JOHN) DUE TO NOT DELIVERABLE AS ADDRESSED .

05/21/2012 NOTICE OF ENTRY OF JUDGMENT FILED AND MAILED TO ALL PARTIES, AND JUDGMENT DEBTOR'S STATEMENT OF ASSETS MAILED TO (MCGRATH, JOHN) .

05/21/2012 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM .

05/18/2012 CAUSE CALLED AT 01:30P M, IN DEPT. 001 , HON. RORBER URIARTE, JUDGE PRO TEM PRESIDING FOR SMALL CLAIMS HEARING. PLAINTIFF APPEARING . NO APPEARANCE BY OR FOR DEFENDANT .

05/18/2012 JUDGMENT ENTERED AS A FINAL DISPOSITION ON 05/18/12 . FOR (SHILOH, KENNY) . AGAINST (MCGRATH, JOHN) . PRINCIPAL $ 972.00 . COSTS $ 65.00 . TOTAL $ 1037.00 . EXECUTION STAYED 30 DAYS.

05/09/2012 PROOF OF SERVICE OF PLAINTIFF'S CLAIM AS TO (MCGRATH, JOHN) FILED BY THE SHERIFF'S DEPARTMENT. MATTER SET FOR HEARING ON 05/18/12 AT 01:30P M, IN DEPARTMENT 001 . SERVICE COSTS: $ 35.00 .

04/02/2012 PLAINTIFF'S CLAIM AND ORDER TO DEFENDANT FILED. RN WAIVER. HEARING SET FOR 05/18/12 AT 01:30 PM IN DPT. 001.

04/02/2012 REQUEST TO WAIVE COURT FEES FILED BY (SHILOH, KENNY) .

04/02/2012 ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (SHILOH, KENNY) .

04/02/2012 CLERK'S CERTIFICATE OF SERVICE COMPLETED BY HAND DELIVERING A COPY OF THE ORDER ON COURT FEE WAIVER TO THE APPLICANT. AS TO KENNY J SHILOH.



Case Summary - Online Services - LA Court http://www.lacourt.org/casesummary/ui/Casesummary.aspx?cas=12...

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home | Online Services Pay Fines, Search Records... | Forms & Filings Forms, Filing Fees... | Self-Help Self-Rep, Info, FAQs... | Divisions Civil, Criminal, Family... | Jury Jury Duty Portal, Q&A... | General Info Courthouses, ADA, Local Rules...

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

Case Number: 12W02321
SHILOH, JR., KENNY J VS. SHILOH, SR., KENNARD JOE

Filing Courthouse: Van Nuys Courthouse East

Original Case Number: 12W02321
Original Court: Chatsworth Courthouse

Filing Date: 07/02/2012
Case Type: Small Claims (Limited Jurisdiction)
Status: DISMISSED BY COURT ORDER

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

**Parties**
Plaintiff: SHILOH JR. KENNY J

Defendant: SHILOH SR. KENNARD JOE AKA KERN YOUTH SERVICES

Defendant: SHILOH PATRICIA ANN

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information

10/17/2013 CASE FILE ORDERED DESTROYED PER SECTION(S) 71008 AND/OR 68152 OF THE GOVERNMENT CODE.

10/17/2013 PURSUANT TO COURT ORDER THE CASE FILE WAS DESTROYED ON 10/17/13 . CASE SET TO BE PURGED FROM THE SYSTEM.

04/12/2013 * EFFECTIVE 05/13/2013

04/12/2013 * CASE REASSIGNED TO THE VAN NUYS COURTHOUSE

04/12/2013 * CASE RENUMBERED FROM CHA12W02321 TO LAV12W02321

08/28/2012 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM

08/27/2012 CAUSE CALLED AT 01:30P M, IN DEPT. F43 , HON. BENNY C. OSORIO PRESIDING FOR SMALL CLAIMS HEARING. PLAINTIFF APPEARING . DEFENDANT APPEARING . THE COURT ORDERS CASE DISMISSED WITHOUT PREJUDICE. COURT FINDS THAT THIS CASE HAS BEEN FILED IN THE IMPROPER VENUE.

08/13/2012 LETTER / CORRESPONDENCE RE: DEFENDANT'S REQUEST FOR DISMISSAL RECEIVED FROM (SHILOH, SR., KENNARD JOE) AKA (KERN YOUTH SERVICES) AND PLACED INTO CASE FILE.

07/17/2012 SUBPOENA AND PROOF OF SERVICE FILED. SERVED AS NAMED AS TO (SHILOH, SR., KENNARD JOE) AKA (KERN YOUTH SERVICES) .

07/17/2012 PROOF OF SERVICE OF PLAINTIFF'S CLAIM AS TO (SHILOH, PATRICIA ANN) FILED BY THE SHERIFF'S DEPARTMENT. MATTER SET FOR HEARING ON 08/27/12 AT 01:30P M, IN DEPARTMENT F43 . SERVICE COSTS: $ 35.00 .

07/17/2012 SUBPOENA AND PROOF OF SERVICE FILED. SERVED AS NAMED AS TO (SHILOH, PATRICIA ANN) .

07/17/2012 PROOF OF SERVICE OF PLAINTIFF'S CLAIM AS TO (SHILOH, SR., KENNARD JOE) AKA (KERN YOUTH SERVICES) FILED BY THE SHERIFF'S DEPARTMENT. MATTER SET FOR HEARING ON 08/27/12 AT 01:30P M, IN DEPARTMENT F43 . SERVICE COSTS: $ 35.00 .

07/02/2012 PLAINTIFF'S CLAIM AND ORDER TO DEFENDANT FILED. RN FEE WAIVER. HEARING SET FOR 08/27/12 AT 01:30 PM IN DPT. F43.

07/02/2012 REQUEST TO WAIVE COURT FEES FILED BY (SHILOH, JR., KENNY J) .

07/02/2012 ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (SHILOH, JR., KENNY J) .

NEW SEARCH

Art Showcased In
Los Angeles Courthouse Jury Rooms

"Essentials" by Rachel Perez
2013 – 3rd Place Amateur

Copyright 2014 Superior Court of California, County of Los Angeles

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

Search

Home | Online Services (Pay Fines, Search Records...) | Forms & Filings (Forms, Filing Fees...) | Self-Help (Self-Rep, Info, FAQs...) | Divisions (Civil, Criminal, Family...) | Jury (Jury Duty Portal, Q&A...) | General Info (Courthouses, ADA, Local Rules...)

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

Case Number: GQ009196
KENNY SHILOH VS. KENNARD SHILOH SR.

Filing Courthouse: Pasadena Courthouse

Filing Date: 12/03/2012
Case Type: DV Prevention w/o Minor Children (General Jurisdiction)
Status: Statistical Disposition 01/14/2013

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

SHILOH KENNARD SR - Respondent

SHILOH KENNY - Petitioner

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)
01/14/2013 Minute Order

12/24/2012 Order (Reissue TRO - Filed and Entered on 2012-12-24 )

12/03/2012 Petition - DV Prevention w/o Minor Child (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

12/03/2012 Temporary Restraining Order (Form 110) (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

12/03/2012 Notice - Hearing (- On Behalf of: Petitioner: Shiloh, Kenny - Denied on 2012-12-24 )
Filed by Petitioner

## PROCEEDINGS HELD

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Proceedings Held** (Proceeding dates listed in descending order)

01/14/2013 at 8:30 AM in Pasadena Dept. - J, Lu, Elaine, Presiding
Restraining Order Hearing - Dismissed - TRO-Lack of Prosecution

12/24/2012 at 8:30 AM in Pasadena Dept. - J, Lu, Elaine, Presiding
Restraining Order Hearing - Not Held - Continued by Petitioner

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Register of Actions** (Listed in descending order)

01/14/2013 at 8:30 AM in Pasadena Dept. - J, Lu, Elaine, Presiding
Restraining Order Hearing - Dismissed - TRO-Lack of Prosecution

01/14/2013 Minute Order

12/24/2012 at 8:30 AM in Pasadena Dept. - J, Lu, Elaine, Presiding
Restraining Order Hearing - Not Held - Continued by Petitioner

12/24/2012 Order (Reissue TRO - Filed and Entered on 2012-12-24 )

12/03/2012 Notice - Hearing (- On Behalf of: Petitioner: Shiloh, Kenny - Denied on 2012-12-24 )
Filed by Petitioner

12/03/2012 Petition - DV Prevention w/o Minor Child (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

12/03/2012 Temporary Restraining Order (Form 110) (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

NEW SEARCH

Art Showcased in
Los Angeles Courthouse Jury Rooms

"Fishing" by David Sanchez
2013 - Teen 1st Place

Copyright 2014 Superior Court of California, County of Los Angeles



Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

THE SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES

Home | Online Services Pay Fines, Search Records... | Forms & Filings Forms, Filing Fees... | Self-Help Self-Rep, Info, FAQs... | Divisions Civil, Criminal, Family... | Jury Jury Duty Portal, Q&A... | General Info Courthouses, ADA, Local Rules...

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Case Number: GQ009197**
**KENNY SHILOH VS. PATRICIA ANN SHILOH**

**Filing Courthouse: Pasadena Courthouse**

**Filing Date: 12/03/2012**
**Case Type: DV Prevention w/o Minor Children (General Jurisdiction)**
**Status: Statistical Disposition 01/14/2013**

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

SHILOH KENNY - Petitioner

SHILOH PATRICIA ANN - Respondent

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)
01/14/2013 Minute Order

12/24/2012 Order (Reissue TRO - Filed and Entered on 2012-12-24 )

12/03/2012 Notice - Hearing (- On Behalf of: Petitioner: Shiloh, Kenny - Denied on 2012-12-24 )
Filed by Petitioner

12/03/2012 Temporary Restraining Order (Form 110) (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

12/03/2012 Petition - DV Prevention w/o Minor Child (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

## PROCEEDINGS HELD

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Proceedings Held** (Proceeding dates listed in descending order)

01/14/2013 at 8:30 AM in Pasadena Dept. - J, Lu, Elaine, Presiding
Restraining Order Hearing - Dismissed - TRO-Lack of Prosecution

12/24/2012 at 8:30 AM in Pasadena Dept. - J, Lu, Elaine, Presiding
Restraining Order Hearing - Not Held - Continued - Court's Own Motion

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Register of Actions** (Listed in descending order)

01/14/2013 at 8:30 AM in Pasadena Dept. - J, Lu, Elaine, Presiding
Restraining Order Hearing - Dismissed - TRO-Lack of Prosecution

01/14/2013 Minute Order

12/24/2012 at 8:30 AM in Pasadena Dept. - J, Lu, Elaine, Presiding
Restraining Order Hearing - Not Held - Continued - Court's Own Motion

12/24/2012 Order (Reissue TRO - Filed and Entered on 2012-12-24 )

12/03/2012 Notice - Hearing (- On Behalf of: Petitioner: Shiloh, Kenny - Denied on 2012-12-24 )
Filed by Petitioner

12/03/2012 Petition - DV Prevention w/o Minor Child (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

12/03/2012 Temporary Restraining Order (Form 110) (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

NEW SEARCH

Art Showcased in
Los Angeles Courthouse Jury Rooms

"Essentials" by Rachel Perez
2013 - 3rd Place Amateur

Copyright 2014 Superior Court of California, County of Los Angeles



Case Summary - Online Services - LA Court Case 1:20-cv-01438-DAD-JLT Document 1 Filed 10/08/20 Page 137 of 182 http://www.lacourt.org/casesummary/ui/casesummary.aspx?casetype=...

