UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY J. SHILOH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　Defendants. | No. 1:20-cv-01438-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING COMPLAINT WITHOUT PREJUDICE, AND DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 1, 2, 3) |

　　　　Plaintiff Kenny J. Shiloh seeks to proceed *pro se* and *in forma pauperis* in this action alleging claims of discrimination based on a disability, civil rights violations pursuant to 42 U.S.C. § 1983, due process violations, and identity theft. (Doc. Nos. 1, 2.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 29, 2020, the assigned magistrate judge issued findings and recommendations, recommending that the complaint be dismissed without prejudice and plaintiff's motion to proceed *in forma pauperis* be denied. (Doc. No. 3 at 13.) Specifically, the magistrate judge found that: (1) plaintiff's allegations do not support cognizable claims under the

1

Fourteenth Amendment, the Americans with Disabilities Act, or against municipal or state entities pursuant to 42 U.S.C. § 1983; (2) the court lacks jurisdiction over plaintiff's claims barred by the *Rooker-Feldman* doctrine prohibiting appellate review in federal court of decisions made by state court; and (3) the federal identity theft statute, 18 U.S.C. § 1028, does not provide a private cause of action or a civil remedy. (*Id.* at 6–12.) The findings and recommendations also found that it did not appear that the listed deficiencies in plaintiff's complaint could be cured by amendment, such that granting leave to amend would be futile. (*Id.* at 13.) The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within thirty (30) days of the date of service. (*Id.* at 3.) To date, plaintiff has filed no objections to the findings and recommendations, and the time for doing so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the undersigned concludes that the findings and recommendation are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 29, 2020 (Doc. No. 3) are adopted in full;
2. Plaintiff's complaint (Doc. No. 1) is dismissed without prejudice; and
3. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied.

IT IS SO ORDERED.

Dated: **December 10, 2020**

                                    UNITED STATES DISTRICT JUDGE