## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**KENNY J. SHILOH,**

CASE NO: **1:20–CV–01438–DAD–JLT**

v.

**COUNTY OF KERN, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/11/2020**

**Keith Holland**
Clerk of Court

ENTERED: **December 11, 2020**

by: /s/ O. Rivera
Deputy Clerk