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home | Online Services Pay Fines, Search Records... | Forms & Filings Forms, Filing Fees... | Self-Help Self-Rep, Info, FAQs... | Divisions Civil, Criminal, Family... | Jury Jury Duty Portal, Q&A... | General Info Courthouses, ADA, Local Rules...

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Case Number: GQ009206**
**KENNY SHILOH VS. KEVIN LMAR SHILOH**

**Filing Courthouse: Pasadena Courthouse**

**Filing Date: 12/04/2012**
**Case Type: DV Prevention w/o Minor Children (General Jurisdiction)**
**Status: Statistical Disposition 12/27/2012**

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

SHILOH KENNY - Petitioner

SHILOH KEVIN LAMAR - Respondent

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)
12/27/2012 Minute Order

12/04/2012 Notice - Hearing (- On Behalf of: Petitioner: Shiloh, Kenny - Denied on 2012-12-27 )
Filed by Petitioner

12/04/2012 Petition - DV Prevention w/o Minor Child (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

12/04/2012 Temporary Restraining Order (Form 110) (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

## PROCEEDINGS HELD

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Proceedings Held** (Proceeding dates listed in descending order)

12/27/2012 at 8:30 AM in Pasadena Dept. - G, Seaver, R. Carlton, Presiding
Restraining Order Hearing - Dismissed - TRO-Lack of Prosecution

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Register of Actions** (Listed in descending order)

12/27/2012 at 8:30 AM in Pasadena Dept. - G, Seaver, R. Carlton, Presiding
Restraining Order Hearing - Dismissed - TRO-Lack of Prosecution

12/27/2012 Minute Order

12/04/2012 Temporary Restraining Order (Form 110) (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

12/04/2012 Notice - Hearing (- On Behalf of: Petitioner: Shiloh, Kenny - Denied on 2012-12-27 )
Filed by Petitioner

12/04/2012 Petition - DV Prevention w/o Minor Child (- On Behalf of: Petitioner: Shiloh, Kenny )
Filed by Petitioner

NEW SEARCH

Art Showcased in
Los Angeles Courthouse Jury Rooms

"Floating Ladies" by Nancy Artis
2006 – 2nd Place Professional

Copyright 2014 Superior Court of California, County of Los Angeles



Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home Online Services Pay Fines, Search Records... | Forms & Filings Forms, Filing Fees... | Self-Help Self-Rep, Info, FAQs... | Divisions Civil, Criminal, Family... | Jury Jury Duty Portal, Q&A... | General Info Courthouses, ADA, Local Rules...

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

Case Number: GS014677
MATTER OF KENNY SHILOH

Filing Courthouse: Pasadena Courthouse

Filing Date: 12/12/2012
Case Type: Civil Petition - Change of Name (General Jurisdiction)
Status: Dism Lack of Prosecution-Petn o/c 01/31/2013

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

SHILOH KENNY - Petitioner in Pro Per

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)

12/12/2012 Petition
Filed by Petitioner in Pro Per

12/12/2012 Order-Court Fee Waiver
Filed by Petitioner in Pro Per

12/12/2012 Request-Waive Court Fees
Filed by Petitioner in Pro Per

12/12/2012 Order to Show Cause Re:Change Name

Filed by Petitioner in Pro Per

## PROCEEDINGS HELD

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Proceedings Held** (Proceeding dates listed in descending order)

07/07/2016 at 08:30 am in Department 1, Kevin C. Brazile, Presiding
OSC-RE Other (Miscellaneous) - Completed

01/31/2013 at 08:30 am in Department A, MARY THORNTON HOUSE, Presiding
OSC re Change of Name - Off Calendar

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Register of Actions** (Listed in descending order)

07/07/2016 at 08:30 am in Department 1, Kevin C. Brazile, Presiding
OSC-RE Other (Miscellaneous) - Completed

01/31/2013 at 08:30 am in Department A, MARY THORNTON HOUSE, Presiding
OSC re Change of Name - Off Calendar

12/12/2012 Request-Waive Court Fees
Filed by Petitioner in Pro Per

12/12/2012 Order to Show Cause Re:Change Name
Filed by Petitioner in Pro Per

12/12/2012 Order-Court Fee Waiver
Filed by Petitioner in Pro Per

12/12/2012 Petition
Filed by Petitioner in Pro Per

NEW SEARCH

Art Showcased in
Los Angeles Courthouse Jury Rooms

"New York" by Samantha Wei
2008 Honorable Mention

Copyright 2014 Superior Court of California, County of Los Angeles



## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

**Case Number:** 12V07350
SHILOH, KENNY J VS CALIFORNIA DEPARTMENT OF VOCAT

**Filing Courthouse:** Van Nuys Courthouse East

**Filing Date:** 12/26/2012
**Case Type:** Small Claims (Limited Jurisdiction)
**Status:** Legacy Dismissal

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

### Parties

Plaintiff: SHILOH KENNY J

Defendant: CALIFORNIA DEPARTMENT OF VOCATIONAL REHAB

Defendant: BERRY NANCY

Defendant: CHENG WUN-CHEN

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information

**04/02/2014** CASE FILE ORDERED DESTROYED PER SECTION(S) 71008 AND/OR 68152 OF THE GOVERNMENT CODE.

**02/19/2013** CAUSE CALLED AT 08:30A M, IN DEPT. NWZ , HON. MINA D. FRIED, COMR. PRESIDING FOR SMALL CLAIMS HEARING. NO APPEARANCE BY OR FOR EITHER PARTY. THE COURT ORDERS CASE DISMISSED WITHOUT PREJUDICE.

**12/26/2012** PLAINTIFF'S CLAIM AND ORDER TO DEFENDANT FILED. RN FEE WAIVER. HEARING SET FOR 02/19/13 AT 08:30 AM IN DPT. NWZ.

**12/26/2012** REQUEST TO WAIVE COURT FEES FILED BY (SHILOH, KENNY J) .

**12/26/2012** ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (SHILOH, KENNY J) .

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Case Number:** LC099459
KENNY J SHILOH VS. STATE OF CALIFORNIA DEPARTMENT REHABILITA

**Filing Courthouse:** Van Nuys Courthouse East

**Filing Date:** 01/10/2013
**Case Type:** Civil Rights (General Jurisdiction)
**Status:** Dismissed-Lack Pros-CCP581a-583 03/19/2014

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

ADIDA DAVID - Attorney-Defendant

BERRY NANCY - Defendant

CHANG WUN-CHEN - Defendant

SHILOH KENNY J - Plaintiff in Pro Per

STATE OF CALIFORNIA DEPARTMENT REHABILITA - Defendant

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)
**02/19/2015** Ntc to Prty re fee Clk's Transcpt
Filed by CLERK (PP)

**02/03/2015** Clarification RE Clerks Trscpt
Filed by Plaintiff

**12/16/2014** Notice of Designation of Record
Filed by Appellant, Appellant in Pro Per

**12/15/2014** Order-Court Fee Waiver
Filed by Clerk

**12/15/2014** Ntc to Atty re Notice of Appeal

Filed by CLERK (PP)

**12/12/2014** Request-Waive Court Fees
Filed by Appellant, Appellant in Pro Per

**12/12/2014** Notice of Appeal
Filed by Appellant, Appellant in Pro Per

**01/27/2014** Statement-Case Management
Filed by Plaintiff in Pro Per

**10/02/2013** Proof of Service
Filed by Plaintiff & Plaintiff in Pro Per

**09/30/2013** Proof of Service (COPIES OF THE CIVIL SUBPOENA DUCES TECUM AND DECLARATION )
Filed by Plaintiff in Pro Per

**09/12/2013** Request (FOR HEARING CONTINUANCE )
Filed by Plaintiff & Plaintiff in Pro Per

**09/03/2013** Opposition (TO DEMURRER )
Filed by Plaintiff in Pro Per

**08/29/2013** Notice (OF CHANGE OF HEARING DATE OF DEFENDNTS' DEMURRER AND DEMURRER TO
PLAINTIFF'S AMENDED COMPLAINT )
Filed by Attorney-Defendant

**08/22/2013** Demurrer
Filed by Attorney-Defendant

**08/22/2013** Summons-Amended
Filed by Plaintiff in Pro Per

**08/22/2013** Complaint-Amended
Filed by Plaintiff in Pro Per

**05/13/2013** Opposition (to demurrer/motion for extended filing victims compensation and Government claims
complaint pursuant to California Civil Code 911.6 amended complaint )
Filed by Plaintiff in Pro Per

**05/01/2013** Demurrer (TO PLAINTIFF'S COMPLAINT )
Filed by Attorney-Defendant

**04/12/2013** Miscellaneous (NO ENVELOPE FOR RETURN - REJECTION PLACED IN FILE )
Filed by Clerk

**04/12/2013** Request-Enter Default (SEE 4/11/13 REJECTION - SAME ISSUE AS PREVIOUS SUBMISSION )
Filed by Attorney-Plaintiff

**04/12/2013** Statement-Damages (DEFECTIVE STATEMENT OF DAMAGES AS OUTLINED IN 4/11/13 ENTRY )
Filed by Plaintiff in Pro Per

**04/12/2013** Notice-Rejection of Judgm Package (SEE 4/11/13 REJECTION - SAME ISSUE AS PREVIOUS
SUBMISSION )
Filed by Plaintiff in Pro Per

**04/11/2013** Notice-Rejection of Judgm Package (COURT JUDGMENT REJECTED - NO DEFAULT, NO
SUPPORTING DOCUMENTS. )
Filed by Plaintiff in Pro Per

**04/11/2013** Statement-Damages (UNKNOWN AS TO WHO IT IS AS PLAINTIFF DID NOT COMPLETE FORM

SERVICE: UNKNOWN: DID BY MAILING WITHOUT ANY CERTIFIED MAIL RECEIPT )
Filed by Plaintiff in Pro Per

**04/11/2013** Request-Enter Default (DEFAULT REJECTED - 1) NO PROOFS OF SERVICE FOR TWO
DEFENDANTS; 2) 6B NO ADDRESSES TWO DEFENDANTS; 3) DEFECTIVE STATEMENT OF DAMAGES; 4)
DEFAULT CAN ONLY BE DONE AT LEAST THIRTY DAYS AFTER SERV. STAT. DAM.)
Filed by Plaintiff in Pro Per

**04/09/2013** Notice-Rejection of Judgm Package (COURT JUDGMENT REJECTED - NO DEFAULT, NO
SUPPORTING DOCUMENTATION (ONLY SUBMITTED CIV-100 FORM) )
Filed by Plaintiff in Pro Per

**04/09/2013** Request-Enter Default (DEFAULT REJECTED - AS TO UNKNOWN - 1C INCOMPLETE; NOT DATED
ANYWHERE; 1A INCORRECT; 6B INCOMPLETE; NO COPIES/METHOD OF RETURN )
Filed by Plaintiff in Pro Per

**04/03/2013** Proof of Service (cross complaint by personal service on 3/8/13 )
Filed by Plaintiff in Pro Per

**03/06/2013** Amendment to Complaint (Incorrect Name: California Department of Vocational Rehab True Name:
State of California Department Rehabilitation )
Filed by Attorney-Plaintiff

**01/10/2013** Notice-Case Management Conference

**01/10/2013** Summons Filed
Filed by Plaintiff in Pro Per

**01/10/2013** Request-Waive Court Fees
Filed by Plaintiff in Pro Per

**01/10/2013** Order-Court Fee Waiver
Filed by Court

**01/10/2013** Complaint

## PROCEEDINGS HELD

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Proceedings Held** (Proceeding dates listed in descending order)

**07/07/2016** at 08:30 am in Department 1, Kevin C. Brazile, Presiding
OSC-RE Other (Miscellaneous) - **Completed**

**03/19/2014** at 08:30 am in Department NWT, FRANK J. JOHNSON, Presiding
OSC-Dismissal (OSC RE DISMISSAL FOR FAILURE TOPROSECUTE/FAILURE TO APPEAR) - **Dismissal-Court**

**02/18/2014** at 08:30 am in Department NWT, FRANK J. JOHNSON, Presiding
Conference-Case Management (CASE MANAGEMENT CONFERNECE) - **OSC-Set**

**11/08/2013** at 08:30 am in Department NWT, Maria E. Stratton, Presiding
Ruling-on Submitted Matter - **Order-Court**

**11/06/2013** at 08:30 am in Department NWT, Maria E. Stratton, Presiding
Hearing-Demurrer (DEFENDANTS DEMURRER TO PLAINTIFFSAMENDED COMPLAINT) - **Submitted**

**09/30/2013** at 08:30 am in Department NWT, Maria E. Stratton, Presiding
Conference-Case Management (CASE MANAGEMENT CONFERENCEcont. 1x) - **Held-Continued**

**09/12/2013** Request (FOR HEARING CONTINUANCE )
Filed by Plaintiff & Plaintiff in Pro Per

**09/03/2013** Opposition (TO DEMURRER )
Filed by Plaintiff in Pro Per

**08/29/2013** Notice (OF CHANGE OF HEARING DATE OF DEFENDNTS' DEMURRER AND DEMURRER TO
PLAINTIFF'S AMENDED COMPLAINT )
Filed by Attorney-Defendant

**08/22/2013** Demurrer
Filed by Attorney-Defendant

**08/22/2013** Summons-Amended
Filed by Plaintiff in Pro Per

**08/22/2013** Complaint-Amended
Filed by Plaintiff in Pro Per

**05/28/2013** at 08:30 am in Department NWT, Maria E. Stratton, Presiding
Hearing-Demurrer (to complaint2. CMC) - **Demurrer-Sustained with leave**

**05/13/2013** Opposition (to demurrer/motion for extended filing victims compensation and Government claims
complaint pursuant to California Civil Code 911.6 amended complaint )
Filed by Plaintiff in Pro Per

**05/01/2013** Demurrer (TO PLAINTIFF'S COMPLAINT )
Filed by Attorney-Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/12/2013

**04/12/2013** Notice-Rejection of Judgm Package (SEE 4/11/13 REJECTION - SAME ISSUE AS PREVIOUS
SUBMISSION )
Filed by Plaintiff in Pro Per

**04/12/2013** Request-Enter Default (SEE 4/11/13 REJECTION - SAME ISSUE AS PREVIOUS SUBMISSION )
Filed by Attorney-Plaintiff

**04/12/2013** Statement-Damages (DEFECTIVE STATEMENT OF DAMAGES AS OUTLINED IN 4/11/13 ENTRY )
Filed by Plaintiff in Pro Per

**04/12/2013** Miscellaneous (NO ENVELOPE FOR RETURN - REJECTION PLACED IN FILE )
Filed by Clerk

**04/11/2013** Notice-Rejection of Judgm Package (COURT JUDGMENT REJECTED - NO DEFAULT, NO
SUPPORTING DOCUMENTS. )
Filed by Plaintiff in Pro Per

**04/11/2013** Request-Enter Default (DEFAULT REJECTED - 1) NO PROOFS OF SERVICE FOR TWO
DEFENDANTS; 2) 6B NO ADDRESSES TWO DEFENDANTS; 3) DEFECTIVE STATEMENT OF DAMAGES; 4)
DEFAULT CAN ONLY BE DONE AT LEAST THIRTY DAYS AFTER SERV. STAT. DAM.)
Filed by Plaintiff in Pro Per

**04/11/2013** Statement-Damages (UNKNOWN AS TO WHO IT IS AS PLAINTIFF DID NOT COMPLETE FORM
SERVICE: UNKNOWN: DID BY MAILING WITHOUT ANY CERTIFIED MAIL RECEIPT )
Filed by Plaintiff in Pro Per

**04/09/2013** Request-Enter Default (DEFAULT REJECTED - AS TO UNKNOWN - 1C INCOMPLETE; NOT DATED
ANYWHERE; 1A INCORRECT; 6B INCOMPLETE; NO COPIES/METHOD OF RETURN )

Filed by Plaintiff in Pro Per

**04/09/2013** Notice-Rejection of Judgm Package (COURT JUDGMENT REJECTED - NO DEFAULT, NO
SUPPORTING DOCUMENTATION (ONLY SUBMITTED CIV-100 FORM) )
Filed by Plaintiff in Pro Per

**04/03/2013** Proof of Service (cross complaint by personal service on 3/8/13 )
Filed by Plaintiff in Pro Per

**03/06/2013** Amendment to Complaint (Incorrect Name: California Department of Vocational Rehab True Name:
State of California Department Rehabilitation )
Filed by Attorney-Plaintiff

**01/10/2013** Request-Waive Court Fees
Filed by Plaintiff in Pro Per

**01/10/2013** Complaint

**01/10/2013** Order-Court Fee Waiver
Filed by Court

**01/10/2013** Notice-Case Management Conference

**01/10/2013** Summons Filed
Filed by Plaintiff in Pro Per

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   04/12/2013

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Case Number:** BC499309
KENNY J SHILOH VS ENTERPRISE RENT A CAR CO OF LA LLC

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 01/17/2013
**Case Type:** Other Contract (General Jurisdiction)
**Status:** Dismissed - Other 07/08/2013

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

ENTERPRISE RENT A CAR CO OF LA LLC - Defendant/Respondent

SHILOH KENNY J - Plaintiff & Plaintiff In Pro Per

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)
**01/18/2017** Paper file imaged and destroyed
Filed by Clerk

**07/08/2013** Request for Dismissal (WITH PREJUDICE, COMPLAINT, ENTIRE ACTION; )
Filed by Attorney for Pltf/Petnr

**06/24/2013** Notice-Case Management Conference
Filed by Clerk

**05/09/2013** Request for Certified Copy
Filed by Plaintiff/Petitioner

**05/09/2013** Miscellaneous-Other (DECLARATORY RELIEF INJUNCTIVE RELIEF NEGLIGENCE HARASSMENT EMOTIONAL DISTRESS )
Filed by Plaintiff & Plaintiff In Pro Per

**05/08/2013** Miscellaneous-Other (DECLARATORY RELIEF INJUNCTIVE RELIEF NEGLIGENCE HARASSMENT EMOTIONAL DISTRESS )

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Case Number:** GC050907
KENNY J SHILOH VS. IQ DATA INTERNATIONAL, INC.

**Filing Courthouse:** Pasadena Courthouse

**Filing Date:** 02/05/2013
**Case Type:** Fraud (no contract) (General Jurisdiction)
**Status:** Dismissed - Other 07/29/2013

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

CARLSON & MESSNER LLP - Attorney for Defendant

IQ DATA INTERNATIONAL INC. - Defendant

KENNY J. SHILOH - Plaintiff, & Plaintiff in Pro Per

SHILOH KENNY J - Plaintiff

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)
**03/09/2016** Paper file destroyed
Filed by Court

**07/29/2013** Request for Dismissal (WITH PREJUDICE )
Filed by Plaintiff & Plaintiff in Pro Per

**07/19/2013** Notice of Case Reassignment & Ord
Filed by Clerk

**04/23/2013** Miscellaneous-Other (LETTER OF TRANSMITTAL-REMAND TO SUPERIOR COURT FILED. )
Filed by Court

**04/22/2013** Answer to Complaint Filed
Filed by Attorney for Defendant

**04/03/2013** Request for Entry of Default (form is incomplete/case removed to Federal court )

Case Summary - Online Services - LA Court http://www.lacourt.org/casesummary/ui/casesummary.aspx?casetype=..

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home | Online Services Pay Fines, Search Records... | Forms & Filings Forms, Filing Fees... | Self-Help Self-Rep, Info, FAQs... | Divisions Civil, Criminal, Family... | Jury Jury Duty Portal, Q&A... | General Info Courthouses, ADA, Local Rules...

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

Case Number: GC051044
KENNY SHILOH VS. PRIME CREDIT SOLUTIONS, LLC

Filing Courthouse: Pasadena Courthouse

Filing Date: 03/05/2013
Case Type: Civil Petition - Other (General Jurisdiction)
Status: Pending

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

PRIME CREDIT SOLUTIONS LLC - Defendant

SHILOH KENNY - Plaintiff

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)
04/24/2013 Notice of Case Reassignment & Ord
Filed by Clerk

03/05/2013 Complaint Filed

## PROCEEDINGS HELD

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Proceedings Held** (Proceeding dates listed in descending order)

Case Summary - Online Services - LA Court http://www.lacourt.org/casesummary/ui/casesummary.aspx?casetype=..

None

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Register of Actions** (Listed in descending order)

04/24/2013 Notice of Case Reassignment & Ord
Filed by Clerk

03/05/2013 Complaint Filed

NEW SEARCH

Art Showcased in
Los Angeles Courthouse Jury Rooms

"Little Red Ball" by Pebbia Wallace
2009 - Juror's Choice Award

Privacy Statement | Disclaimer | Employment | ADA | Holidays | Comment on our Website

Copyright 2014 Superior Court of California, County of Los Angeles



Case Summary - Online Services - LA Court http://www.lacourt.org/casesummary/ui/casesummary.aspx?casetype=..

Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home Online Services Pay Fines, Search Records... | Forms & Filings Forms, Filing Fees... | Self-Help Self-Rep. Info, FAQs... | Divisions Civil, Criminal, Family... | Jury Jury Duty Portal, Q&A... | General Info Courthouses, ADA, Local Rules...

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

Case Number: 13G05350
VALUE RENTAL CAR, INC. VS SHILOH, KENNARD J.

Filing Courthouse: Alhambra Courthouse

Filing Date: 09/19/2013
Case Type: Small Claims (Limited Jurisdiction)
Status: CASE TRANSFERRED

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information

**Parties**
Plaintiff: VALUE RENTAL CAR INC.

Defendant: SHILOH KENNARD J.

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information

08/26/2015 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM SE2 TO CYNTHIS JACKSON FOR REVIEW .

08/25/2015 CASE FILE FORWARDED TO DEPARTMENT SE2 RE: REVIEW OF FILE .

08/12/2015 NOTICE/LETTER RE: REJECTION NOTICE RETURNED AS TO (SHILOH, KENNARD J.) DUE TO UNKNOWN .

07/29/2015 REJECT SHEET SENT TO (SHILOH, KENNARD J.) FOR REJECTION OF NOTICE OF MOTION TO VACATE: OUR RECORDS INDICATE THAT A MOTION TO VACATE WAS HEARD ON 7/16/2015. THE COURT ORDERED THE MOTION DENIED. IF YOU NEED FURTHER ASSISTANCE YOU MAY CONTACT THE SMALL CLAIMS ADVISOR SUBMITTED ON 07/27/15

07/17/2015 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

1 of 4 2/20/2018 5:59 PM

07/17/2015 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM .

07/16/2015 CAUSE CALLED AT 01:30P M, IN DEPT. SE2 , HON. LILLIAN VEGA JACOBS PRESIDING FOR HEARING RE: MOTION TO VACATE JUDGMENT. MOTION IS DENIED. JUDGMENT TO STAND. YOU HAVE 10 DAYS FROM THE DATE THE NOTICE WAS MAILED TO FILE AN APPEAL RE: THE DENIAL TO THE MOTION TO VACATE JUDGMENT.

06/12/2015 NOTICE/LETTER RE: NOTICE OF TRIAL/HEARING RETURNED AS TO (SHILOH, KENNARD J.) DUE TO RETURN TO SENDER UNDELIVERABLE AS ADDRESSED .

05/28/2015 DOCUMENTS ON TRANSFER CASE RECEIVED AND FILED FROM THE ALHAMBRA COURTHOUSE. BEARING CASE # 13G05350 . RECEIPT FOR RECORD OF TRANSFER FILED. NEW CASE # ASSIGNED 13G05350 .

05/28/2015 NOTICE OF HEARING FILED AND MAILED TO RESPECTIVE PARTIES/COUNSEL. MATTER SET FOR HEARING ON 07/16/15 AT 01:30P M, IN DEPT. 002 . CLERK'S CERTIFICATE OF SERVICE FILED.

05/21/2015 NOTICE OF TRANSFER FILED AND MAILED TO RESPECTIVE PARTIES/ COUNSEL. CLERK'S CERTIFICATE OF SERVICE FILED.

05/21/2015 PLAINTIFFS CLAIM AND ORDER PROOF OF SERVICE CERTIFIED COPY OF REGISTER OF ACTIONS ORDER ON FEE WAIVER ORDER ON FEE WAIVER DEFENDANTS CLAIM NOTICE IF CHANGE OF ADDRESS FILED BY KENNARD SHILOH MINTUE ORDER DATED 12/02/13 AUTHORIZATION TO APPEAR AMENDED DEFENDANTS CLAIM PROOF OF SERVICE RE: DEFENDANTS CLIAM PROOF OF SERVIVE RE: CIVIL SUBPOENA DUCES TECUM MINUTE ORDER DATED 01/10/14 NOTICE OF CHANGE OF ADDRESS FILED BY KENNARD SHILOH RETURNED MAIL

05/21/2015 NOTICE OF CHANGE OF ADDRESS FILED BY KENNARD SHILOH NOTICE OF SMALL CLAIMS APPEAL TRIAL DE NOVO CLERKS CERTIFICATE OF MAILING DEMURRER/MOTION TO DISMISS MINUTES FROM APPEAL HEARING DATED 04/29/14 JUDGMENT AFTER TRIAL DE NOVO ON APPEAL CLERKS CERTIFICATE OF MAILING CLERKS CERTIFICATE OF MAILING ABSTRACT OF JUDGMENT/WRIT OF EXECUTION RETURNED MAIL REJECT SHEET DATED 10/07/14 WRIT OF EXECUTION ISSUED 10/15/14 ORDER ON COURT FEE WAIVER NOTICE OF MOTION TO VACATE JUDGMENT CLERKS CERTIFICATE OF MAILING LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT DATE 4/1/15

05/21/2015 ***************CONTINUED LIST OF DOCUMENTS******************** LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT DATE 1/1/15 CERTIFIED COPY OF CIVIL DOCKET FROM FEDERAL COURT ORDER SUMMARILY REMANDING ACTION TO STATE COURT MINUTE ORDER DATED 05/05/15 ORDER FOR PETITION FOR WRIT OF MANDATE ORDER FOR PETITION FOR WRIT OF MANDATE EXPEDITED REVIEW REQUESTED OCNFIDENTIAL ENVELOPE CONTAING JUDGE`S NOTES COPY OF EXPEDITED REVIEW REQUESTED CONFIDENTIAL ENVELOPE CONTAINING A COPY OF ABSTRACT CONFIDENTIAL ENVELOPE CONTAINING REQUEST TO WAIVE COURT FEES EXHIBITS IN RESPONSE TO SMALL CLAIMS SUBPOENA

05/21/2015 PURSUANT TO ORDER FOR TRANSFER AND FEES HAVING BEEN PAID OR NO FEES REQUIRED. ENTIRE FILE FORWARDED TO THE DOWNEY COURT VIA COUNTY MESSENGER .

05/07/2015 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

05/06/2015 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM .

05/05/2015 CAUSE CALLED AT 01:30P M, IN DEPT. 001 , HON. CATHRYN F. BROUGHAM, JUDGE PRESIDING FOR HEARING RE: MOTION TO VACATE (CANCEL) JUDGMENT. CAUSE CALLED FOR DEPARTMENT 2. NO APPEARANCE BY OR FOR EITHER PARTY. THE MATTER IS PLACED OFF CALENDAR AND THE MATTER TRANSFERRED FORTHWITH TO DOWNEY SUPERIOR COURT AT 7500 E. IMPERIAL HWY., DOWNEY, CA 90242.

05/05/2015 .CONTINUATION. COMMISSIONER BRUCE E. MITCHELL HEARD ORIGINAL JUDGMENT ON FEBRUARY 11, 2014 AND JUDGE DOUGLAS W. STERN HEARD TRIAL DE NOVO HEARING ON APRIL 29, 2014. .. THE DOWNEY SMALL CLAIMS CLERK IS TO NOTIFY ALL PARTIES OF THE NEW HEARING DATE RE: MOTION TO VACATE (CANCEL) JUDGMENT.

04/23/2015 CASE FILE FORWARDED TO DEPT 1 FOR REVIEW BY JUDGE BROUGHAM.

04/03/2015 ORDER SUMMARILY REMANDING ACTION TO STATE COURT: IT IS ORDERED THAT THIS MATTER BE REMANDED TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ALHAMBRA COURTHOUSE 150 WEST COMMONWEALTH AVE, ALHAMBRA CA 91801 FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO 28 USC 1447(C);(2) THAT THE CLERK SEND A CERTIFIED COPY OF THIS ORDER TO THE STATE COURT & (3) THAT THE CLERK SERVE COPIES OF THIS ORDER ON THE PARTIES. DATED MARCH 31, 2015 SIGNED BY JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

03/04/2015 RECEIVED THE SUM OF $ 3.00 FOR PHOTOCOPIES. RECEIPT # ALH462394066 .

02/13/2015 CLERK'S CERTIFICATE OF SERVICE BY MAIL FILED MOTION TO VACATE JUDGMENT .

02/06/2015 CLERK`S CERTIFICATE OF SERVICE COMPLETED BY HAND DELIVERING A COPY OF THE ORDER ON COURT FEE WAIVER TO THE APPLICANT.

02/06/2015 NOTICE OF MOTION TO VACATE JUDGMENT AND DECLARATION FILED BY (SHILOH, KENNARD J.) . MATTER SET FOR HEARING ON 05/05/15 AT 01:30P M, IN DEPT. NE2 . CLERK'S CERTIFICATE OF SERVICE MAILED/GIVEN TO ALL PARTIES. RECEIPT # FEE WAIVER

02/06/2015 REQUEST TO WAIVE COURT FEES FILED BY (SHILOH, KENNARD J.) .

02/06/2015 ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (SHILOH, KENNARD J.) .

01/13/2015 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM .

01/07/2015 CASE FILE FORWARDED TO DEPT. NE2 FOR CONSIDERATION RE: CORRESPONDENCE RECEIVED FROM DEFENDENT .

10/15/2014 WRIT OF EXECUTION ISSUED TO LOS ANGELES COUNTY. (MAIL) . RECEIPT # ALH462394063 .

10/14/2014 ABSTRACT OF JUDGMENT ISSUED. RECEIPT # ALH462394062 .

10/07/2014 REJECT SHEET SENT TO (VALUE RENTAL CAR, INC.) FOR REJECTION OF ABSTRACT OF JUDGMENT AND WRIT OF EXECUTION: THERE IS A $25.00 FEE FOR EACH DOCUMENT ONLY 1 CHECK FOR $25.00 WAS SUBMITTED. SUBMITTED ON 10/01/14

06/09/2014 NOTICE/LETTER RE: TRIAL DE NOVO RETURNED AS TO (SHILOH, KENNARD J.) DUE TO NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD .

05/20/2014 NOTICE OF ENTRY OF JUDGMENT AFTER TRIAL DE NOVO ON APPEAL MAILED TO RESPECTIVE PARTIES/COUNSEL. CLERK'S

CERTIFICATE OF SERVICE FILED.

04/29/2014 CAUSE CALLED AT 04:14P M, IN DEPT. NE2 . HON. DOUGLAS W. STERN, JUDGE PRESIDING FOR HEARING RE: SMALL CLAIMS APPEAL TRIAL DE NOVO. APPELLANT APPEARING. RESPONDENT BY MARYAM JAILANI APPEARING. THE PARTIES ARE BOTH SWORN AND TESTIFY. COURT TAKES MATTER UNDER SUBMISSION.

04/29/2014 AFTER SUBMISSION, THE COURT ORDERS JUDGMENT ENTERED AS A FINAL DISPOSITION ON APPEAL TRIAL DE NOVO ON 04/29/14 . FOR (VALUE RENTAL CAR, INC.) . AGAINST (SHILOH, KENNARD J.) . PRINCIPAL 2881.86 , COSTS $ 85.00 ATTORNEY FEES $ 0.00 , AND SUPERIOR COURT COSTS $ 0.00 . TOTAL $ 2966.86 . THIS JUDGMENT IS ON THE PLAINTIFF'S CLAIM.

04/29/2014 JUDGMENT ENTERED AS A FINAL DISPOSITION AFTER APPEAL AND TRIAL DE NOVO ON 04/29/14 . THE COURT ORDERS THAT THE DEFENDANT(S) SHALL HAVE AND RECOVER NOTHING ON THE DEFENDANT'S CLAIM. THE PLAINTIFF(S) SHALL HAVE JUDGMENT FOR COSTS IN THE SUPERIOR COURT IN THE SUM OF $ 0.00 .

04/16/2014 REQUEST FOR COURT ORDER AND ANSWER RE: I ASK THE COURT TO DISMISS PLAINTIFF`S CLAIM. THEY GOT THEIR PROPERTY RETURNED. THEY MADE NEW CLAIMS ON THE DAY OF HEARIN FILED BY (SHILOH, KENNARD J.) .

04/02/2014 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED. NOTICE OF CONTINUANCE OF TRIAL DE NOVO

04/01/2014 CASE FILE RETURNED TO SMALL CLAIMS OFFICE FROM COURTROOM .

03/27/2014 MATTER CONTINUED FOR SMALL CLAIMS APPEAL TRIAL DE NOVO TO 04/29/14 AT 01:30P M, IN DEPT. NE2 .

02/19/2014 NOTICE OF APPEAL FILED BY (SHILOH, KENNARD J.) . RECEIPT # WAIVED . MATTER SET FOR HEARING RE: SMALL CLAIMS APPEAL TRIAL DE NOVO ON 03/27/14 AT 01:30P M, IN DEPT. NE2 OF THE ALHAMBRA COURTHOUSE . CLERK'S NOTICE OF FILING OF APPEAL AND CLERK'S NOTICE OF SMALL CLAIMS APPEAL TRIAL DE NOVO FILED AND MAILED TO RESPECTIVE PARTIES/COUNSEL. CLERK'S CERTIFICATE OF SERVICE FILED.

02/18/2014 NOTICE OF ENTRY OF JUDGMENT FILED AND MAILED TO ALL PARTIES, AND JUDGMENT DEBTOR'S STATEMENT OF ASSETS MAILED TO (VALUE RENTAL CAR, INC.) , (SHILOH, KENNARD J.) .

02/18/2014 NOTICE OF PAYMENT DUE ON WAIVED FEES AND COSTS FILED AND MAILED TO (VALUE RENTAL CAR, INC.) PURSUANT TO SECTION 68637 G.C. FOR THE TOTAL AMOUNT OF $ 120.00 . CERTIFICATE OF MAILING COMPLETED.

02/11/2014 NOTICE OF CHANGE OF ADDRESS FILED AS TO (SHILOH, KENNARD J.) .

02/11/2014 CAUSE CALLED AT 03:56P M, IN DEPT. NE2 , HON. BRUCE E. MITCHELL, COMMISSIONER PRESIDING FOR SMALL CLAIMS HEARING. PLAINTIFF APPEARING BY MARYAM JAILANI, IS SWORN AND TESTIFIES . DEFENDANT APPEARING IS SWORN AND TESTIFIES . BOTH CLAIMS ARE HEARD FORTHWITH. RECORD RECEIVED PURSUANT TO SUBPENA DUCES TECUM ARE PLACED IN THE CASE FILE.

02/11/2014 COURT TAKES MATTER UNDER SUBMISSION.

02/11/2014 AFTER SUBMISSION, COURT ORDERS JUDGMENT ENTERED AS FOLLOWS:

02/11/2014 JUDGMENT ENTERED AS A FINAL DISPOSITION ON 02/11/14 . FOR (VALUE RENTAL CAR, INC.) . AGAINST (SHILOH, KENNARD J.) . PRINCIPAL $ 2881.86 . COSTS $ 85.00 . TOTAL $ 2966.86 . EXECUTION STAYED 30 DAYS. THE DEFENDANT IS LIABLE FOR THE COST TO REPAIR THE ENGINE. HE FAILED TO RETURN THE CAR WHEN REPEATEDLY ASKED. HE DROVE THE CAR AFTER THE ALTERNATOR BELT BROKE, RESULTING IN OVERHEATING OF THE ENGINE.

02/11/2014 ON THE CLAIM OF DEFENDANT, ONLY, THE COURT ORDERS JUDGMENT ENTERED AS FOLLOWS: JUDGMENT ENTERED ON 02/11/14 . FOR (SHILOH, KENNARD J.) . AGAINST (VALUE RENTAL CAR, INC.) . PRINCIPAL $ 600.00 . COSTS $ 120.00 . TOTAL $ 720.00 . EXECUTION STAYED 30 DAYS. WAIVED FEES OF $120.00 INCLUDING THOSE INCURRED AFTER JUDGMENT ARE PAYABLE TO THE COURT BY THE PLAINTIFF.

01/31/2014 RECORDS RECEIVED PURSUANT TO SUBPOENA DUCES TECUM AND PLACED IN CASE FILE. .

01/23/2014 NOTICE/LETTER RE: MINUTE ORDER AND CLERK'S NOTICE OF RULING RETURNED AS TO (SHILOH, KENNARD J.) DUE TO ATTEMPTED NOT KNOWN, UNABLE TO FORWARD .

01/16/2014 NOTICE OF CHANGE OF ADDRESS FILED AS TO (SHILOH, KENNARD J.) .

01/15/2014 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

01/10/2014 CAUSE CALLED AT 02:58P M, IN DEPT. NE2 , HON. DOUGLAS W. STERN, JUDGE PRESIDING FOR SMALL CLAIMS HEARING. PLAINTIFF APPEARING BY MARYAM JAILANI. DEFENDANT PRESENT. MATTER CONTINUED FOR SMALL CLAIMS TRIAL ON 02/11/14 AT 01:30P M, IN DEPT. NE2 .

12/13/2013 PROOF OF SERVICE OF DEFENDANT'S CLAIM TO PLAINTIFF FILED. SERVED AS TO (VALUE RENTAL CAR, INC.) . COSTS OF $ 35.00 .

12/13/2013 PROOF OF SERVICE RE: CIVIL SUBPENA DUCES TECUM, DECLARATION FOR SUBPENA DUCES FILED. SERVED AS TO (VALUE RENTAL CAR, INC.) . COSTS OF $ 35.00 .

12/06/2013 AMENDMENT TO CLAIM OF (SHILOH, KENNARD J.) FILED PLAINTIFF SOLD DEFENDANT A VEHICLE THAT DID NOT PASS SMOG. $600 WAS USED A DOWN PAYMENT, NOT "DEPOSIT" ,

12/06/2013 PROOF OF SERVICE OF DEFENDANT'S CLAIM TO PLAINTIFF FILED. SERVED AS TO (SHILOH, KENNARD J.) . COSTS OF $ 35.00 .

12/04/2013 MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

12/02/2013 AUTHORIZATION TO APPEAR ON BEHALF OF PARTY FILED AS TO (VALUE RENTAL CAR, INC.) , SIGNED BY MARYAM JAILANI .

12/02/2013 CAUSE CALLED AT 04:30P M, IN DEPT. NE2 , HON. DOUGLAS W. STERN, JUDGE PRESIDING FOR SMALL CLAIMS HEARING. PLAINTIFF APPEARING BY MARYAM JAILANI. DEFENDANT PRESENT. ON THE COURT'S OWN MOTION, MATTER CONTINUED FOR SMALL CLAIMS TRIAL ON 01/10/14 AT 01:30P M, IN DEPT. NE2 . DUE TO CONGESTED CALENDAR THIS DATE. THE COURT NOTES THE DEFENDANT'S CLAIM REMAINS UNSERVED. PRIORITY TO BE GIVEN ON RETURN TRIAL DATE.

11/21/2013 NOTICE OF CHANGE OF ADDRESS FILED AS TO (SHILOH, KENNARD J.) .

11/21/2013 PROOF OF SERVICE OF DEFENDANT'S CLAIM TO PLAINTIFF FILED. SERVED AS TO (VALUE RENTAL CAR, INC.). COSTS OF $ 35.00.

11/01/2013 DEFENDANT'S CLAIM AND ORDER TO PLAINTIFF FILED BY (SHILOH, KENNARD J.). RECEIPT # WAIVED.

11/01/2013 REQUEST TO WAIVE COURT FEES FILED BY (SHILOH, KENNARD J.).

11/01/2013 ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (SHILOH, KENNARD J.).

11/01/2013 CLERK'S CERTIFICATE OF SERVICE COMPLETED BY HAND DELIVERING A COPY OF THE ORDER ON COURT FEE WAIVER TO THE APPLICANT.

09/20/2013 PROOF OF SERVICE OF PLAINTIFF'S CLAIM FILED. SERVED AS TO (SHILOH, KENNARD J.) BY SUB-SERVING SAMIR BISHI. MATTER SET FOR HEARING ON 12/02/13 AT 01:30P M, IN DEPT. NE2 COSTS OF $ 50.00.

09/19/2013 PLAINTIFF'S CLAIM AND ORDER TO DEFENDANT FILED. RN ALH459591027. HEARING SET FOR 12/02/13 AT 01:30 PM IN DPT. NE2.

NEW SEARCH

---

Art Showcased in
Los Angeles Courthouse Jury Rooms

"Fishing" by David Sanchez
2013 - Teen 1st Place

Privacy Statement | Disclaimer | Employment | ADA | Holidays | Comment on our Website

Copyright 2014 Superior Court of California, County of Los Angeles



Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home | Online Services (Pay Fines, Search Records...) | Forms & Filings (Forms, Filing Fees...) | Self-Help (Self-Rep, Info, FAQs...) | Divisions (Civil, Criminal, Family...) | Jury (Jury Duty Portal, Q&A...) | General Info (Courthouses, ADA, Local Rules...)

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

Case Number: BC522253
KENNY J SHILOH VS VALUE RENTAL CAR INC ET AL

Filing Courthouse: Stanley Mosk Courthouse

Filing Date: 09/24/2013
Case Type: Other Contract (General Jurisdiction)
Status: Dismissed - Other 10/09/2014

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

IYAYI DANIEL O. ESQ. - Attorney for Deft/Respnt

JAILANI AZIZ - Defendant/Respondent

JAILANI MARYAM - Defendant/Respondent

SHILOH KENNY J - Plaintiff & Plaintiff In Pro Per

VALUE RENTAL CAR INC - Defendant/Respondent

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)
Click on any of the below link(s) to see documents filed on or before the date indicated:
01/02/2014

10/14/2016 Remittitur (REMITTITUR ISSUED ON 10/12/16 )

Filed by Clerk

05/01/2015 Notice of Designation of Record
Filed by Plaintiff

03/03/2015 Notice (NOTICE OF DEFAULT ON APPEAL (APPEL LANT) )
Filed by Clerk

12/05/2014 Request for Certified Copy
Filed by Plaintiff/Petitioner

11/24/2014 Notice (OF DEFAULT ON APPEAL (APPELLANT) )
Filed by Clerk

11/05/2014 Ntc to Atty re Notice of Appeal
Filed by Clerk

11/04/2014 Notice of Appeal
Filed by Appellant, Appellant in Pro Per

10/06/2014 List of Witnesses (REVISED LIST OF WITNESSES AND EXHI BITS TO BE OFFERED AT TRIAL )
Filed by Attorney for Defendant/Respondent

09/30/2014 Amended Proof of Service (NOTICE OF AMENDED PROOFS OF SERVIC E )
Filed by Attorney for Defendant/Respondent

09/30/2014 Brief (DEFENDANTS' TRIAL BRIEF )
Filed by Attorney for Defendant/Respondent

09/30/2014 Notice of Ruling
Filed by Attorney for Defendant/Respondent

09/30/2014 List of Witnesses (DEFENDANTS' REVISED LIST OF WITNES SES AND EXHIBITS TO BE OFFERED AT TRIAL )
Filed by Attorney for Defendant/Respondent

09/29/2014 Statement of Case (DEFENDANTS' STATEMENT OF THE CASE )
Filed by Attorney for Defendant/Respondent

09/29/2014 List of Witnesses (DEFENDANTS' LIST OF WITNESSES AND EXHIBITS TO BE OFFERED AT TRIAL )
Filed by Attorney for Defendant/Respondent

09/26/2014 First Amended Complaint
Filed by Petitioner & Petitioner in Pro Per

09/16/2014 Opposition Document (TO PLAINTIFF'S MOTION IN LIMINE )
Filed by Attorney for Defendant/Respondent

09/05/2014 Request (FOR PRODUCTION OF DOCUMENTS )
Filed by Petitioner & Petitioner in Pro Per

08/12/2014 Notice of Change of Address
Filed by Attorney for Plaintiff/Petitioner

08/12/2014 Motion in Limine
Filed by Plaintiff & Plaintiff in Pro Per

08/08/2014 Request for Certified Copy
Filed by Plaintiff

05/19/2014 Proof of Service
Filed by Plaintiff & Plaintiff in Pro Per

04/07/2014 Opposition Document (to plaintiff's motion for dismiss- al of counsel and motion for sanctions; memorandum of points and
authorities and declaration of Daniel O. Iyayi in support thereof )
Filed by Attorney for Defendant/Respondent

01/16/2014 Statement-Case Management
Filed by Attorney for Pltf/Petnr

01/10/2014 Request for Certified Copy
Filed by Plaintiff/Petitioner

01/06/2014 Statement-Case Management
Filed by Attorney for Pltf/Petnr

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP  01/02/2014

01/02/2014 Proof of Service
Filed by Attorney for Pltf/Petnr

01/02/2014 Notice of Motion (--not set on calendar-- (HEARING DATE NOT RESERVED WITH THE COURT, plaintiff, must call to reserve a hearing
date) )
Filed by Plaintiff & Plaintiff in Pro Per

12/30/2013 Proof of Service
Filed by Attorney for Pltf/Petnr

12/17/2013 Request for Certified Copy
Filed by Plaintiff/Petitioner

12/13/2013 Request for Certified Copy
Filed by Plaintiff & Plaintiff In Pro Per

11/26/2013 Notice of Change of Address
Filed by Attorney for Pltf/Petnr

11/05/2013 Notice-Case Management Conference
Filed by Clerk

10/24/2013 Answer
Filed by Attorney for Deft/Respnt

09/24/2013 Complaint

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP 01/02/2014

## PROCEEDINGS HELD

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Proceedings Held** (Proceeding dates listed in descending order)

07/07/2016 at 08:30 am in Department 1, Kevin C. Brazile, Presiding
Order to Show Cause - Completed

10/09/2014 at 09:30 am in Department 56, Michael Johnson, Presiding
Court Trial - Short Cause - Case Dismissed/Disposed

10/06/2014 at 09:30 am in Department 56, Michael Johnson, Presiding
Jury Trial - Continued by Court

09/29/2014 at 08:30 am in Department 56, Michael Johnson, Presiding
Final Status Conference - Completed

04/28/2014 at 08:30 am in Department 56, Michael Johnson, Presiding
Motion for an Order - Motion Denied

01/28/2014 at 08:30 am in Department 56, Michael Johnson, Presiding
Conference-Case Management - Completed

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Register of Actions** (Listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
01/28/2014

10/14/2016 Remittitur (REMITTITUR ISSUED ON 10/12/16 )
Filed by Clerk

07/07/2016 at 08:30 am in Department 1, Kevin C. Brazile, Presiding
Order to Show Cause - Completed

05/01/2015 Notice of Designation of Record
Filed by Plaintiff

03/03/2015 Notice (NOTICE OF DEFAULT ON APPEAL (APPEL LANT) )
Filed by Clerk

12/05/2014 Request for Certified Copy
Filed by Plaintiff/Petitioner

11/24/2014 Notice (OF DEFAULT ON APPEAL (APPELLANT) )
Filed by Clerk

11/05/2014 Ntc to Atty re Notice of Appeal
Filed by Clerk

11/04/2014 Notice of Appeal
Filed by Appellant, Appellant in Pro Per

10/09/2014 at 09:30 am in Department 56, Michael Johnson, Presiding

Court Trial - Short Cause - Case Dismissed/Disposed

10/06/2014 at 09:30 am in Department 56, Michael Johnson, Presiding
Jury Trial - Continued by Court

10/06/2014 List of Witnesses (REVISED LIST OF WITNESSES AND EXHI BITS TO BE OFFERED AT TRIAL )
Filed by Attorney for Defendant/Respondent

09/30/2014 Brief (DEFENDANTS' TRIAL BRIEF )
Filed by Attorney for Defendant/Respondent

09/30/2014 Amended Proof of Service (NOTICE OF AMENDED PROOFS OF SERVIC E )
Filed by Attorney for Defendant/Respondent

09/30/2014 List of Witnesses (DEFENDANTS' REVISED LIST OF WITNES SES AND EXHIBITS TO BE OFFERED AT TRIAL )
Filed by Attorney for Defendant/Respondent

09/30/2014 Notice of Ruling
Filed by Attorney for Defendant/Respondent

09/29/2014 at 08:30 am in Department 56, Michael Johnson, Presiding
Final Status Conference - Completed

09/29/2014 List of Witnesses (DEFENDANTS' LIST OF WITNESSES AND EXHIBITS TO BE OFFERED AT TRIAL )
Filed by Attorney for Defendant/Respondent

09/29/2014 Statement of Case (DEFENDANTS' STATEMENT OF THE CASE )
Filed by Attorney for Defendant/Respondent

09/26/2014 First Amended Complaint
Filed by Petitioner & Petitioner in Pro Per

09/16/2014 Opposition Document (TO PLAINTIFF'S MOTION IN LIMINE )
Filed by Attorney for Defendant/Respondent

09/05/2014 Request (FOR PRODUCTION OF DOCUMENTS )
Filed by Petitioner & Petitioner in Pro Per

08/12/2014 Notice of Change of Address
Filed by Attorney for Plaintiff/Petitioner

08/12/2014 Motion in Limine
Filed by Plaintiff & Plaintiff in Pro Per

08/08/2014 Request for Certified Copy
Filed by Plaintiff

05/19/2014 Proof of Service
Filed by Plaintiff & Plaintiff in Pro Per

04/28/2014 at 08:30 am in Department 56, Michael Johnson, Presiding
Motion for an Order - Motion Denied

04/07/2014 Opposition Document (to plaintiff's motion for dismiss- al of counsel and motion for sanctions; memorandum of points and authorities and declaration of Daniel O. Iyayi in support thereof )
Filed by Attorney for Defendant/Respondent

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP 01/28/2014

01/28/2014 at 08:30 am in Department 56, Michael Johnson, Presiding
Conference-Case Management - Completed

01/16/2014 Statement-Case Management
Filed by Attorney for Pltf/Petnr

01/10/2014 Request for Certified Copy
Filed by Plaintiff/Petitioner

01/06/2014 Statement-Case Management
Filed by Attorney for Pltf/Petnr

01/02/2014 Notice of Motion (--not set on calendar-- (HEARING DATE NOT RESERVED WITH THE COURT, plaintiff, must call to reserve a hearing date) )
Filed by Plaintiff & Plaintiff in Pro Per

01/02/2014 Proof of Service
Filed by Attorney for Pltf/Petnr

12/30/2013 Proof of Service
Filed by Attorney for Pltf/Petnr

12/17/2013 Request for Certified Copy
Filed by Plaintiff/Petitioner

12/13/2013 Request for Certified Copy
Filed by Plaintiff & Plaintiff in Pro Per

11/26/2013 Notice of Change of Address
Filed by Attorney for Pltf/Petnr

11/05/2013 Notice-Case Management Conference
Filed by Clerk

10/24/2013 Answer
Filed by Attorney for Deft/Respnt

09/24/2013 Complaint

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP 01/28/2014

NEW SEARCH

Art Showcased in
Los Angeles Courthouse Jury Rooms

"My Main Squeeze" by Andrea Mendoza
2010 - 3rd Place Teen

Privacy Statement | Disclaimer | Employment | ADA | Holidays | Comment on our Website

Copyright 2014 Superior Court of California, County of Los Angeles



Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home | Online Services Pay Fines, Search Records... | Forms & Filings Forms, Filing Fees... | Self-Help Self-Rep, Info, FAQs... | Divisions Civil, Criminal, Family... | Jury Jury Duty Portal, Q&A... | General Info Courthouses, ADA, Local Rules...

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

Case Number: GS015266
KENNY J. SHILOH VS. MARYAM JAILANI

Filing Courthouse: Pasadena Courthouse

Filing Date: 12/04/2013
Case Type: Civil Harassment (General Jurisdiction)
Status: Dismissed for Lack of Prosecution 12/24/2013

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

JAILANI MARYAM - Respondent

SHILOH KENNY J. - Petitioner in Pro Per

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)
12/04/2013 Petition
Filed by Petitioner in Pro Per

12/04/2013 Order to Show Cause
Filed by Petitioner in Pro Per

12/04/2013 Order-Court Fee Waiver
Filed by Petitioner in Pro Per

12/04/2013 Request-Waive Court Fees
Filed by Petitioner in Pro Per

12/04/2013 Notice of Hearing
Filed by Petitioner in Pro Per

## PROCEEDINGS HELD

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Proceedings Held** (Proceeding dates listed in descending order)

07/07/2016 at 08:30 am in Department 1, Kevin C. Brazile, Presiding
OSC-RE Other (Miscellaneous) - Completed

12/24/2013 at 01:30 pm in Department A, MARY THORNTON HOUSE, Presiding
CV HARASSMENT TEMP RESTRAINING ORD - TRO dismissed - lack of prosecutn

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Register of Actions** (Listed in descending order)

07/07/2016 at 08:30 am in Department 1, Kevin C. Brazile, Presiding
OSC-RE Other (Miscellaneous) - Completed

12/24/2013 at 01:30 pm in Department A, MARY THORNTON HOUSE, Presiding
CV HARASSMENT TEMP RESTRAINING ORD - TRO dismissed - lack of prosecutn

12/04/2013 Notice of Hearing
Filed by Petitioner in Pro Per

12/04/2013 Request-Waive Court Fees
Filed by Petitioner in Pro Per

12/04/2013 Order-Court Fee Waiver
Filed by Petitioner in Pro Per

12/04/2013 Petition
Filed by Petitioner in Pro Per

12/04/2013 Order to Show Cause
Filed by Petitioner in Pro Per

NEW SEARCH

Art Showcased in
Los Angeles Courthouse Jury Rooms

"Girl in Pink" by Nancy Artis

Case 1:20-cv-01438-DAD-JLT Document 1 Filed 10/08/20 Page 162 of 182

2009 3rd Place Professional





Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home | Online Services Pay Fines, Search Records... | Forms & Filings Forms, Filing Fees... | Self-Help Self-Rep, Info, FAQs... | Divisions Civil, Criminal, Family... | Jury Jury Duty Portal, Q&A... | General Info Courthouses, ADA, Local Rules...

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

Case Number: BS155247
KENNY J SHILOH VS LOS ANGELES COUNTY OF SUPERIOR COURT

Filing Courthouse: Stanley Mosk Courthouse

Filing Date: 05/01/2015
Case Type: Writ-Mandate on Ltd Court Case (General Jurisdiction)
Status: Appellate-Denied 05/05/2015

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

LOS ANGELES COUNTY SUPERIOR COURT - Defendant/Respondent

SHILOH KENNY J - Petitioner & Petitioner In Pro Per

VALUE RENTAL CAR - Real Party in Interest

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)
05/05/2015 Order (Denying Writ of Mandate and Request for a Stay. )
Filed by Court

05/01/2015 Petition

## PROCEEDINGS HELD

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Proceedings Held** (Proceeding dates listed in descending order)

07/07/2016 at 08:30 am in Department 1, Kevin C. Brazile, Presiding
Order to Show Cause - Completed

05/05/2015 in Department 70, Sanjay T. Kumar, Presiding
Court Review - Denied

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Register of Actions** (Listed in descending order)

07/07/2016 at 08:30 am in Department 1, Kevin C. Brazile, Presiding
Order to Show Cause - Completed

05/05/2015 in Department 70, Sanjay T. Kumar, Presiding
Court Review - Denied

05/05/2015 Order (Denying Writ of Mandate and Request for a Stay. )
Filed by Court

05/01/2015 Petition

NEW SEARCH

Art Showcased in
Los Angeles Courthouse Jury Rooms

"A Man's Work" by Pebbla Wallace
2004 - 3rd Place Amateur

Copyright 2014 Superior Court of California, County of Los Angeles



Español | Tiếng Việt | 한국어 | 中文 | հայերեն

Search

Home | Online Services Pay Fines, Search Records... | Forms & Filings Forms, Filing Fees... | Self-Help Self-Rep, Info, FAQs... | Divisions Civil, Criminal, Family... | Jury Jury Duty Portal, Q&A... | General Info Courthouses, ADA, Local Rules...

ONLINE SERVICES

# Case Access

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

Case Number: BS152280
KENNY J SHILOH VS LOS ANGELES COUNTY SUPERIOR COURT

Filing Courthouse: Stanley Mosk Courthouse

Filing Date: 11/18/2014
Case Type: Writ - Administrative Mandamus (General Jurisdiction)
Status: Appellate-Denied 03/10/2015

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

## FUTURE HEARINGS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

LOS ANGELES COUNTY SUPERIOR COURT - Defendant/Respondent

SHILOH KENNY J - Plaintiff & Plaintiff In Pro Per

VALUE RENTAL CAR INC. - Real Party in Interest

## DOCUMENTS FILED

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Documents Filed** (Filing dates listed in descending order)
03/10/2015 Order (Denying Petition for Writ of Mandate )
Filed by Court

01/08/2015 Ex-Parte Application (FOR STAY OF EXECUTION OF JUDGMENT AND PENDING APPEAL )
Filed by Plaintiff/Petitioner

01/07/2015 Request for Certified Copy

Filed by Plaintiff

01/02/2015 Ex-Parte Application (FOR STAY OF EXECUTION OF JUDGMENT )
Filed by Plaintiff & Plaintiff in Pro Per

12/10/2014 Proof of Service
Filed by Attorney for Plaintiff/Petitioner

12/01/2014 Notice of Trial Setting Conference
Filed by Clerk

11/21/2014 Notice of Trial Setting Conference
Filed by Clerk

11/18/2014 Petition

## PROCEEDINGS HELD

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Proceedings Held** (Proceeding dates listed in descending order)

07/07/2016 at 08:30 am in Department 1, Kevin C. Brazile, Presiding
Order to Show Cause - Completed

03/10/2015 in Department 70, Alex Ricciardulli, Presiding
Court Review (R k J) - Denied

02/26/2015 at 01:30 pm in Department 82, Luis A. Lavin, Presiding
Trial Setting Conference - Case Dismissed/Disposed

01/08/2015 at 08:30 am in Department 82, Luis A. Lavin, Presiding
Exparte proceeding - Motion Denied

01/02/2015 at 08:30 am in Department 82, Robert H. O'Brien, Presiding
Exparte proceeding - Denied without prejudice

## REGISTER OF ACTIONS

Case Information | Register of Actions | Future Hearings | Party Information | Documents Filed | Proceedings Held

**Register of Actions** (Listed in descending order)

07/07/2016 at 08:30 am in Department 1, Kevin C. Brazile, Presiding
Order to Show Cause - Completed

03/10/2015 in Department 70, Alex Ricciardulli, Presiding
Court Review (R k J) - Denied

03/10/2015 Order (Denying Petition for Writ of Mandate )
Filed by Court

02/26/2015 at 01:30 pm in Department 82, Luis A. Lavin, Presiding
Trial Setting Conference - Case Dismissed/Disposed

01/08/2015 at 08:30 am in Department 82, Luis A. Lavin, Presiding
Exparte proceeding - Motion Denied

01/08/2015 Ex-Parte Application (FOR STAY OF EXECUTION OF JUDGMENT AND PENDING APPEAL )
Filed by Plaintiff/Petitioner

01/07/2015 Request for Certified Copy
Filed by Plaintiff

01/02/2015 at 08:30 am in Department 82, Robert H. O'Brien, Presiding
Exparte proceeding - Denied without prejudice

01/02/2015 Ex-Parte Application (FOR STAY OF EXECUTION OF JUDGMENT )
Filed by Plaintiff & Plaintiff in Pro Per

12/10/2014 Proof of Service
Filed by Attorney for Plaintiff/Petitioner

12/01/2014 Notice of Trial Setting Conference
Filed by Clerk

11/21/2014 Notice of Trial Setting Conference
Filed by Clerk

11/18/2014 Petition

# EXHIBIT N



Firefox File Edit View History Bookmarks Tools Window Help
Wed 7:32 PM
www.lacourt.org/casesummary/ui/casesummary.aspx?casetype=civil#DOC21
COUNTY OF LOS ANGELES
Search
Home
Online Services
Pay Fines, Search Records...
Forms, Filings & Files
Forms, Filing Fees...
Self-Help
Self-Rep, Info, FAQs...
Divisions
Civil, Criminal, Family...
Jury
Jury Duty Portal, Q&A...
General Info
Courthouses, ADA...
ONLINE SERVICES
Case Access
LANGUAGE ACCESS
English
PRINT
NEW SEARCH
CASE INFORMATION
Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held
Case Number: BC608112
KENNY J SHILOH VS COUNTY OF LOS ANGELES ET AL
Filing Courthouse: Stanley Mosk Courthouse
Filing Date: 01/25/2016
Case Type: Intentional Infliction of Emotional Distress (General Jurisdiction)
Status: Court-Ordered Dismissal - Other (Other) 01/31/2017
Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page



Documents Filed (Filing dates listed in descending order)
Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
09/19/2016 04/29/2016

06/08/2018 ORDER RE: EX PARTE APPLICATION FOR ORDER CLARIFYING DISMISSAL WAS ENTERED WITH PREJUDICE

06/08/2018 Minute Order

06/08/2018 EX PARTE APPLICATION FOR ORDER CLARIFYING DISMISSAL WAS ENTERED WITH PREJUDICE; DECLARATION OF JOHN M. COLEMAN

06/08/2018 Order
Filed by Los Angeles, County of (Defendant)

06/08/2018 Ex-Parte Application
Filed by Los Angeles, County of (Defendant)

06/08/2018 Minute order entered: 2018-06-08 00:00:00
Filed by Clerk

05/19/2017 NOTICE OF ENTRY OF JUDGMENT AND ORDER OF DISMISSAL IN FAVOR OF COUNTY OF LOS ANGELES

05/19/2017 Notice of Entry of Judgment
Filed by Los Angeles, County of (Defendant); Los Angeles County Sheriff Department (Defendant)

05/18/2017 NOTICE OF ENTRY OF JUDGMENT

05/18/2017 Notice of Entry of Judgment
Filed by Clerk

05/18/2017 Notice of Entry of Judgment
Filed by Clerk

05/18/2017 NOTICE OF ENTRY OF JUDGMENT

05/08/2017 JUDGMENT OF DISMISSAL PER ORDER DISMISSING COMPLAINT

05/08/2017 Judgment
Filed by Los Angeles, County of (Defendant); Los Angeles County Sheriff Department (Defendant)



Filed by Los Angeles, County of (Defendant); Los Angeles County Sheriff Department (Defendant)

04/20/2017 MEMORANDUM OF COSTS (SUMMARY)

04/20/2017 Memorandum of Costs
Filed by Defendant/Respondent

02/14/2017 Notice of Ruling
Filed by Los Angeles, County of (Defendant); Los Angeles County Sheriff Department (Defendant)

02/14/2017 NOTICE OF RULINGS AT JANUARY 31, 2017 HEARING

01/31/2017 ORDER APPOINTING COURT APPROVED REPORTER AS OFFICIAL REPORTER PRO TEMPORE

01/31/2017 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by Los Angeles, County of (Defendant); Los Angeles County Sheriff Department (Defendant)

01/31/2017 Minute order entered: 2017-01-31 00:00:00
Filed by Clerk

01/31/2017 Minute Order

01/27/2017 REMITTITUR

01/27/2017 Unknown Document Type
Filed by Clerk

12/09/2016 NOTICE OF RULINGS AT DECEMBER 6,2016 HEARING

12/09/2016 Notice of Ruling
Filed by Los Angeles, County of (Defendant); Los Angeles County Sheriff Department (Defendant)

12/09/2016 Notice of Ruling
Filed by Los Angeles, County of (Defendant); Los Angeles County Sheriff Department (Defendant)

12/07/2016 ORDER APPOINTING COURT APPROVED REPORTER AS OFFICIAL REPORTER PRO TEMPORE

12/07/2016 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by Defendant/Respondent

12/06/2016 Minute Order



Firefox File Edit View History Bookmarks Tools Window Help
Wed 7:39 PM
www.lacourt.org/casesummary/ui/casesummary.aspx?casetype=civil#DOC21
Filed by Defendant/Respondent
12/06/2016 Minute Order
12/06/2016 Minute order entered: 2016-12-06 00:00:00
Filed by Clerk
10/26/2016 NOTICE OF RULING AT OCTOBER 21, 2016 HEARING
10/26/2016 Notice of Ruling
Filed by Los Angeles, County of (Defendant); Los Angeles County Sheriff Department (Defendant)
10/21/2016 Minute Order
10/21/2016 ORDER STRIKING STATEMENT OF DISQUALIFICATION
10/21/2016 Order
Filed by Court
10/21/2016 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by Los Angeles, County of (Defendant); Los Angeles County Sheriff Department (Defendant)
10/21/2016 Minute order entered: 2016-10-21 00:00:00
Filed by Clerk
10/21/2016 Minute order entered: 2016-10-21 00:00:00
Filed by Clerk
10/21/2016 Minute Order
10/18/2016 ORDER DENYING PEREMPTORY CHALLENGE AND STRIKING STATEMENT OF DISQUALIFICATION
10/18/2016 Minute Order
10/18/2016 Order
Filed by Court
10/18/2016 Minute order entered: 2016-10-18 00:00:00
Filed by Clerk



09/29/2016 NOTICE OF DEFENDANTS FAILURE TO SERVE PLAINTIFF WITH MOTION TO QUASH AND JUDICIAL NOTICE

09/29/2016 Notice
Filed by Kenny J Shiloh (Plaintiff)

09/29/2016 Motion for Summary Judgment
Filed by Kenny J Shiloh (Plaintiff)

09/29/2016 (AMENDED) MOTION FOR SUMMARY JUDGMENT

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP 09/19/2016 04/29/2016

09/19/2016 Motion for Summary Judgment
Filed by Kenny J Shiloh (Plaintiff)

09/19/2016 MOTION FOR SUMMARY JUDGMENT

09/08/2016 NOTICE RE: CONTINUANCE OF HEARING

09/08/2016 NOTICE RE: CONTINUANCE OF HEARING

09/08/2016 Notice Re: Continuance of Hearing and Order
Filed by Clerk

09/08/2016 Notice Re: Continuance of Hearing and Order
Filed by Clerk

09/02/2016 DECLARATION OF W. SCOTT MCINTOSH IN SUPPORT OF MOTION TO QUASH ALLEGED SERVICE

09/02/2016 REQUEST FOR JUDICIAL NOTICE

09/02/2016 Declaration
Filed by Los Angeles, County of (Defendant)

09/02/2016 Request for Judicial Notice
Filed by Los Angeles, County of (Defendant)

09/02/2016 Motion to Quash



Firefox File Edit View History Bookmarks Tools Window Help

Wed 7:40 PM

www.lacourt.org/casesummary/ui/casesummary.aspx?casetype=civil#DOC21

08/18/2016 NOTICE OF DEFAULT (UNLIMITED CIVIL APPEALS)

08/18/2016 Notice
Filed by Clerk

08/18/2016 Notice
Filed by Clerk

08/18/2016 NOTICE OF DEFAULT (UNLIMITED CIVIL APPEALS)

08/15/2016 Minute Order

08/15/2016 Minute order entered: 2016-08-15 00:00:00
Filed by Clerk

08/12/2016 PROOF OF PERSONAL SERVICE - CIVIL

08/12/2016 Proof of Service (not Summons and Complaint)

08/12/2016 PROOF OF PERSONAL SERVICE - CIVIL

07/28/2016 Minute order entered: 2016-07-28 00:00:00
Filed by Clerk

07/26/2016 NOTICE OF FILING OF NOTICE OF APPEAL

07/26/2016 Order on Court Fee Waiver (Superior Court)
Filed by Clerk

07/26/2016 Ntc to Attorney re Notice of Appeal
Filed by Clerk

07/26/2016 Ntc to Attorney re Notice of Appeal
Filed by Clerk

07/26/2016 NOTICE OF FILING OF NOTICE OF APPEAL

07/25/2016 NOTICE OF APPEAL

07/25/2016 NOTICE OF APPEAL



Firefox File Edit View History Bookmarks Tools Window Help
Wed 7:54 PM
www.lacourt.org/casesummary/ui/casesummary.aspx?casetype=civil#DOC21
07/25/2016 Notice of Appeal
07/20/2016 Minute Order
07/20/2016 Minute order entered: 2016-07-20 00:00:00
Filed by Clerk
07/19/2016 Minute order entered: 2016-07-19 00:00:00
Filed by Clerk
07/19/2016 Minute Order
07/12/2016 NOTICE OF LIEN ON PROCEEDS ON JUDGMENT/ACTION /SETTLEMENT
07/12/2016 Notice of Lien
Filed by Lien Claimant
07/07/2016 PREFILING ORDER VEXATIOUS LITIGANT
07/07/2016 Minute Order
07/07/2016 Minute order entered: 2016-07-07 00:00:00
Filed by Clerk
07/07/2016 Order
Filed by Court
07/06/2016 Request
Filed by Kenny J Shiloh (Plaintiff)
07/06/2016 REQUEST FOR CONTINUANCE OF OSC HEARING
06/28/2016 Minute Order
06/28/2016 Minute order entered: 2016-06-28 00:00:00
Filed by Clerk
06/08/2016 Proof-Service/Summons
Filed by Kenny J Shiloh (Plaintiff)
06/08/2016 OPPOSITION TO ORDER TO SHOW CAUSE "AS TO WHY KENNY J SHILOH SHOULD NOT BE DECLARED A



Firefox File Edit View History Bookmarks Tools Window Help

Wed 7:54 PM

www.lacourt.org/casesummary/ui/casesummary.aspx?casetype=civil#DOC21

Filed by Kenny J Shiloh (Plaintiff)

04/27/2016 MOTION FOR CHANGE OF VENUE

04/08/2016 PROOF OF SERVICE OF SUMMONS

04/08/2016 PROOF OF SERVICE OF SUMMONS

04/08/2016 Proof-Service/Summons
Filed by Kenny J Shiloh (Plaintiff)

04/08/2016 Minute order entered: 2016-04-08 00:00:00
Filed by Clerk

04/08/2016 Minute Order

03/09/2016 First Amended Complaint
Filed by Kenny J Shiloh (Plaintiff)

03/09/2016 1ST AMENDED COMPLAINT FOR: VIOLATION OF THE HEALTH INSURANCE AND PORTABILITY ACT OF 1996, 42 U.S.C. 1320(D); ETC

01/28/2016 ORDER TO SHOW CAUSE HEARING

01/28/2016 OSC-Failure to File Proof of Serv
Filed by Clerk

01/25/2016 ORDER ON COURT FEE WAIVER

01/25/2016 COMPLAINT FOR: VIOLATION OF THE HEALTH INSURANCE AND PORTABILITY ACT OF 1996,42 U.S.C 1320(D); ETC

01/25/2016 Order on Court Fee Waiver (Superior Court)

01/25/2016 SUMMONS

01/25/2016 Complaint
Filed by Kenny J Shiloh (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP 09/19/2016 04/29/2016



04/08/2016 PROOF OF SERVICE OF SUMMONS

04/08/2016 Proof-Service/Summons
Filed by Kenny J Shiloh (Plaintiff)

04/08/2016 Minute order entered: 2016-04-08 00:00:00
Filed by Clerk

04/08/2016 Minute Order

03/09/2016 First Amended Complaint
Filed by Kenny J Shiloh (Plaintiff)

03/09/2016 1ST AMENDED COMPLAINT FOR: VIOLATION OF THE HEALTH INSURANCE AND PORTABILITY ACT OF 1996, 42 U.S.C. 1320(D); ETC

01/28/2016 ORDER TO SHOW CAUSE HEARING

01/28/2016 OSC-Failure to File Proof of Serv
Filed by Clerk

01/25/2016 ORDER ON COURT FEE WAIVER

01/25/2016 COMPLAINT FOR: VIOLATION OF THE HEALTH INSURANCE AND PORTABILITY ACT OF 1996,42 U.S.C 1320(D); ETC

01/25/2016 Order on Court Fee Waiver (Superior Court)

01/25/2016 SUMMONS

01/25/2016 Complaint
Filed by Kenny J Shiloh (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP 09/19/2016 04/29/2016

PROCEEDINGS HELD

# EXHIBIT O

FEE WAIVER

A7270
90012

Filed in ... dated JAN 25 2016

KENNY J SHILOH, IN PRO PER

D52 Susan Bryant-Deason

FILED
Superior Court of California
County of Los Angeles
JAN 25 2016
Sherri R. Carter, Executive Officer/Clerk
By Cristina Grijalva Deputy
Cristina Grijalva

LOS ANGELES COUNTY SUPERIOR COURT

STANLEY MOSK COURTHOUSE

| | |
|---|---|
| KENNY J SHILOH,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFFS DEPARTMENT, (AND DOE DEFENDANTS 1 TO 3)<br><br>Defendants | BC 608112<br>**COMPLAINT FOR:**<br>VIOLATION OF THE HEALTH INSURANCE AND PORTABILITY ACT of 1996, 42 U.S.C 1320(d)<br>NEGLIGENCE (CA CIVIL CODE 815.6)<br>VIOLATION OF THE AMERICANS WITH DISABILITIES ACT<br>VIOLATION OF 14TH AMENDMENT<br>VIOLATION OF CA CONSTITUTION ARTICLE 1 SECTION 7(a)<br>VIOLATION OF CIVIL RIGHTS (42 U.S.C 1983)<br>LIBEL (CA CIVIL CODE 45)<br>VICARIOUS LIABILITY (CA GOV'T CODE 820(a)(b)<br>INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS |

KENNY J SHILOH
253 N 9TH AVE #C
UPLAND, CA 91786
323-787-6232
kennyshiloh@yahoo.com

ELECTRONICALLY RECEIVED
1/24/2017 10:24:43 AM

SUM-100

# SUMMONS (CITACION JUDICIAL)

as to Second Amended Complaint

FOR COURT USE ONLY (SOLO PARA USO DE LA CORTE)

FILED KERN COUNTY SUPERIOR COURT JAN 2 5 2017 TERRY McNALLY, CLERK BY [signature] DEPUTY

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***

Kennard Shiloh, Patricia Shiloh, Kevin Lamar Shiloh, Michael Shiloh, County of Los Angeles, Los Angeles County Sheriffs Department (and does 1-3)

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

Kenny J Shiloh

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Kern County Superior Court
1415 Truxtun Ave Bakersfield, CA 93301

CASE NUMBER: *(Número del Caso):* BCV16101157SPC

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kenny J Shiloh 989 El Mirador Upland CA 91784 909 734 8934

DATE: *(Fecha)* 1-25-17 TERRY McNALLY CLERK Clerk, by *(Secretario)* [signature] Deputy *(Adjunto)* V. VILLALON

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF KERN

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov

ELECTRONICALLY RECEIVED
1/24/2017 9:55:26 AM

KENNY J SHILOH
989 EL MIRADOR
UPLAND, CA 91784
909-734-8934

KENNY J SHILOH, IN PRO PER

FILED
KERN COUNTY
SUPERIOR COURT
JAN 2 5 2017
TERRY McNALLY, CLERK
BY ____ DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF KERN

KENNY J SHILOH,

Plaintiff,

vs.

KENNARD SHILOH, PATRICIA SHILOH, KEVIN LAMAR SHILOH, MICHAEL SHILOH, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFFS DEPARTMENT (and does 1-3)

Defendant.

No. BCV16101157SPC

SECOND AMENDED COMPLAINT

COMPLAINT FOR:
MALICIOUS PROSECUTION (CA CCP 335.1
FRAUD (CA CCP 1572-1573, CA CCP 1709-1710)
VIOLATION OF RIGHT TO MEDICAL PRIVACY (CA CCP 56.36(b)(5))
NEGLIGENCE (CA CCP 1714)

Judge: Chapin
Department: 4

KENNY J SHILOH
14063 LA SALLE CT
FONTANA CA 92336
909-734-8934

KENNY J SHILOH, IN PRO PER

ELECTRONICALLY FILED
4/25/2018 3:45 PM
Kern County Superior Court
Terry McNally
By Maribel Villalon, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF KERN

KENNY J SHILOH,

Plaintiff,

vs.

KENNARD SHILOH, PATRICIA SHILOH (D.B.A BASKETBALL UNIVERSE ACADEMY), MICHAEL SHILOH, COUNTY OF LOS ANGELES (a local public entity), LIZA M PEREZ (deputy clerk with County of Los Angeles, MELVIN PENNY (Bailiff for Los Angeles County Sheriffs Department) (and does 1)

Defendants.

No. BCV-16-101157

**THIRD AMENDED COMPLAINT**
**CAUSES OF ACTION:**
**VIOLATION OF THE CALIFORNIA MEDICAL INFORMATION ACT (CAL C.C.P 56.36(c)(5)(42 U.S.C 1983)**
**PROMISORY FRAUD (CAL C.C.P 1710(4)(14th AMENDMENT)**
**VIOLATION OF THE AMERICANS WITH DISABILITIES ACT OF 1990 (42 U.S.C 12101)**
**NEGLIGENCE (CAL. C.C.P 1714(a)**
**LIBEL (CA CIVIL CODE 45)**
**RETALIATION (42 U.S.C 12203(a)**
**DISCRIMINATION (42 U.S.C 12112)**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

Judge: Schuett
Department: 10

## I. INTRODUCTION

### 1. Los Angeles County Defendants[1]

### A. Plaintiff's relationship with the County of Los Angeles

PLAINTIFF, Kenny J Shiloh, a documented disabled person, is a resident of Fontana, CA in San Bernardino County files this amended complaint against the County of Los Angeles, a municipality. The Plaintiff was a Defendant in case #13G05350 that involved Liza M Perez, an

[1] Unless othewise indicated, the term "Los Angeles County Defendants" will be utilized to refer Defendants County of Los Angeles, Los Angeles County Sheriffs Department, Liza M Perez and Melvin Penny.

Keck Medical Center of USC

USC Tina and Rick Caruso
Department of Otolaryngology-Head & Neck Surgery

November 2, 2015

RE: Kenneth Shiloh

To Whom It May Concern:

Kenneth Shiloh has been working at the Keck Hospital, Department of Otolaryngology-Head & Neck Surgery clinic since June 18, 2015. Kenny has an essential role within our department as scope and instrument transporter. In addition to that role, he also supports our medical records division with scanning and fulfilling medical records requests.

Standard training for any employee at Keck Hospital includes HIPAA compliance training.

Sincerely,

Christine M. Grothe
Administrative Ambulatory Operations Manager
Department of Otolaryngology-Head & Neck Surgery
Keck Medicine of USC

University of Southern California
1450 San Pablo Street, Suite 5100, Los Angeles, CA 90033
Phone: 323-442-5790 – Fax: 323-442-5820